# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISAVGI SOURGOUTSIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-CV-01096-KBJ-RMM |
| | ) |
| UNITED STATES CAPITOL POLICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF GLENN P. BROGAN

I, Glenn P. Brogan, have personal knowledge of the following facts and will testify to them, if called to do so:

1.　I have a Bachelor of Arts Degree in Criminal Justice from the University of Maryland, College Park and a Masters of Education from Troy University. I began my career with the United States Capitol Police ("USCP" or the "Department") as a Security Aide assigned to the Capitol Division, Uniformed Services Bureau, over twenty-five years ago. I became a sworn officer in January 1992. As a police officer, I worked in many divisions throughout the Department. I was promoted to Lieutenant in January 2010 and currently hold that rank.

2.　In July 2005, I was selected to be the Department's Agency Representative to the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. FLETC is an interagency law enforcement training organization within the Department of Homeland Security ("DHS") responsible for providing consolidated law enforcement training to law enforcement officers employed by ninety-one federal agencies or partner organizations.

3.　As Commander of the Training Services Bureau ("TSB"), Entry Level Section, FLETC, Glynco Division, I am the first line supervisor for all training of USCP personnel that takes place at FLETC, Glynco. Thus, I have oversight of basic training programs, such as the Uniformed

1

Police Training Program ("UPTP") and the Criminal Investigation Training Program ("CITP").

Additionally, I oversee all USCP advanced training conducted at FLETC, Glynco, such as the

High Center of Gravity and Armored Vehicle program ("USCP HCGAV").

4.      I manage a staff consisting of recruit officers ("ROs"), training staff, administrative staff,

and advance students.  I have commanded as many as seventy personnel at one time and I am

responsible for administrative and human resources management functions as it relates to this

personnel.

5.      The Department requires ROs to complete the UPTP at FLETC, Glynco.  The UPTP is a

twelve-week program that provides a study of the basic law enforcement concepts that a new

officer should understand and be able to perform upon employment in a federal law enforcement

organization.  FLETC designed the UPTP with input from its partner organizations to provide

ROs with the specific knowledge and skills necessary to perform at the entry level in a federal

law enforcement position.  To become a USCP police officer, a RO must receive a certificate of

graduation from the UPTP, which indicates that the RO successfully completed each graded

segment of the program, which includes four written examinations and seventeen practical

exercises.  Once ROs successfully complete the UPTP, they return to USCP's training facility in

Cheltenham, Maryland to complete their USCP training.

6.      I am responsible for the physical and mental well-being of ROs during their time at

FLETC, Glynco.  I establish guidelines and performance expectations for ROs.  I communicate

expectations to ROs through student evaluations and performance notes (CP-550s).  A CP-550

can be positive, negative or informational in nature.  I observe and document ROs' work

performance at roll call through inspections, during class instruction, and during labs and

practical exercises.  I provide daily feedback through verbal counseling, performance note

2

documentation, and inspection reports that are provided to the Office of Policy and Management Systems.

7.      I also enforce policies set forth in the FLETC Student Handbook and USCP Training Services Bureau Academy Rules and Regulations ("USCP Academy Rules"). I use a CP-550 to document incidents of counseling and/or violations of these rules and policies. A true and correct copy of the FLETC Student Handbook is attached as Ex. A. A true and correct copy of the USCP Academy Rules in effect for recruit officer class ("ROC") 177 is attached as Ex. B.

8.      I am aware that Chrisavgi Sourgoutsis was a RO in ROC 177. ROC 177 arrived at FLETC, Glynco for the UPTP on May 18, 2014 and graduated from the UPTP on August 11, 2014. ROC 177 consisted of twenty-four students, eight women and sixteen men. One male student was removed in May 2014 due to illness/injury and did not graduate with the class. RO Zachary Madera was appointed president of the class and RO Amanda Rittmeier was appointed vice president.

9.      When ROC 177 attended the UPTP at FLETC, Glynco, my staff consisted of Officer Terry Hughes, Officer Dale Carpenter, and Mr. Michael Beaver. Officer Hughes is responsible for training ROs on subjects such as use of handcuffs, use of OC spray, use of a baton, CPR, AED, first aid, physical conditioning, defensive tactics, arrest techniques and use of force. Officer Carpenter is responsible for training ROs in the use of handgun and shotgun safety, basic marksmanship, and judgment shooting (i.e., use of force). Mr. Beaver is an administrative assistant who is responsible for a variety of duties including, but not limited to, registering students for classes, keeping their time and attendance records, and operating our safety cart during physical conditioning classes.

10.     Before ROC 177 arrived at Glynco, I spoke with Sergeant James Gupton, the recruit class's Cheltenham class coordinator, about the class's performance during their first week at Cheltenham. As is common before the arrival of a new recruit class to Glynco, Sergeant Gupton provided me with basic information about the class including information about the class leadership, ROs' arrival times to Glynco, administrative matters, and any ROs who were tardy or committed academy violations during their first week. I recall that during this discussion Sergeant Gupton told me that RO Sourgoutsis was not in the proper uniform on May 15, 2014, and as a result, was going to receive a performance note documenting this academy rule violation. Sergeant Gupton did not provide me with any further information concerning RO Sourgoutsis.

11.     Soon after the arrival of ROC 177, I began receiving complaints from RO Sourgoutsis's classmates and instructors regarding her conduct. For example, during the second or third week, multiple classmates of RO Sourgoutsis advised me that she had been disruptive in class and during other aspects of their training. They reported that instead of following the required practice of raising her hand, being acknowledged by the instructors, standing and stating her last name, and then asking her question or providing an answer, RO Sourgoutsis was "blurting out" questions and answers.

12.     I was also informed that RO Sourgoutsis was texting in class in violation of FLETC's rules concerning classroom conduct. The rules prohibit talking on cell phones during class and only permits students to text message or use personal electronic devices before class or during an authorized break.

13.     I was also informed that RO Sourgoutsis was "Skyping" or "Face Timing" while in the dining hall. RO Madera advised me and Officer Hughes that while Skyping with her boyfriend,

RO Sourgoutsis turned the camera toward other members of the class and other students in the

cafeteria. FLETC strictly prohibits communications by video recording in common areas of

FLETC's grounds as stated in the FLETC student handbook. The student handbook specifies

that the Privacy Act and FLETC Operations Security practices limit student use of any "camera,

personal still, cellphone or video cameras" on FLETC property. It further requires that students

protect the identities of law enforcement personnel. It further specifies that students who

publish, place or post video footage on the internet without prior authorization will be subject to

disciplinary action.

14.     Because I had not observed the behavior firsthand, I did not document these incidents in a

CP-550. Instead, I advised the class leaders to have a discussion with RO Sourgoutsis about the

behaviors they described to get her cooperation in following the rules and not disrupting the

learning environment of her classmates. I recall that RO Madera and RO Rittmeier met with RO

Sourgoutsis. They stated the meeting went well and that RO Sourgoutsis was receptive to not

being disruptive and violating rules. They also expressed that she was apologetic.

15.     I requested that RO Madera and RO Solomon Smith, the squad leader, provide a written

statement clearly setting forth the behavior that was being complained of, the context in which

the behavior had occurred, and any steps taken by the class leaders to address it on or around

June 20, 2014. True and correct copies of RO Madera's and RO Smith's statements are attached

as Ex. C.

16.     On June 13, 2014, I noticed that RO Sourgoutsis was wearing purple socks with her low

cut, chorofram shoes in violation of the USCP Academy Rules. Because I noticed this while

observing classroom instruction, I did not address this issue right away and intended to do so

during the class break.  However, I was called away from class prior to the break and forgot to discuss this issue with RO Sourgoutsis.

17.     One week later on June 20, 2014, I observed RO Sourgoutsis again wearing purple socks with her chorofram shoes.  When I asked her about it, she stated she was wearing purple socks because it was "purple Friday."  Her answer was sarcastic and dismissive.  I was surprised at her response because I would have expected her to take this seriously.

18.     During the discussion concerning the purple socks, RO Sourgoutsis told me that students from other agencies were being loud outside her dorm room and that her initial instinct was to confront the students by going "turbo bitch" on them.  Instead, she brought the situation to my attention and we discussed options to resolve the situation.

19.     RO Sourgoutsis' statement that she wanted to go "turbo bitch" on the other students surprised me.  This comment combined with the "purple Friday" comment concerned me.  No student has ever spoken to me or the training staff in such an unprofessional manner.  USCP ROs usually are attentive, respectful, and eager to learn.

20.     I asked RO Sourgoutsis, "Why do you want to become a USCP police officer?"  I have asked recruits this question on numerous occasions.  I often ask this question to students, and even entire classes, as a way to motivate them in their training each day.  I asked RO Sourgoutsis this question in an attempt to get her to refocus on what brought her to the USCP and to motivate her to do better.  I recall RO Sourgoutsis answered that she previously worked in the food industry and wanted to try something new.

21.     I also shared with RO Sourgoutsis "my story."  I typically share my reasons for becoming a USCP police officer with students in an attempt to build rapport with them early in their training.

22.     Following this discussion, I issued two CP-550s to RO Sourgoutsis. The first was to document the USCP Academy Rules violation by not wearing the proper uniform. A true and correct copy of the CP-550 concerning the uniform violation is attached as Ex. D.

23.     The second CP-550 documented my counseling her concerning her initial instinct to go "turbo bitch" on other FLETC students. This CP-550 was not considered an academy violation and a true and correct copy is attached as Ex. E.

24.     On or about June 23, 2014, RO Madera advised Officer Hughes and me that RO Sourgoutsis was again Skyping or Face Timing with her boyfriend in the cafeteria. As this was the second such incident, and the class leaders had previously discussed FLETC prohibitions on using the video recording feature of her personal electronic devices on FLETC grounds, I issued a CP-550 documenting the violation. When Officer Hughes and I presented the CP-550 to RO Sourgoutsis on June 24, 2014, we discussed other places on FLETC grounds where she could Skype without violating the FLETC Student Handbook policy on this activity. This incident was not considered an academy violation. RO Sourgoutsis was asked to provide a memoranda providing her point of view. True and correct copies of the CP-550 and RO Sourgoutsis' memoranda are attached as Ex. F.

25.     On or about June 24, 2014, multiple ROs in ROC 177 reported to me that RO Sourgoutsis used profanity in the presence of an instructor and seven other classmates. It was reported to me that RO Sourgoutsis referred to two classmates as "fucking assholes." I asked each of the seven classmates present at the time the comment was allegedly made to provide a written statement. I also asked RO Sourgoutsis to provide a statement regarding this incident. The statements were to help determine the context in which the comment was made. True and correct copies of all the statements submitted by classmates and RO Sourgoutsis are attached as Ex. G.

26.     Once I determined that RO Sourgoutsis used profanity regarding a classmate, I issued a

CP-550 documenting this violation of USCP Academy Rules.  The USCP Academy Rules

specifically prohibit ROs from using "coarse, violent, profane, or insolent language or gestures"

in the performance of their duties.  A true and correct copy of the CP-550 is attached as Ex. H.

27.     On June 24, 2014, Officer Hughes and I presented RO Sourgoutsis with the CP-550

documenting her inappropriate language.  We explained to RO Sougoutsis that her language was

a violation of the USCP Academy Rules and not acceptable conduct for a RO.  RO Sourgoutsis

acknowledged that she reviewed and read the document, but refused to sign it because she stated

it "was not legit" and the instructor who heard the profanity "did not say anything to her."

28.     As this was RO Sourgoutsis's third documented academy violation, I informed RO

Sourgoutsis that she was on disciplinary probation.  I reminded her that five violations of the

USCP Academy Rules would result in a recommendation for termination.  A true and correct

copy of the Disciplinary Probation Notice is attached as Ex. I.

29.     I am aware that on June 26, 2014, RO Sourgoutsis was late for her class photo and

arrived after the photo had been taken.  USCP Academy Rules require that ROs report to all

assignments on time.  Officer Hughes counseled RO Sourgoutsis for being late and documented

it on a CP-550.  This incident was not counted as an academy violation.  RO Sourgoutsis

provided a memoranda explaining her point of view.  True and correct copies of the CP-550 and

RO Sourgoutsis' memoranda is attached as Ex. J.

30.     RO Sourgoutsis and the remaining members of ROC 177 graduated from the UPTP on

August 11, 2014.  Following the June 26, 2014 incident, RO Sourgoutsis did not commit any

further violations of the USCP Academy Rules and was not counseled on correcting her behavior

or conduct at FLETC, Glynco.  I recall that soon after she was counseled on June 24, 2014, her

8

behavior changed.   Specifically, I recall two DHS instructors describing her behavior as being quiet.

31.     I am aware that in the Complaint of this litigation, Ms. Sourgoutsis alleges that I harassed and discriminated against her based on her gender while she was attending the UPTP at FLETC, Glynco.  For example, Ms. Sourgoutsis alleges that I discriminatorily singled her out for using profanity on or around June 24, 2014, when she received a CP-550 for calling two classmates "fucking assholes."  As proof that she was treated differently than others, Ms. Sourgoutsis recounts an incident in which another RO told a colleague he would "rock his ass" when they were engaged in a physical competition.  Ms. Sourgoutsis alleges that the RO who used profane language received no corrective documentation, however, Ms. Sourgoutsis is mistaken.  I issued the RO in that circumstance a CP-550 relating to his language.  The RO was also permitted to provide a memoranda responding to the CP-550.  True and correct copies of the CP-550 and the RO's memoranda is attached as Ex. K.

32.     I am aware that Ms. Sourgoutsis alleges that I treated her discriminatorily by forcing her to write memoranda explaining her version of events as to the CP-550s she was issued.  As a general practice and part of the learning process, I require students to provide such memoranda concerning CP-550s and other incidents.  This exercise helps ROs develop skills in drafting incident reports and other documents that police officers draft in the line of duty.  I asked ROs in ROC 177 to draft such documents as a matter of course.  Ms. Sourgoutsis was not the only one required to do so.

33.     I am aware that Ms. Sourgoutsis alleges that I harassed her by allowing her classmates to write negative things about her in memoranda they provided to me.  I did not ask Ms. Sourgoutsis's classmates to write negative things about Ms. Sourgoutsis.  Rather, I asked them to

9

document events they witnessed. Specifically, I asked two class leaders to document the complaints they and others made to me regarding RO Sourgoutsis's disruptive behavior in class and what they did to address the complaints. I also asked those present when Ms. Sourgoutsis referred to two classmates as "assholes" to document what they heard. In short, Ms. Sourgoutsis's classmates made me aware of improper conduct, that I did not witness, and I required those who witnessed the behavior to record the event.

34.     It also is not unusual for me to ask an RO's classmates to provide statements of behavioral issues they have witnessed. I estimate that in each recruit class an incident occurs in which I ask for written statements from class leaders or witnesses. For example, I recall an incident involving another recruit class in which a course instructor asked during class whether they believed police officers were more ethical today than in years past. The instructor called upon a student to answer the question and that student stated that body cameras likely encourage police officers to behave more ethically. Another student in the back of the room "fake coughed" and said "bullsh*t" under his breath. This conduct was inappropriate and disrespectful to the instructor, the student who answered the question, and the other students in the classroom. It was also disruptive. I requested written statements from the student who answered the question, class leaders, and the student who engaged in the unprofessional conduct.

35.     Following Ms. Sourgoutsis's graduation from the UPTP, I had no further communication or contact with her. I also did not have contact with anyone in her chain of command when she began working as a sworn police officer on Capitol Hill. I had no input into her termination. I was not aware of Ms. Sourgoutsis's termination until after the Department terminated her.

36.     I never harassed or discriminated against Ms. Sourgoutsis. I treated her in the same manner as the other ROs in ROC 177. My management philosophy is to lead by example, to

show empathy, and to be inclusive to all.  I apply this philosophy at work daily and to all personnel under my chain-of-command, including ROs.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of October 2017.

Glenn P. Brogan

# EXHIBIT A



# Student Handbook

*Glynco Facility*



## Homeland Security

2015-GG-0006

# THE FEDERAL LAW ENFORCEMENT TRAINING CENTERS



## Mission

*We train those who protect our homeland.*

## Vision

*Training excellence through partnerships.*

## Values

*Respect*

*Integrity*

*Service*

*Excellence*



*Federal Law Enforcement Training Centers*
**U.S. Department of Homeland Security**
1131 Chapel Crossing Road
Glynco, Georgia 31524



# Homeland Security

GREETINGS FROM THE DIRECTOR

Dear Students:

Welcome to the Federal Law Enforcement Training Centers (FLETC). Whether you are here for basic training in one of our flagship programs, professional development in one of our advanced courses, or an agency-specific program, we look forward to providing you with a first-rate experience while on site. I am confident you will find talented instructors, dedicated staff, and a culture committed to providing the very best preparation for those who have chosen careers in service to the public and our Nation.

FLETC, a component of the Department of Homeland Security, conducts basic and advanced law enforcement training for more than 90 federal agencies and for thousands of state, local, tribal, and international law enforcement agencies. FLETC was founded over 40 years ago on the premise that consolidated federal law enforcement training best serves the taxpayer and the Nation's law enforcement officers and agents. Under FLETC's consolidated training model, agencies maintain the flexibility to provide specialized training unique to their missions, while FLETC provides training in areas common to all law enforcement officers, such as firearms, driving, tactics, and investigations. Not only does this create cost efficiencies for the Federal Government, but it gives students the opportunity to train side-by-side with officers and agents from other agencies, instilling collaborative mindsets and facilitating future interoperability.

The Student Handbook provides information about safety, resources, services, activities, and support available to you while at FLETC. If you need additional assistance, your class coordinator is an excellent resource.

I am personally committed to ensuring that FLETC's training provides you with the skills and knowledge you need to carry out your responsibilities and to remain safe. I encourage you to leverage your instructors' experience, learn from your fellow students, and engage in lifelong learning.

I thank you for your commitment to protecting our homeland, and wish you the best of luck in your training and your career.

Sincerely,

*Connie L. Patrick*

Connie L. Patrick
Director
Federal Law Enforcement Training Centers

# TABLE OF CONTENTS

**INTRODUCTION**      7
*Location*
*History*

**STANDARDS OF CONDUCT**      9
*Code of Conduct*
*Student Honor Code*
*Classroom Conduct*
*Fraternization Policy*
*Types of Infractions and/or Misconduct*
*Attendance Requirements*
*Alcoholic Beverages*

**HOUSING**      13
*General Information*
*Valuables*
*Dormitory Quiet Hours*
*Room Changes*
*Dormitory Facilities*
*Lost Room Keys*
*Inspections*
*Fire*
*Problems and Complaints*
*Housing Areas Are Restricted*
*Mold and Mildew Control*
*Departure Information*
*Off-Center Housing*

**TELEPHONE USE INFORMATION**      17
*FLETC Security Non-Emergency Telephone Number*
*FLETC Security Emergency Telephone Number*
*Incoming and Outgoing Personal Calls*
*Emergency Incoming Calls for Students*

**ACCESS FOR GUESTS**      18

**SEVERE WEATHER INFORMATION**      19
*Severe Thunderstorms*
*Tornadoes*
*Hurricane Evacuation*

## INFORMATION TECHNOLOGY (IT) SYSTEM USE    20
*FLETC Wireless Network*
*Camera*
*Recording Devices*
*Operational Security*

## WEAPONS    22

## UNIFORMS AND OTHER STUDENT ATTIRE    23
*Training Uniforms*
*Duty Belts and Gear*
*Physical Training Uniforms*
*Dining Hall and Student Center Dress Code*
*Display of FLETC Identification (ID) Badges*

## REASONABLE ACCOMMODATION PROCESS    25

## "FOR OFFICIAL USE ONLY" INFORMATION    26

## TRANSPORTATION    27
*Privately Owned Vehicles (POVs)*
*Use of Government Vehicles*
*Traffic Point Penalties*
*Bicycle Safety*
*Pedestrian Safety*
*On-Center Transportation*
*Weekend Transportation*

## DINING HALL AND STUDENT CENTER MEALS    29

## OTHER STUDENT RESOURCES    30
*The Student Center*
*FLETC Recreation Association*
*Little Rookies Child Development Center*
*Recreation Facilities*
*Intramural Sports*
*Organized Tours and Trips*
*The FLETC Express Convenience Store (Building 86)*
*Barber Shop*
*Dry Cleaner*
*Laundromat*
*Credit Union*

*Meditation Center "The Sanctuary"*
*Post Office*
*Personal Mail*
*Copiers*
*Fax Service*
*Library*
*Self-Study Computer Laboratory*

## HEALTH AND WELL-BEING                                                34

*Healthcare*
*Student Responsibilities*
*Non-Training-Related Injuries and Illnesses*
*Sick Leave*
*When the FLETC Health Unit is Closed*
*Athletic Trainers Office*
*Physical Techniques Division Complex (Building 252)*
*Outdoor Physical Activity Restrictions Due to Weather*
*Rhabdomyolysis*
*Methicillin-Resistant Staphylococcus Aureus (MRSA)*
*Critical Incident Stress Management (CISM)*
*FLETC Church Services*

## SAFETY AND ENVIRONMENTAL                                            39

*General Safety*
*Smoking and Tobacco Use Policy*
*Jogging*
*Sustainability at the FLETC Glynco Campus*
*Conservation*
*Hazardous Chemicals*
*Wildlife*

## EQUAL EMPLOYMENT OPPORTUNITY (EEO)                                  42

## GRADUATION AND DEPARTURE INFORMATION                                43

*Graduation Attire*
*Transportation After Graduation*
*FLETC Transcripts*

## COLLEGE OF COASTAL GEORGIA—FLETC PROGRAMS                           44

*College Credits*

## FREQUENTLY USED NUMBERS                                             45

# INTRODUCTION

Welcome to the Federal Law Enforcement Training Centers (FLETC), Glynco Training Delivery Point (TDP). Now that you have arrived, registered at Building 1 and been assigned a room, you are ready to begin your FLETC experience. The information in this Student Handbook can guide you on your way and will greatly enhance your learning experience. We will make every effort to make your stay with us a positive and rewarding one.

## LOCATION

Located next to Brunswick, GA; the Glynco TDP is approximately one hour south of Savannah, GA and approximately one hour north of Jacksonville, FL.

## HISTORY

Originally a bureau of the Department of the Treasury, the FLETC became a component of the newly formed Department of Homeland Security (DHS) on March 1, 2003. Prior to the inception of the FLETC, the concept of consolidated law enforcement training circulated for a number of years until a pivotal moment in the late 1960s. Two studies indicated a clear need for a shared facility for consolidated Federal law enforcement training and highlighted a critical lack of:

- Quality training
- Permanent, trained cadre of instructors
- Adequate physical facilities
- Standardized course content
- Cost-effective training

The studies extensively analyzed the requirements for basic, advanced, in-service, and refresher training as well as specialized training for Partner Organizations (POs). As a result, Congress authorized the construction and appropriated funds for the establishment of an organization dedicated to train Federal law enforcement agencies. Initially established in 1970 as the Consolidated Federal Law Enforcement Training Center (C-FLETC) based in Washington, D.C., the organization relocated to its present headquarters in Glynco, Georgia in 1975 and became known as the FLETC. The FLETC now serves as an interagency training facility for more than 91 Federal organizations and operates four domestic TDPs, to include: Glynco, Artesia, Charleston, and Cheltenham. Individually, these locations each perform a vital role; collectively, they serve to meet the critical needs for law enforcement training throughout the United States.

The Glynco, Georgia TDP serves as a hub for basic training for numerous federal law enforcement agencies. Glynco serves as a major training location for the core FLETC Center Basic training programs: the Criminal Investigator Training Program, the Land Management Police Training

7

Program and the Uniformed Police Training Program.  The approximately 1,600 acre facility contains a wide range of specialized venues for the basic and advanced training of uniformed and investigative law enforcement personnel.

The Artesia, New Mexico TDP is home to an array of basic and advanced programs.  Notably, the U.S. Border Patrol, Bureau of Indian Affairs, and tribal police all base training academy operations in Artesia.  Post September 11th, Artesia has also played a fundamental role in training for the Federal Air Marshal Service and the Federal Flight Deck Officer program.  In FY12, Artesia added one of the signature FLETC Center Basic training programs, the Land Management Police Training Program, to its portfolio of offerings.  In FY13, Artesia added another basic training program, the Rural Police Officer Training Program.

The Charleston, South Carolina TDP specializes in maritime and advanced training for various agencies.  Charleston serves as the center of training for the U.S. Coast Guard's Maritime Law Enforcement Academy, Administrative Office of the U.S. Courts, Office of Probation and Pretrial Services and the Food and Drug Administration.  Charleston also supports various advanced training programs for the Immigration and Customs Enforcement, Customs and Border Protection and the Naval Criminal Investigative Service.  A signature component of the Charleston complex is the assortment of boat boarding platforms and shipboard training venues, to include the SS Cape Chalmers, a 494 foot Break-bulk Cargo Ship retired from the Military Sealift Command.

The Cheltenham, Maryland TDP was established by Congress through public law to support the in-service and continuing professional training needs of Federal and local law enforcement in the National Capital Region (NCR). Cheltenham is a non-residential facility specializing in advanced training with an emphasis on vehicle operations, firearms, and tactics. Cheltenham has become recognized as a key provider in the NCR for refresher and qualification training and pre-deployment preparation. The facility hosts several onsite training partners, to include the Washington, D.C. Metropolitan Police Department, Department of State, Pentagon Force Protection Agency and the United States Capitol Police.  Comprehensive driver training venues include an extensive off-road course.  Of note, Cheltenham operates one of the largest known fully enclosed, climate controlled firearms facilities, including a 100-yard range among the seven individual ranges under one roof.

In 1982, training was extended to state, local, rural, campus, and tribal law enforcement officers for advanced and specialized subjects. Today, the FLETC also exports international training to San Salvador, El Salvador; Gaborone, Botswana; Budapest, Hungary; and Bangkok, Thailand. Through the expanded use of technology in training, programs are delivered when and where they are needed.

# STANDARDS OF CONDUCT

## CODE OF CONDUCT

You are expected to conduct yourself in a manner befitting a government employee. Executive Order 11222 (18 U.S.C. 201) states the basic philosophy of conduct for those who carry out the public business: "Where government is based on the consent of the governed, every citizen is entitled to have complete confidence in the integrity of his government. Each individual officer, employee or advisor of government must help earn and must honor that trust by his own integrity and conduct in all official actions." You are expected to adhere to these principles and to standards of behavior that will reflect credit upon the Government. Additionally, you are reminded that the Office of Personnel Management regulations state that Federal employees shall not engage in criminal, infamous, dishonest, immoral, or notoriously disgraceful conduct, or other conduct prejudicial to the Government. Included in the Government Code of Conduct is a statement regarding the responsibility to protect and conserve all Federal property.

You must be constantly aware that your behavior both at the FLETC and in the local community is reflective not only of yourself, but also of the Federal Government, the FLETC and the agency that you represent and work for. Model conduct is particularly important in your dormitories, where the rights of others to an environment conducive to study and rest are paramount. Misconduct on or off the FLETC, at any time, is grounds for disciplinary action, to include dismissal from training.

## STUDENT HONOR CODE

The FLETC Student Honor Code is based on the premise that persons aspiring to serve as law enforcement agents/officers should exhibit the highest levels of personal conduct and integrity. The FLETC Student Honor Code prescribes that all work submitted by a student be the sole product of the student. You have an obligation to uphold the highest standards of integrity in training, which includes a refusal to tolerate dishonesty by other students at the FLETC. You should have an active interest in contributing to the existence of a high sense of moral and social responsibility on the part of all students at the FLETC. All allegations of cheating must be reported to the appropriate personnel, typically your Program Specialist.

 Student Honor Code applies not only to written examinations, but also to all work performed in graded practical exercises (PE) and laboratory exercises of a training program. Student Honor Code violations, as outlined in FLETC Directive 67-35.C, "Student Misconduct," will result in an expulsion from training. The following are considered to be violations of the FLETC Student Honor Code as it pertains to dishonesty (cheating) on written examinations and graded PEs:

> ~ Copying from another student's work.

9

- Soliciting, giving, and/or receiving unauthorized aid (e.g., intentionally firing on another student's targets to help them qualify; telling a student the evaluated criteria of a PE before the evaluation).
- Duplicating or replicating of any part of an examination, laboratory exercise or PE (e.g. cutting or copying from another student's Affidavit or Status Report and pasting it in your Affidavit or Status Report).
- Exchanging and/or transmitting examination questions/materials or study aides from one class to another.
- Use of or possession of duplicated or replicated examination questions/materials.
- Using unauthorized aids.
- DO YOUR OWN WORK!!

Each instance of alleged cheating will be fully investigated, to determine the validity of the allegation. Allegations of cheating shall be made a matter of official record, together with the results of the investigation and appropriate action. If you are found cheating, you will immediately be dismissed from training. If you are dismissed from training because of cheating, you will not be permitted to attend subsequent FLETC training. Upon receipt of this handbook, you agree to the pledge that you will neither give nor receive aid from any unauthorized source before or during an examination or PE and that if you observe or learn of another student's violation of the FLETC Student Honor Code, you are bound to report to the Program Specialist the name of such student(s) involved and furnish such evidence that is available to support your charge. For the FLETC Student Honor Code to operate successfully, the cooperation of the entire student body of the FLETC is essential.

## CLASSROOM CONDUCT

Sleeping, eating, the use of ear buds, the use of tobacco products, talking on cell phones, and reading of non-training related material is strictly prohibited in the classroom. Prior to a classroom lecture or during an authorized break, students are permitted to quietly text message and/or use personally owned electronic devices. Prior to a classroom lecture or during an authorized break, any student who wishes to make an actual telephone call must exit the classroom and hallway so other students are not disturbed. Students can use unoccupied breakout rooms or go outside to make phone calls. Once a lecture begins and/or resumes, all electronic devices, unless being used to take notes or view course material, must be completely turned off and stored out of view. Non-alcoholic drinks may be permitted in the classroom, provided the beverage containers have a lid. Certain training locations, such as computers labs, may prohibit beverages.

## FRATERNIZATION POLICY

The students and staff have the right to expect that decisions and evaluations are based upon proficiency, impartiality and professionalism.   Such an environment encourages mutual professional respect, as the fundamental basis for student/staff relationships at the FLETC and contributes to the continued effective performance of the duties and responsibilities of the FLETC.   Fraternization and other inappropriate student/staff relationships violate the high standards needed to maintain and assure the effective performance of duties and maintenance of public trust. The definition of "staff" is interpreted broadly, to include FLETC instructors, FLETC support personnel, agency staff and contract personnel who have direct contact with students. It does not matter that the instructor or staff member is not assigned to your class or program.  All incidents of fraternization should be reported to the Program Specialist.

## TYPES OF INFRACTIONS AND/OR MISCONDUCT

Types of infractions and/or misconduct include, but are not limited to, the following:

- Cheating or violating the FLETC Honor Code.
- Lying or engaging in dishonest behavior.
- Stealing or using another's property.
- Engaging in harassing behavior.
- Misuse or excessive use of force.
- Misuse, excessive use, or threatened use of force with a FLETC training aid or platform.
- Dangerous or reckless use of a firearm.
- Gratuitous use of profanity.
- Fraternization between FLETC staff and students.
- Failing to wear required uniform properly or wearing improper attire while in training or at the dining facility.
- Being drunk and/or impaired during training.
- Using controlled substances and or abusing prescription drugs at any time.
- Intentionally or willfully failing to follow instructions.
- Disrespect, defiance or belligerence directed at an instructor, staff member or other student.
- Intentionally or willfully engaging in unsafe conduct during training.
- Using tobacco products in a class or a dormitory room, government-owned building or in a government-owned vehicle.
- Bringing inappropriate materials to training.
- Inattentiveness or sleeping during training.
- Engaging in conduct that is disruptive.
- Exhibiting a behavioral problem as outlined in pertinent FLETC directives.
- Engaging in conduct that violates Federal, state or local law.
- Intentionally or recklessly damaging Federal property or the personal property of another.
- Being tardy, late, or absent from training without permission.
- Providing false information on a Physical Performance Requirements form.
- Exhibiting an uncooperative or indifferent attitude during training.

11

- Failing to cooperate in an administrative inquiry or criminal investigation.
- Failing to report infractions and/or misconduct covered in this manual.
- Inappropriate or unauthorized use of government information technology resources.
- Engaging in conduct that is prejudicial to good order and discipline or is of a nature to bring discredit upon the FLETC or the Federal Government.

## ATTENDANCE REQUIREMENTS

You are required to attend all scheduled classes and training sessions. You will not be granted annual leave while you are in training, unless extenuating circumstances apply.  If unforeseen circumstances arise, your leave request must be coordinated through both your Program Specialist and your agency.  As a general rule, if you miss one or more of the first three (3) days of basic training, you will not be permitted to participate in that class.  Special considerations will be given if you experience unavoidable delays in travel to the FLETC. If a laboratory exercise is missed as a result of a FLETC Health Unit medical restriction, the training must be "made up" after hours. For emergency situations only (e.g., death in the family, illness, hospitalization, court appearance, etc.) a student may miss no more than 24 hours of training during the training program.  This typically equates to three (3) training days.  Also, when a student misses a substantial amount of training in one topical area (PTD sessions, firearms, tactics, etc.) the student may be dismissed from training.  A substantial amount typically equates to three (3) consecutive sessions of a specific topic area.  When, in the judgment of the Training Management Division, Division Chief, or designee your cumulative absences result in too many classes being missed, and your success in the program is severely compromised, you will be dismissed from training and returned to your agency.

## ALCOHOLIC BEVERAGES

Alcoholic beverages shall not be consumed or possessed by any personnel during normal training hours or adjacent to a training area at any time.  During non-training hours, your use of alcohol becomes a personal choice, but that choice cannot, in any way, interfere with your training or place others at risk.  The general rule is to refrain from consuming any alcoholic beverages at least eight (8) hours prior to duty.  That rule applies to our training environment as well.  Your training is too important for you to place the consumption of alcohol ahead of your success in training.  Even the odor of alcohol on your person during training hours will result in a stoppage of training in order to investigate if you are placing yourself or others at risk.  Irresponsible alcohol use will result in disciplinary action and possibly removal from the training program.  Licensing requirements prohibit you from bringing alcoholic beverages purchased elsewhere into the Student Center.  Be responsible with your alcohol consumption and always use a designated driver.

# HOUSING

## GENERAL INFORMATION

The FLETC's housing policy is established by Federal law and requires you to reside in on-center or FLETC provided housing.  Whether housed on-Center or off-Center, you are accountable for your room and its furnishings.  Upon arrival, you should inspect the condition of your room and all items in the room.  If housed on-Center, any damaged, broken, or missing items should be reported to the Desk Clerk.  Unreported damage to your room, found later, will be charged to you.  If housed off-Center, you should report damaged, broken, or missing items to the hotel front desk clerk upon check-in.  This report can be made at any time of the day or night.  You are responsible for ensuring that your guest(s) comply with all regulations.  You will be held liable for any loss and/or damage that your guest(s) causes and you may be subject to disciplinary action.  All FLETC on-Center dormitories are heated and air-conditioned.  Rooms are cleaned and beds are made each weekday, by maid service.  Clean bed linens are issued once a week.  Towels are exchanged daily—one fresh for each type soiled item.  Towels may not be taken out of the housing facilities.  Bed and bath linens must be left in your room, readily available for the housekeeping staff to exchange.  Your room will be equipped with the following items: sheets, bedspread, pillowcase, blanket, towels, wash cloths, television, small dormitory refrigerator, coffee pot, iron and ironing board, and a safe.  Requests for additional linen items may be submitted to the on-duty Desk Clerk.  Do not mix personal items with soiled linens and towels that are to be picked up by housekeeping.  Rooms should be kept neat, with all personal items properly stored.  You must clean up any trash and remove personal items from the floor, bed, and furniture so the housekeeper can clean your room.  Housekeepers will not move personal items in order to clean and dust.  Put away any potentially offensive materials.  The housekeeper can refuse to clean your room if offensive material is left out in the open.  To prevent insects from visiting, stored food must be limited to snacks and kept in air tight containers.  Small amounts of beer (or other alcoholic beverages) are permitted inside the dorm rooms for personal consumption.  Small appliances, such as irons, curling irons, and hair dryers should be turned off and unplugged after each use.  Furniture should never be moved from room to room.  In addition, furniture should never be placed on balconies or taken to other outdoor areas.  If you rearrange furniture within your room, ensure that it does not impede housekeeping.

The following items are prohibited inside of the FLETC dormitory rooms:

- Firearms
- Flammable materials
- Open flames, such as candles
- Cooking grills (not permitted in the dormitory area, use provided grill areas)
- Coolers containing ice
- Beer kegs
- Pets

13

- The use of tobacco products, including vapor cigarette products
- Bicycles

## VALUABLES

Your valuables should be locked in a cabinet or closet or safe. You are responsible for safeguarding valuables that are left in your room. Valuables found by the housekeeping staff will be removed and secured by FLETC Security. If FLETC Security removes an item from your room, a notice with the procedure for retrieving the item will be placed in your room.

## DORMITORY QUIET HOURS

Quiet Hours are from 10:00 p.m. to 7:00 a.m., 7 days per week. These hours will be strictly enforced for the benefit of all students. Students should not have to wait until quiet hours in order to study, so be respectful at all times. When asked to turn the volume down or move your conversation away from outside of someone's room or take the party somewhere else, simply comply with the request. Remember, our mission and focus is to train law enforcement officers and we expect differences to be resolved professionally and respectfully. During quiet hours, the following is strictly prohibited in the dormitory areas:

- Loud music
- Washing or drying clothes
- Loud talking and disruptive noises
- Dormitory room parties

Students can report violations of quiet hours, by contacting FLETC Security at (912) 267-2461 or (912) 267-2100.

*Failure to observe the stated quiet hours may result in disciplinary action.*

## ROOM CHANGES

Requests for room changes must be submitted to your Program Specialist or agency representative for review. Your request to change rooms must be supported. The Program Specialist or agency representative will assist to resolve maintenance or personal issues prior to making room changes. Requests for room changes must be approved by the Housing Manager.

## DORMITORY FACILITIES

Television rooms, study rooms and recreational game rooms are located in Buildings 72, 98, 271, 276, and 278 for your enjoyment. Washing machines and dryers are available, at no cost to you, in each on-Center housing facility. Detergent is not provided.

## LOST ROOM KEYS

Replacement of a lost room key must be addressed with the on-duty Desk Clerk. In the case of rooms accessed via FLETC card readers, lost I.D. badges must be reported to FLETC Security and replaced at Building 1. Once a new I.D. badge is received, it must be taken to your dormitory Desk Clerk for room access programming.

## INSPECTIONS

The FLETC dormitories are subject to inspection to ensure that the contractor is providing the services outlined in the contract. If the room inspection reveals a violation for which you are responsible, you will be given a notice.

## FIRE

If a fire alarm sounds, evacuate the building immediately. Do not attempt to fight the fire.

## PROBLEMS AND COMPLAINTS

Problems regarding your room should initially be discussed with the Desk Clerk, especially if emergency maintenance is needed. If it is not a maintenance emergency, you can complete an "Occupant Report of Maintenance Problems" form and leave it on your bed, prior to leaving for class. You can also notify your Program Specialist of the problem. Your Program Specialist will notify the Housing Manager. Suspected theft should be reported to the Desk Clerk and also FLETC Security.

## HOUSING AREAS ARE RESTRICTED

Only students, FLETC personnel, agency personnel, contract personnel on official business, and authorized guests are permitted in housing areas. Overnight housing of family members or guests is strictly prohibited. Students' guests are allowed in housing areas Monday through Friday, from 5:00 p.m. to 12:00 midnight. On Saturdays, Sundays and Federal holidays, students' guests are allowed in housing areas from 9:00 a.m. to 12:00 midnight. Students may visit other students in their rooms, but only during the hours cited in this paragraph. You must be in your assigned room after midnight.

## MOLD AND MILDEW CONTROL

Due to the high humidity in coastal Georgia, mold and mildew are persistent problems at the FLETC. Some people are highly susceptible to mold spores, and for such people prolonged exposure can cause discomfort and may even require medical attention. You can help combat these problems by limiting the amount of moisture present in your dorm room. The following measures will reduce the high humidity that encourages the growth of mold and mildew:

- ❧ Keep doors and windows closed as much as possible;
- ❧ Set thermostats to Hi Cool;
- ❧ Run air conditioner fan at the highest  speed setting;
- ❧ If a bathroom has an exhaust fan, leave the fan on for at least 5 minutes after showering;
- ❧ Do not attach makeshift air filters to the air vent;
- ❧ Do not take any part of your A/C apart or modify it.  Contact the Desk Clerk and submit a maintenance request.  Conducting your own maintenance on the unit typically results in further damage, which you will be responsible for.

## DEPARTURE INFORMATION

Upon final departure from the FLETC, remove all personal property, dispose of food and trash, unlock your closets and ensure that furniture is returned back to the original arrangement. "Check out" time is no later than 12:00 noon, unless otherwise coordinated with your Program Specialist and approved by the Housing Program Manager.  Leave room keys with your respective dormitory Desk Clerk.

## OFF-CENTER HOUSING

In some rare cases, off-Center housing is required.  In order to maintain consistency, specifications for housekeeping and other services will be similar to on-Center housing.  During the training week, during the hours that you are in class, do not place the "DO NOT DISTURB" sign on your door.  By contract, each hotel facility is required to clean each room five times per week.  By placing the "DO NOT DISTURB" sign on your door, you are inadvertently asking the facility to violate its contract with the FLETC.  However, if you leave your room during the evening or the weekend, close the curtains and place the "DO NOT DISTURB" sign on your door.  This is to deter criminal activity.  Always secure your valuables in a safe location.  The housing facility will not be responsible for items (i.e., money, laptop computers, jewelry, medications, etc.) left in rooms and not properly secured.  Additional room charges incurred by the occupant (i.e., long distance calls, movies, room service, additional guests, etc.) must be paid by you, to the facility, prior to checking out.  You must comply with the rules and regulations of the facility that you are residing in during your training at the FLETC.

Off-Center housing accommodations are subject to inspection by the FLETC to ensure that the contractor is providing the services stated in the contract. If the room inspection reveals a violation for which you are responsible, you will be given a notice.  Please report problems or complaints regarding off-Center housing services to the facility manager. If satisfaction is not achieved in a reasonable period of time, report the matter to your Program Specialist. You should report suspected theft, damage to property, or other security issues to the facility manager and the local police department.

# TELEPHONE USE INFORMATION

## FLETC SECURITY NON-EMERGENCY TELEPHONE NUMBER

(912) 267-2461

## FLETC SECURITY EMERGENCY TELEPHONE NUMBERS

Students residing in leased dormitories 185, 186 and 187 should call 267-2911.

Students in all other dormitories should call extension 2911.

If calling from a cell phone, students should call (912) 267-2911.

*It's important that FLETC Security coordinate emergency responses*
*so there is no delay at the front gate.*

## INCOMING AND OUTGOING PERSONAL CALLS

- Calls from outside the FLETC are directed through the Automatic Call Director.
- The number for most on-Center housing is (912) 280-5300.
- Buildings 185, 186, and 187 are not on the FLETC telephone network, and the telephone number is (912) 466-8212.

## EMERGENCY INCOMING CALLS FOR STUDENTS

During training periods, your Program Specialist will notify you of emergency calls. After 5:00 p.m., you will be contacted at your room.  Please ensure your family knows the name of your employing agency and applicable training program you are participating in so we are able to locate you quickly and help in the emergency situation.  You may provide the following information to your office and family for emergency or important notifications to you:

*Monday-Friday*
*(7:00 a.m. - 5:00 p.m. Eastern Time)*
*912-267-2443 or 912-267-2796*

17

# ACCESS FOR GUESTS

*To obtain access to the FLETC for a guest, you must personally sign for your guest at Building One.*

- ⮞ Your FLETC identification badge will be checked.
- ⮞ You must escort your guest(s) at all times while they are on the FLETC and you must ensure that they remain in authorized areas at all times.
- ⮞ You are responsible for your guests' conduct and their vehicles.
- ⮞ Guests cannot remain unescorted in your dormitory room while you are in training.
- ⮞ You are not to bring new acquaintances onto the FLETC.
- ⮞ Only family members or long-term friends are permitted, in limited number and frequency.
- ⮞ You cannot have overnight guests and your guests must be escorted off-Center by 12:00 midnight each evening.
- ⮞ Guests ages 16 and over must show one valid form of photo identification.
- ⮞ Access for guests attending official functions, such as graduation ceremonies, is coordinated through your Program Specialist.
- ⮞ Guests at graduation must leave the FLETC within 15 minutes after the ceremony concludes.
- ⮞ Guests who are not U.S. citizens will not be permitted entry unless they have been vetted through the Office of Security and Emergency Management in advance.
- ⮞ Submission of specific personal data on the proposed guest is required at least 30 days in advance of the visit.

*For more information, contact your Program Specialist.*
*You can also contact the Office of Security and Emergency Management at 912-267-3439 or by email at*
*FLETC-InternalSecurity@fletc.dhs.gov.*

# SEVERE WEATHER INFORMATION

*The FLETC's Early Warning System is a siren that alerts people to severe weather or other emergencies. Sirens are located in outdoor areas and selected indoor facilities.*

## SEVERE THUNDERSTORMS

When a severe thunderstorm warning is issued, it means lightning, high winds, rain, and/or hail are possible. You will hear the Severe Thunderstorm warning signal—a siren wail, followed by a verbal announcement that there is a Severe Thunderstorm Warning. If you are outside, seek shelter immediately.

## TORNADOES

A "Tornado Watch" means that conditions are favorable for tornado activity. A "Tornado Warning" means there is a distinct and immediate threat of a tornado. When the FLETC announces a Tornado Warning signal, a fast siren wail is sounded, followed by a verbal announcement that there is a Tornado Warning. Seek shelter immediately. When seeking shelter from a tornado, move inside the nearest strong building. If possible, position yourself in an interior hallway or a sheltered space, preferably in a corner. Avoid rooms with glass or windows. The first floor is better than the second. For additional shelter, get under sturdy furniture such as a workbench or heavy table or desk and hold on to it. Use your arms to protect your head and neck. If you are in training, your instructor will tell you what to do.

If you are not in training, you may be able to monitor the situation via Center News monitors, electronic emergency notifications, television, internet, or the FLETC social media outlets. If you do not have access to any of these, you may seek assistance from the FLETC Security Dispatcher at x-2461 or from your assigned Program Specialist/Class Coordinator. When the threat is over, an "ALL CLEAR" announcement is made and training and other outdoor activities may resume.

## HURRICANE EVACUATION

If a hurricane threatens our geographical area and a decision is made to evacuate the FLETC, your Program Specialist will provide relocation instructions. The FLETC has agreements with an inland location for housing and feeding of FLETC students and selected staff during an evacuation. You will be required to pack four to five days' worth of personal belongings in ONE suitcase or bag. Be sure to bring your FLETC identification badge, government-issued identification (driver's license, agency credentials, etc.), medications and toiletry items. Before leaving your dormitory room, close and lock all windows, close the blinds and/or drapes, unplug all electrical items and lock the door as you leave. At the appropriate time, you will receive instructions from your Program Specialist concerning vehicles, large personal property items and/or your personal or duty weapon(s), based on the specific conditions/threats of the storm. The evacuation site does not allow firearms. If you have checked a firearm at the FLETC, be sure to get instructions on what to do about your checked weapon. The FLETC will not require all students to evacuate to the official FLETC relocation site. With approval of your agency, students will have the option of evacuating to an inland location of their choice. Students who choose to not evacuate to the official FLETC relocation site will be the responsibility of their agency.

# INFORMATION TECHNOLOGY (IT) SYSTEM USE

The FLETC Information Technology (IT) systems and resources are provided for official government use only. These IT systems include but are not limited to desktop and laptop computers, portable electronic devices (PED), applications, network services and telephone systems. Using the FLETC IT systems and resources does not give any right to, or expectation of, privacy while using these resources, including Internet and email services.

You must adhere to standards of behavior that are expected of any government employee while using these IT systems or resources. Use of the FLETC IT systems to generate, access, transmit, or store information of a criminal, offensive, or sexually explicit nature is prohibited, unless officially directed and monitored as part of a FLETC training curriculum. All information on the FLETC IT systems or resources is subject to monitoring and may be intercepted, recorded, read, copied, and disclosed by and to authorized personnel for official purposes. Your use of the FLETC IT systems and resources express consent to such monitoring, recording, and auditing. Violations of the FLETC IT system use will be reported to the appropriate agency point of contact. Accidental violations such as access to internet sites that contain offensive materials must be immediately reported to the course instructor.

## FLETC WIRELESS NETWORK

- You are NOT authorized to connect personally owned devices to this network.
- You will be accessing a U.S. Government information system, which includes (1) this computer, (2) this computer network, (3) all computers connected to this network and (4) all devices and storage media attached to this network or to a computer on this network. This information system is provided for U.S. Government-authorized use only.
- Unauthorized or improper use or access of this system may result in disciplinary action, as well as civil and criminal penalties.
- By using this information system, you understand and consent to the following:
  - You have no reasonable expectation of privacy when you use this information system; this includes any communications or data transiting, stored on, originated from or directed to this information system. At any time, and for any lawful government purpose, the government may monitor, intercept, search and seize any communication or data transiting, stored on, originated from or directed to or from this information system.
  - The government may disclose or use any communications or data transiting, stored on, originated from or directed to or from this information system for any lawful government purpose.

You are NOT authorized to process classified information on this information system.

## CAMERAS

The Privacy Act and FLETC Operations Security practices limit the student use of any camera, personal still, cellphone or video cameras on the FLETC. Students must protect the identities of

20

law enforcement personnel, some of whom could be operating in an undercover role in the future. Students must also protect information, techniques and strategies that law enforcement officers employ in the execution of their duties.

The FLETC policy limits camera use by students and their guests to non-training activities, social events and graduations. Students are particularly not to photograph (still or video) sensitive FLETC facilities or training in progress.  Students are permitted to take photographs or video when required to do so as part of an approved course of instruction.

Students who publish, place, or post personally-taken photographs or video footage on the Internet or in media publications without prior authorization will be subject to disciplinary action by the FLETC or by their own agency.

*Please report all suspicious circumstances involving photographic film images to*
*FLETC Security at (912) 267-2461.*

## RECORDING DEVICES

You are prohibited from using recording devices in the classroom or other training venues, unless the recording device is a required part of the training exercise and/or you have received prior approval to use such devices.  Electronic devices, such as cell phones, iPads and tablets are permitted in most training venues with limited use, but the use of the recording features is strictly prohibited.

## OPERATIONS SECURITY

Operations Security (OPSEC) is defined as a countermeasures program designed to disrupt or defeat the ability of foreign intelligence services or other adversaries to exploit sensitive activities or information. The FLETC OPSEC Program acts to secure against the inadvertent release or unauthorized disclosure of such information outside established control procedures. Specific, unclassified facts about the FLETC and Federal law enforcement agencies' mission, intentions, capabilities, or activities are considered critical information and must be protected to ensure our adversaries are not successful.

The nature of law enforcement training and operations-related information present at the FLETC creates OPSEC concerns and makes it a potential target for exploitation. During your training experience at the FLETC, you are urged to practice sound OPSEC and internal security measures at all times, especially when away from the FLETC. You should remember and practice the "Need to Know" principle. You should also be aware of "social engineering," which is a common intelligence collector method of befriending and/or gaining trust to elicit critical information

through various means (e.g. doing favors, giving gifts, use of alcohol, etc.).  Also, you should practice good OPSEC during interactions with foreign national individuals. Finally, you should refrain from discussing critical information in public places.

If you perceive that you have been approached by an individual with more than a casual interest in FLETC activities, contact your Program Specialist/Class Coordinator or the FLETC Office of Security and Emergency Management at (912) 267-3439 or FLETC-OPSEC@fletc.dhs.gov.

# WEAPONS

You are prohibited from bringing weapons, personal or government-issued, onto the facility. The FLETC definition of weapons consists of any operable or inoperable firearm including: revolvers, pistols, shotguns, automatic weapons, air rifles, BB/pellet and cap guns, Tasers, swords, knives with blades in excess of four (4) inches, or any device capable of propelling darts or arrows, such as bows, compound bows, and crossbows.

You must check all weapons, personal or government-issued, at the Visitor Center. Clearing barrels are located inside the Visitor Center and should be used under the direction of FLETC Security.

Upon graduation and departure from the FLETC, graduates may retrieve their weapons. If a graduate must remain at the FLETC for an extended period of time after graduation, the weapon must remain "checked in" and, upon final departure from the FLETC, graduates may then retrieve their weapons.

While attending a training program at the FLETC, credentialed students can retrieve their government-issued weapons for off-duty carry. The Program Specialist/Class Coordinator requires prior notification. This is especially important if the government-issued weapon is stored at the Firearms Division for training purposes.

# UNIFORMS AND OTHER STUDENT ATTIRE

## TRAINING UNIFORMS

Your personal appearance should always reflect a positive image upon the FLETC, your agency, and the law enforcement profession. Therefore, you must observe high standards of appearance at all times.

The various training programs at the FLETC have different uniform standards and/or civilian dress codes. Students attending Center Basic or Center Integrated Basic training programs report to their FLETC orientations wearing either business attire or, in the case of some uniformed police agencies, their Class A agency uniform. Students attending Center Advanced training programs typically report to their FLETC orientations wearing business casual attire, a FLETC training uniform or an agency training uniform. Students attending Agency Specific Basic or Agency Advanced training programs will receive reporting instructions from the respective agency prior to arrival.

Any FLETC issued uniform item can be replaced at Building 680, Uniform Issue, Monday through Friday, between the hours of 7:00 a.m. and 6:00 p.m.

## DUTY BELTS and GEAR

All students attending Center Basic and Center Intergraded Basic training programs must wear the FLETC or agency issued duty belt at all times, while in uniform. The duty belt should include, but not limited to: a holster, a plastic "red gun," a magazine pouch, an extendable baton, one set of handcuffs and a handcuff key. Students may not wear this gear off-Center, unless they are under the direct supervision of a FLETC or agency instructor, during an authorized laboratory or PE. Plastic "red guns" will be handled as if they were "live" and will only be used as directed by a FLETC or agency instructor. Horseplay with plastic "red guns" and/or intermediate weapons will not be tolerated. Violations of these rules could result in disciplinary action or dismissal from training.

## PHYSICAL TRAINING UNIFORMS

The FLETC physical training uniforms are required while participating in all physical training activities within the Physical Techniques Division (PTD) complex, including the running tracks. This policy applies to both official training and personal workouts.

Students participating in personal workouts within the PTD complex are prohibited from wearing civilian workout attire. Students participating in personal workouts away from the PTD complex, such as use of the fitness trails, may wear appropriate civilian workout attire.

24

After each physical training activity, an official training session, or a personal workout, students can visit the PTD Uniform Issue window and exchange their FLETC physical training uniform for a new set.

Students must provide their own athletic footwear, such as running shoes or court shoes. Students participating in Officer Response Tactics (ORT) will wear uniform cargo shorts and a duty belt.

## DINING HALL AND STUDENT CENTER DRESS CODE

*The following attire is prohibited every day to include weekends and non-training days:*

Tank tops, cut-offs, swimsuits, athletic gear, hats, flip flops and any clothing containing profane, obscene, offensive statements or scenes. Civilian attire, uniforms, gym, and athletic wear that has an offensive odor or is soiled by dirt, perspiration, or other foreign substances is also prohibited.

*During all dinner meals, and on weekends the dress code will be relaxed:*

Students can either wear their standard training uniform (described below) or appropriate casual civilian attire to include undergarments.

*Monday through Friday (and Saturday when scheduled training occurs), breakfast and lunch:*

Depending upon the training program, students are to wear either their standard training uniform or professional casual civilian attire. Uniform hats must be removed, upon entry. The ORT uniform (FLETC T-shirt and cargo shorts) is authorized only if the training has not taken place and the uniform is clean.

Clarification of the Dining Hall/Student Center Dress Code should be referred to the Dining Hall Manager or the Student Services Division at (912) 280-5408.

If you refuse to comply with the dress code or become belligerent after being told to change into appropriate attire, you will be reported to FLETC Security.

## DISPLAY OF FLETC IDENTIFICATION (ID) BADGES

You are required to prominently display your FLETC ID badge, above the waist, at all times while on the FLETC. There are only two exceptions. The first exception is when wearing the FLETC ID badge would obstruct training-related performance and the students are under the direct supervision of a FLETC instructor. The second exception is when students are participating in personal workouts within the PTD complex. Students who participate in personal workouts away from the PTD complex must have their FLETC ID badge on their person.

# REASONABLE ACCOMMODATION PROCESS

Reasonable accommodations in the student setting are a modification or adjustment to a class or program that will enable a person with a qualified disability to participate in the program or class or to enjoy the benefits and privileges offered by the FLETC. Upon request, the FLETC provides reasonable accommodations to students with documented learning disabilities and/or physical disabilities. The FLETC requires the student to give reasonable notice of the request for accommodation and provide supporting medical documentation.

Reasonable accommodation requests are processed in a formal manner, involving both legal counsel and representatives from the FLETC Equal Employment Opportunity (EEO) Division. The formal process takes time to complete and it is recommended that the FLETC Program Specialist/Class Coordinator be notified in advance of the students' arrival at the FLETC. You should coordinate all requests for accommodations through your Program Specialist/Class Coordinator. Failure to notify your FLETC Program Specialist/Class Coordinator before arrival at the FLETC and not having supporting documentation could result in a delay of processing your reasonable accommodation request. Contact the Glynco Training Management Division at (912) 554-4770 to identify the appropriate Program Specialist/Class Coordinator.

# "FOR OFFICIAL USE ONLY" INFORMATION

"For Official Use Only" (FOUO) is a designation for information that is law enforcement sensitive. FOUO information must be protected from unauthorized disclosure. FOUO information must be handled, disseminated, stored and destroyed in accordance with specific guidelines. Inadvertent release of such information could be detrimental to the United States, the FLETC, and/or Federal law enforcement agencies. FLETC textbooks, FLETC "thumb drives" and FLETC issued laptop computers all contain FOUO information. These items are considered FOUO because they could be sold for profit and because they could compromise U.S. government intentions, capabilities, operations, activities or otherwise threaten operations security of the law enforcement agencies that train at the FLETC. When unattended, FOUO materials may be secured in your dormitory room or in a locker within a FLETC classroom building. Within FLETC dormitory rooms, students should take further steps to secure FOUO information by placing the materials within a locked closet or locked container. When students are away from their dormitory rooms, FOUO training materials should not be left in "plain view."

While the FLETC encourages graduates to maintain FOUO student materials for future reference, FOUO student materials can also be properly destroyed. Throughout the FLETC's various classroom buildings there are secure plastic storage bins that are labeled "FOUO." All training materials deposited in the secure plastic bins are properly destroyed on a routine basis.

# TRANSPORTATION

## PRIVATELY OWNED VEHICLES (POVs)

If you operate a POV on the FLETC property, you are subject to traffic and parking regulations. The FLETC Security will cite violators as appropriate. Violators are subject to assessment of points, which can result in the revocation of driving privileges on the FLETC. You must register your POV with the FLETC Security while at the Visitor Center. A valid driver's license, proof of insurance, registration, and vehicle tag number are required before a FLETC parking permit will be issued. A student parking decal will be issued and must be properly displayed at all times while your POV is parked on the FLETC property. Your POV must be parked at your dormitory Monday through Friday from 7:30 a.m. to 4:30 p.m. All students housed on the FLETC must either walk or utilize the FLETC transportation provided. Any POV that is in violation of the FLETC parking policy will be ticketed. If you have a medical condition that could impact your ability to walk long distances, you may request a medical parking permit, through the FLETC Health Unit. Georgia state law and FLETC policy require anyone operating a vehicle on the FLETC to wear a seatbelt at all times, while the vehicle is in motion.

## USE OF GOVERNMENT VEHICLES

As provided by law, the use of FLETC government vehicles are restricted to official purposes only. You must have a valid driver's license to operate a FLETC government vehicle; you are responsible for its proper use and protection. Any accidents, no matter how severe, must be reported to your instructors. The use of tobacco products (including smokeless and vapor) is strictly prohibited. Unless specifically authorized by an instructor, food and drink are also prohibited in FLETC government vehicles.

## TRAFFIC POINT PENALTIES

Violators are subject to assessment of points for each citation at the FLETC. The accumulation period for points is two years. Names of violators and their points will be kept on file for two years, starting with the date the violation occurred. If you return to the FLETC within two years, the record will still be in effect and any previous violation will still be charged against you. A period of suspension previously assigned and not completed will resume upon return within the two-year period.

The Director, or other designated official, reserves the authority to extend suspensions or permanently revoke driving privileges on the FLETC for repeat offenders or other persons whose driving records, in the Director's judgment, warrant such action to ensure the safety of staff, students and visitors.

## BICYCLE SAFETY

The FLETC requires safe riding practices to prevent dangerous conflicts with vehicles and pedestrians. Many sidewalks on the FLETC are wide enough to accommodate both pedestrians and bicyclists. Pedestrians always have the right-of-way. Additionally, when using sidewalks, the bicyclist shall stop at all crosswalks and walk his/her bike through the intersection, following the same rules as pedestrians. A bicyclist riding on the roadway must follow the same rules as

motorists. Bicyclists must ride in the same direction as traffic, riding single file, on the right-hand side of the road, unless required by an obstacle or maneuver, such as turning left. At all times, bicyclists must wear a reflective safety vest, visible on the outside of their clothing. Hanging the reflective safety vest from a backpack is not acceptable. Bicycle helmets are not required, but are highly recommended. At all training locations and the dormitories, bicycles must be properly secured in or near the bicycle racks that are provided. Bicycles will not be stored inside assigned dormitory rooms.

## PEDESTRIAN SAFETY

Pedestrians always have the right-of-way, when crossing streets, so long as they are utilizing designated crosswalks. Pedestrians should always use caution to ensure that traffic is stopped. In areas where sidewalks are provided, pedestrians should not walk in the roadways. Some classes march in formation on the FLETC and may utilize small portions of the roadway. Drivers should slow down when passing and give way to these formations.

## ON-CENTER TRANSPORTATION

The FLETC buses operate before, during and after weekday training hours. In clear weather, students are expected to walk to and from all locations within the FLETC.

During inclement weather, the FLETC buses will be increased and transportation will be provided to additional training areas within the "FLETC Loop". All students will be provided transportation to training venues that are outside of the "FLETC Loop" such as the Danis City, Forensics Training Building and outdoor firearms ranges. If transportation is required from the Cafeteria or the Student Center to training locations outside the "FLETC Loop," that bus begins at 6:45 a.m. and it runs continuously until 7:30 a.m.

Students who live in leased dormitory buildings are provided transportation to and from the "FLETC Loop." The morning pickup times are 6:00 a.m., 6:30 a.m., 7:00 a.m. and 7:30 a.m. After training has concluded for the day, a shuttle will return students to the leased dormitory buildings. That shuttle begins at 4:30 p.m. and runs until 5:30 p.m.

Routes (class change) begin at 9:00 a.m., 11:00 a.m. and 2:00 p.m. This is when student(s) are transported to their next scheduled class/lunch (that is not considered "in walking distance"). Please call X2468 if you have any transportation questions or concerns.

## WEEKEND TRANSPORTATION

The Recreation Specialists coordinates weekend and holiday transportation to local malls, stores, sporting events and tourist areas. The recreation shuttle schedules are posted in the Monthly Recreation Brochure and the electronic marquees located throughout the Center. For additional information on recreational trips and activities, please contact the Recreation Specialists office at (912) 267-3099 or (912) 261-3764.

# DINING HALL AND STUDENT CENTER MEALS

The Dining Hall, located in Building 75, provides cafeteria-style service featuring a varied food selection. The Student Center Grille, located in Building 260, serves a "grab-and-go" style lunch. You may select combinations of nutritious foods that meet your individual dietary requirements.

The Dining Hall provides meal service seven days per week. Monday through Friday, breakfast is served from 6:00 a.m. to 8:00 a.m., lunch is served from 11:00 a.m. to 1:00 p.m., and dinner is served from 4:45 p.m. to 7:15 p.m. Saturday, Sunday, and Government Holidays, breakfast is served from 8:00 a.m. to 9:15 a.m., lunch is served from 11:30 a.m. to 1:30 p.m., and dinner is served from 5:30 p.m. to 7:30 p.m. Carry-out meals are available for cash and credit card customers only. This includes cash or credit card paying students who desire carry-out meals.

The Student Center Grille provides lunch Monday through Friday on training days only from 11:00 a.m. to 1:00 p.m. and is closed for all other meals on all other days.

# OTHER STUDENT RESOURCES

## THE STUDENT CENTER (Building 260)

On weekends and weekday evenings after 4:30 p.m., the Student Center provides students a place to enjoy food, beverages, music and "pay per view" events. Students may also attend special events, such as karaoke contests. Students are permitted to escort up to three guests to the Student Center. Guests are limited to family members and/or long term friends who are known by the student. Students are not permitted in the bar area or consume alcoholic beverages in the Student Center while in uniform and/or wearing duty belts containing law enforcement equipment.

## FLETC RECREATION ASSOCIATION

The FLETC Recreation Association is a nonprofit corporation comprised of persons assigned to or retired from the FLETC. Students are honorary members while attending training at the FLETC. The FLETC Recreation Association owns and operates the Student Center, the Little Rookies Child Development Center and the "FLETC Express" Convenience Store. The "FLETC Express" Convenience Store is the primary source of financial support for many recreational activities that benefit students.

## LITTLE ROOKIES CHILD DEVELOPMENT CENTER

A daycare facility operated by the FLETC Recreation Association is located on the FLETC for you to use while attending training. The hours of operation are Monday to Friday, from 6:30 a.m. to 6:00 p.m. Little Rookies is closed on Holidays. For further information, contact the Childcare Director at (912) 267-2376.

## RECREATION FACILITIES

Enjoy the use of the following on-Center recreation facilities:

- Gazebos (6) with grills
- Softball complex*
- Tennis courts
- Swimming pools
- Sand volleyball courts
- Exercise trail
- Certified jogging routes

*Reservation required: to make reservations and for additional information, call the Recreation Specialists at (912) 267-3099 or (912) 261-3764.

## INTRAMURAL SPORTS

The Recreation Specialists coordinate a number of intramural events. Check the monthly activities calendar or call the Recreation Office at (912) 267-3099 or (912) 261-3764.

## ORGANIZED TOURS AND TRIPS

Enjoy one of the weekend tours and trips that are planned and organized by the Recreation Services Staff. The Recreation Association sponsors the trips and program costs are subsidized through the profits generated at the "FLETC Express" Convenience Store. Trips include, but are not limited to:

- ❧ Football games (all home games)
- ❧ Zoos and Breweries
- ❧ Tours to nearby cities and local historic districts
- ❧ Paintball
- ❧ Horseback riding
- ❧ Kayaking fishing trips inshore and offshore
- ❧ Weekend shopping trips

Check the monthly schedule for additional events. See the monthly Recreation Events Brochure located in the Dining Hall, the "FLETC Express" Convenience Store and the dormitories.

To check out the following equipment: stand up paddleboards, kayaks, paddles and personal flotation devices, call the Recreation Specialists at (912) 267-3099 or (912) 261-3764 for additional information. There is no charge for FLETC students.

## THE FLETC EXPRESS CONVENIENCE STORE (Building 86)

At the store, you will find books, magazines, snack items, beverages, personal accessories, agency logo items, '5.11' merchandise and other souvenir items. Automated teller machines (ATMs) are also available. The FLETC Express accepts all major credit cards and debit cards. The hours of operation are Monday to Friday, from 6:30 a.m. to 7:00 p.m. and Saturday and Sunday from 8:30 a.m. to 7:00 p.m. Holiday hours will always be posted.

## BARBER SHOP

No appointment is necessary. The hours of operation are Monday to Friday from 10:00 a.m. to 7:00 p.m. and Saturday from 11:00 a.m. to 4:00 p.m. For more information call (912) 267-2311.

## DRY CLEANER

Laundry and dry cleaning service at a reasonable charge is available to patrons. The dry cleaner hours of operation are Monday to Friday from 4:00 p.m. to 7:00 p.m. The dry cleaners only accepts cash and checks. For more information call (912) 267-2597 after 4:00 p.m.

## LAUNDROMAT

Washers and dryers are provided for student use only at no cost. However, you must provide your own detergent and softener.

## CREDIT UNION

If you require banking services, the Glynn County Federal Employees Credit Union offers a variety of services for a nominal fee. You may cash government checks, money orders, traveler's checks, and personal checks (limit $100). Normal hours of operation are Monday to Friday, from 10:00 a.m. to 5:00 p.m. It is closed during Federal holidays. The Credit Union also offers credit card advance programs for both Visa and MasterCard, accepts incoming/outgoing wire transfers, sells money orders and cashier's checks, and offers free notary services. Two-party checks are not accepted by the Credit Union. For additional information please contact the Credit Union at (912) 265-6325.

## MEDITATION CENTER "THE SANCTUARY"

The Glynco Sanctuary/Meditation Center is a safe and quiet space that provides much needed respite from the stresses of the day. You can find "The Sanctuary" in the FLETC Express Shopping Center, Building 86. The Sanctuary is available 24 hours a day. Inside, you will find calming music and reading material. If you wish to use the space for worship, we encourage you to bring the materials needed to enhance your experience.

## POST OFFICE

The Post Office is located in Trailer 741, near the FLETC Express Shopping Center. The hours of operation are Monday to Friday from 9:00 a.m. to 5:00 p.m. and Saturday from 9:00 a.m. to 1:00 p.m. The Post Office is closed on Sundays and holidays. There is no incoming mail on Saturdays. Incoming mail (including packages) will be held in the Post Office and may be picked up by the class or agency representative.

## PERSONAL MAIL

Class name and number are imperative to ensure proper delivery of mail. Your personal FLETC mailing address is:

*Your Name*
*Class Name or Letters (e.g. CBP_UPTP, CITP, ICE_BIETP, ETC.) & your Class #(e.g. 403)*
*1131 Chapel Crossing Road*

33

*Federal Law Enforcement Training Centers*
*Glynco, GA 31524*

## COPIERS

Copiers are available for student use in all of the various classroom buildings. Copiers are also available in the library, which is located on the ground floor of building 262.

## FAX SERVICE

A fax drop-off Station is located on the first floor of Building 216 in the corridor near Room 110. Follow the instructions at the station for both outgoing and incoming FAX service.

## LIBRARY

The FLETC Library, also known as the Multimedia Center, is located on the ground floor of Building 262. The library contains a student computer laboratory and conference room for study group discussions. The hours of operation are Monday to Friday, from 7:00 a.m. to 9:00 p.m. Saturdays, from 8:00 a.m. to 5:00 p.m. Sunday, from 10:00 a.m. to 7:00 p.m. Holidays, from 8:00 a.m. to 5:00 p.m. Casual clothing conducive to a comfortable study environment is acceptable. Athletic attire and bathing suits are not permitted in the library. Smoking, eating, or drinking is not permitted in any area of the library.

## SELF-STUDY COMPUTER LABORATORY

You may use the computer laboratory located in Building 212, Room 119. The laboratory is equipped with 24 computers, printers, and internet accessibility. During hours of operation a staff member is present to serve as the Laboratory Monitor. The hours of operation are Sunday and Tuesday to Thursday from 4:30 p.m. to 8:30 p.m.

Software loaded on the computers includes: Microsoft Office Suite, Internet Explorer, various computer based tutorials, and requested files and folders for specific training programs. This computer classroom is internet capable. Do not copy or save anything to the hard drive. If you bring your own disks or thumb drives, provide them to the Laboratory Monitor so that he/she can scan the media for viruses.

Do not copy anything from the hard drive. The computer programs are copyrighted and may not be duplicated for any reason. Do not load or attempt to load any personal or agency specific programs on the computers. Do not attempt to change default settings on the various programs, including the default website for Internet Explorer and other software programs. Styrofoam/paper cups and food are not permitted in the classroom. Drinks in glass/plastic/metal sealable containers are allowed but must remain capped while in the classroom. Please comply with the FLETC policy posted in the classroom or you may be reported to your Program Specialist/Class coordinator or agency representative.

# HEALTH AND WELL-BEING

## HEALTHCARE

If you require healthcare, the FLETC Health Unit at Glynco is located in Building 759.

*Normal hours of operation (excluding Government holidays):*
Monday – Friday *(and Saturday when scheduled training occurs on Saturday)* 7:00 a.m. – 5:30 p.m.

## STUDENT RESPONSIBILITIES

Should you receive a training-related injury report to the FLETC Health Unit and notify your Agency Point of Contact (POC). If your POC is unknown, inform your assigned Program Specialist or Program Coordinator, who may assist you in identifying your POC. Students should complete the employee portion of the Department of Labor, Office of Workers Compensation Program (OWCP) Form CA-1 and submit it to their Agency POC as soon as possible, but not later than 30 days following the injury. You may obtain a Form CA-1 from the Health Unit, your Agency POC, or the United States Department of Labor website at http://www.dol.gov/owcp/. Ask the FLETC Health Unit staff for assistance if you need help to quickly route this form to your Agency POC.

If practicable, treatment of an injury may be performed at a government facility such as the FLETC Health Unit, who may also provide you with a referral for outside medical treatment. After being evaluated at the FLETC Health Unit, you are entitled to select a licensed physician of your choice for outside medical treatment; however, you are responsible for:

- Requesting that your Agency POC authorize medical treatment by the use of Form CA-16, Authorization for Examination and/or Treatment;
- Covering any medical costs associated with seeking treatment until your claim has been approved;
- Covering the cost of medical care not provided by the FLETC, your employing agency or OWCP;
- Obtaining all medical documentation to support an injury claim and forwarding this information to your Agency POC and the FLETC Health Unit; and
- Reporting to the FLETC Health Unit to obtain training modifications or clearances to train after all outside medical treatment.

## NON-TRAINING-RELATED INJURIES AND ILLNESSES

If you are injured while performing activities not associated with your official training, you may use the FLETC Health Unit. If your non-training injury or illness requires further medical treatment not covered by the FLETC Health Unit, you are responsible for covering the cost of medical care not provided by the FLETC, your employing agency, or OWCP. If you use a treatment facility other than the FLETC Health Unit, present your insurance plan card, so the treatment facility personnel are

aware of your medical coverage. Your questions concerning the billing procedure of the treatment facility should be directed to the billing department of the treating facility.

Illnesses not associated with the performance of official training shall be treated the same as non-training related injuries. Medical expenses associated with such non-training-related injuries and illnesses are your responsibility. Non-training-related injuries and injuries incurred due to your intoxication, willful misconduct, or intention to bring about injury or death to yourself or another are not covered by the Federal Employees Compensation Act (FECA).

## SICK LEAVE

Sick leave is coordinated through the FLETC Health Unit and the FLETC Program Specialist/Class Coordinator. Sick leave may be authorized when the FLETC Health Unit certifies your absence from class for incapacitation due to an illness or injury.

If you are authorized sick leave, you must remain in your assigned housing, the Health Unit, or in rehabilitative facilities. The FLETC medical staff will monitor your condition, provide the medical care prescribed by the facility physician, and assist with information so that you can arrange for meals to be brought to you. Information is available by calling 912-267-2385.

## WHEN THE FLETC HEALTH UNIT IS CLOSED

Treatment services are available at specialty clinics and urgent care centers in the area. If you are treated at a specialty clinic or urgent care center, you must report to the FLETC Health Unit at the start of the next training day. If your condition is a non-emergency, you should make your own arrangements for transportation to a medical facility.

- If emergency medical attention is needed during the time the FLETC Health Unit is closed, please contact the 24-hour FLETC Security Dispatcher.
- To do so from a cell phone or off-center line (including the dorm phones at Dorms 185, 186, and 187), call 912-267-2911.
- To do so from an on-center line (including Dorms 71, 95, 96, 270, 275, 277, and other on-center locations), call extension 2911.

## ATHLETIC TRAINERS OFFICE

Full-time, certified Athletic Trainers are on staff and located at the PTD complex (Building 252). For more information, you can contact the Athletic Trainers at (912) 261-4567. The hours of operation are Monday to Friday, from 7:00 a.m. to 5:30 p.m. (excluding government holidays). Services provided include injury evaluation, treatment, rehabilitation, supportive taping, personal exercise programs, instruction regarding the individual's injury and the rehabilitation process.

## PHYSICAL TECHNIQUES DIVISION COMPLEX (Building 252)

Outside of normal training hours, you may continue to participate in physical training activities at the PTD complex. Facilities include an indoor basketball court, an outdoor running track, a cardiovascular training room, a weight training room, racquetball courts and an indoor pool. The complex is available Monday through Friday, from 5:00 a.m. to 9:00 p.m. On Saturdays, it is open from 7:00 a.m. to 7:00 p.m. On Sundays and holidays, it is open from 8:00 a.m. to 6:30 p.m. Plan to end your activities at least 30 minutes prior to the posted closing time in order to allow time to shower and turn in equipment and uniforms before the PTD complex closes.

Physical fitness recommendations and nutritional counseling are available from the instructors and Athletic Trainers. A wide variety of fitness and nutritional information is available.

The following rules and regulations apply to all FLETC personnel while using the PTD complex and the outside tracks.

- The PTD uniform must be worn when using the PTD facilities.
- Solid black, white, navy, or royal blue spandex may be worn underneath the PTD issued uniform.
- Athletic footwear is to be worn with the PTD issued uniform.
- Shower shoes are only to be worn in the locker room or pool area.
- You may not wear jewelry while using the PTD facilities.
- You may not remove your shirt in the PTD facilities except when required for training or in the confines of the locker room.
- Smoking is prohibited within 100 feet of the PTD facilities.
- Only PTD-issued padlocks are permitted on assigned lockers.
- The gymnasium and weight training rooms are closed when official training classes are in session.
- During Black Flag conditions, use of the PTD tracks are prohibited.
- Guests are not permitted to use the facility.

## OUTDOOR PHYSICAL ACTIVITY RESTRICTIONS DUE TO WEATHER

Heat stress is a major concern due to the combination of physical activity, humidity, and soaring temperatures in this area. The following flag warnings will be posted on the flag pole outside of the PTD complex, to the left of the track:

*Blue Flag Category 1*—All activities will proceed as usual; however, instructors will not allow students to wear sweat clothing (or any other clothing that covers the arms and/or legs) during outdoor physical conditioning and the wearing of sweat clothing will not be permitted for any staff or students using the outside PTD facilities (tracks, obstacle course). The prohibition of sweat clothing for outdoor activity applies to categories 1 through 5. In any 2-hour training session, 10 minute breaks will be provided at 50-minute intervals with fluids available for replacement of lost body fluids.

*Green Flag Category 2*—All activities will proceed as usual; however, instructors should make frequent inquiries and observations of the students as to their physical condition and, in any 2-hour training session, 10-minute breaks will be provided at 50-minute intervals with fluids available for replacement of lost body fluids. Physical conditioning classes will be restricted to a maximum of 50-minutes outdoor physical conditioning.

*Yellow Flag Category 3*—Intense physical activities such as endurance running (half mile or longer), intense callisthenic conditioning, obstacle course testing, shotgun stress, and similar activities are to be modified to reduce sun exposure and should be more strictly supervised. In any 2-hour training session, breaks will be provided at 40 minute intervals with fluids available for replacement of lost body fluids. Physical conditioning class will be restricted to a maximum of 40 minutes outdoor physical conditioning.

*Red Flag Category 4*—The intense physical activities as noted in Category 3 are to be conducted inside, or reduced in intensity and constantly supervised. Additional rest periods will be provided. In any 2-hour training session, breaks will be provided at 30 minute intervals with fluids available for replacement of lost body fluids. Physical conditioning classes will be restricted to a maximum of 30 minutes outdoor physical conditioning.

*Black Flag Category 5*— All outdoor FLETC training courses, to include physical conditioning, laboratory and practical exercises, will be modified as necessary to ensure that the training is conducted safely. Some examples of program modification are: moving the training indoors, increased water breaks, providing indoor shelter, and decreasing the physical intensity of the existing course.

## RHABDOMYOLYSIS

Rhabdomyolysis is the breakdown of muscle fibers resulting in the release of muscle fiber contents (myoglobin) into the bloodstream. Some of these are harmful to the kidney and frequently result in kidney damage.

*Causes, incidence, and risk factors:*
All strenuous exercise results in some degree of muscle fiber breakdown. When muscle is damaged, a protein pigment called myoglobin is released into the bloodstream and filtered out of the body by the kidneys. Dead muscle tissue may cause a large amount of fluid to move from the blood into the muscle, reducing the fluid volume of the body and leading to shock and reduced blood flow to the kidneys. Individuals at risk include law enforcement trainees, athletes, and individuals in poor physical condition and sporadic exercisers. The non-exercise risk factors are high ambient temperatures, illness, medications, and inherited defects.

*Symptoms:*
- Abnormal urine color (dark, red, or cola colored)
- General weakness or fatigue

&#8766; Muscle stiffness, weakness, tenderness, pain

FLETC students should report to the Health Unit, Building 759, if symptoms indicate rhabdomyolysis may be present.

*Prevention:*

Drink plenty of fluids after strenuous exercise to dilute the urine and flush the myoglobin out of the kidney. Proper hydration is also necessary after any condition or event that may involve damage to skeletal muscle.

## METHICILLIN-RESISTANT STAPHYLOCOCCUS AUREAS (MRSA)

MRSA causes a staph infection that is resistant to several common antibiotics. There are two types of infection. Hospital associated MRSA happens to people in healthcare settings. Community-associated MRSA happens to people who have close skin-to-skin contact with others, such as athletes involved in football and wrestling.

*To prevent community-associated MRSA:*

- &#8766; Practice good hygiene;
- &#8766; Keep cuts and scrapes clean and covered with a bandage until healed;
- &#8766; Avoid contact with other people's wounds or bandages;
- &#8766; Avoid sharing personal items, such as towels, washcloths, razors, or clothes;
- &#8766; Wash soiled sheets, towels and clothes in hot water with bleach and dry in a hot dryer.

FLETC students should report to the Health Unit, Building 759 if a wound appears to be infected. Treatment may include draining the infection and antibiotics.

## CRITICAL INCIDENT STRESS MANAGEMENT (CISM)

Critical Incident Stress Management (CISM) licensed professional counselors offer 24-hour per day free services for FLETC students.  Counselors are available Monday to Friday, from 7:00 a.m. to 5:00 p.m. The CISM counselors can also meet with students outside of their normal business hours, by appointment. The CISM Office, located at 316 Command Circle, offers an environment where students can meet with counselors in a private and relaxing setting.  The CISM counselors provide support and care during times of personal or professional distress, such as academic stress, relationship stress, grief of loss, addictions and traumatic stress.  To request CISM services, please call (912) 267-2293.

## FLETC CHURCH SERVICES

The Brunswick area offers a wide variety of Church services for various denominations.  Contact your Program Specialist for additional information on service times and locations in our community.

# SAFETY AND ENVIRONMENTAL

## GENERAL SAFETY

The FLETC is committed to Occupational Safety and Health. As a part of this commitment, you will receive safety training during your instruction. If you have safety questions or concerns during your training at the FLETC, ask for clarification or further instruction. To ensure a safe and healthful work environment, you are encouraged to:

- Take responsibility for following all safety procedures;
- Stay aware of your environment;
- Recognize dangerous or unsafe conditions;
- Report possible hazards immediately to your class coordinator or instructor.

## FIRE SAFETY

You should locate the closest exits when entering any building structure on the FLETC and familiarize yourself with the appropriate evacuation routes. Do not try to fight a fire. Whenever a fire alarm sounds, you should evacuate immediately.

Evacuation routes are posted near entrances in all large buildings at the FLETC. Fire extinguishers are located at most training sites and buildings but are to be used only by trained personnel.

## SMOKING AND TOBACCO USE POLICY

The FLETC is a smoke-free workplace. Use of tobacco products and vapor devices are strictly prohibited within 25 feet of all FLETC buildings including trailers, dormitories and recreational buildings.

Proper disposal of tobacco products is required. Cigarette butts should be extinguished and disposed of in appropriate containers and not on the ground. Wastes from chewing tobacco and similar products should be properly disposed of in a toilet and not in a waste can or on the ground. Janitorial service employees are not required to empty containers with these types of waste.

Smoking, including the use of smokeless tobacco products and vapor devices, is allowed in designated smoking areas only.

## JOGGING

Many students run or jog for personal fitness. If you do run or jog, the FLETC recommends that you use the certified jogging routes.  Stay off the main roads, where alternate paths are available. During hours of darkness, it is recommended that students wear reflective clothing and/or materials.  While jogging, always be aware of vehicle traffic.

## SUSTAINABILITY AT THE FLETC GLYNCO CAMPUS

The FLETC has committed to a series of actions to improve our impact on the environment. These actions affect areas such as energy use reduction, water use reduction, recycling of various waste streams and renewable energy.

You will find recycling stations have been deployed in the dormitories and classroom facilities. There are posters adjacent to the stations which indicate what materials may be recycled. In general these items are paper, cardboard, plastics numbered 1 through 7 (without the caps), aluminum and steel cans. Paper and cardboard cannot be food contaminated. As part of this effort, occupancy sensors were installed in most FLETC dorms and classroom buildings. Some of these sensors will detect when the room is empty and set the temperature back accordingly. When the room is occupied, the system will automatically bring the temperature back to comfort levels within just a few minutes. The plumbing fixtures within the dorms and classrooms buildings were modified or replaced in order to use water more efficiently. If your room is not equipped with these energy saving improvements, you are requested to turn lights and electronics off when you are leaving the room.

There are a number of washing machines provided for student use. Most of these machines have been replaced with front loading types. These machines use far less water than conventional top loaders and are more energy efficient as well. Please note that special detergent marked as "he" (for high efficiency) is required for use in these machines. We also request that the doors to the machines be left open when not in use.

You may be interested to know that many other waste streams are involved in the recycling program at the FLETC. These include brass and lead from expended ammunition, used motor oil, car tires, electronics and batteries of all sorts to name a few.

## CONSERVATION

Water and energy are expensive. Turn off lights, water and appliances; when not in use. In addition, windows and doors should remain closed when the air conditioning or heat is in operation.

## HAZARDOUS CHEMICALS

Storage of environmentally unfriendly chemicals such as gasoline, oil, or charcoal lighter fluid on the FLETC property is strictly prohibited. If you observe these types of items in unauthorized areas on FLETC, contact FLETC Security Dispatcher at (912) 267-2461 or the Environmental and Safety Division at (912) 267-3239.

## WILDLIFE

The FLETC includes natural wooded areas that attract a variety of wildlife. Some of these are protected wildlife species. Coexisting with the wildlife are insects and pests such as ticks, flies, and mosquitoes. Many types of wildlife and pests carry diseases that can be transmitted to humans; therefore, the FLETC has initiated pest control programs that include the use of mosquito magnets at the training sites, sprays applied to appropriate areas to decrease the number of ticks, and deer feeding stations that use tick control products. Snakes, including some that are poisonous, are commonly found in wooded areas and around water.

In the areas on the Glynco TDP that have ponds, you are likely to see Canada geese. The spring of the year is a particularly vulnerable time of year for Canada geese since the females are laying their eggs in a ground nest near water. The male Canada goose guards the female and the nest. He can be very aggressive, attacking predators with his wings and bill. Death of the geese can be prevented by driving the FLETC speed limit or below which should allow an alert driver to see the adult Canada geese and their young in the spring and summer.

During the spring, the Glynco campus experiences one of the beautiful natural occurrences of the birth of fawns by our white-tailed deer population. This natural occurrence brings its own challenges and a need for staff and students to be sensitive to this process. Because there are always changes occurring on campus, does may struggle with protecting their fawns during their daily movements and well-meaning people can make the situation worse by trying to help. The proper human response for the safety of the deer is to leave the does and fawns alone and do not approach them. Fawns can walk at birth and within a few days begin to nibble on vegetation. Does are very protective of their young. When the female deer feed, they "hide" the fawn(s) until they are old enough to follow her at about four weeks of age. The fawn will lie quietly on the ground. In a natural environment, its spots help camouflage the fawn from predators. If a doe has more than one fawn, she "hides" them in separate places. The doe may be gone for a few hours feeding before she returns. Because our campus is so neatly maintained, there are few places for a fawn to hide in cover. Fawns can sometimes be seen in plain sight of people, however, they have not been abandoned. The mother will eventually return to her fawn unless people interfere. Fawns removed from their mothers by humans "rescuing" the young deer often die. As is the rule for all wildlife on the FLETC, feeding the deer is not allowed.

Feral cats and dogs can also be found at times on the FLETC. They can reproduce and have kittens/puppies. Do not feed or attempt to pet them because they are usually not tamed and can scratch or bite. You should be aware of the environment and comply with the following restrictions:

- Do not feed the wildlife;
- Do not pet or attempt to pet the wildlife;
- Do not harass the wildlife;
- Do not swim, boat, paddleboard, or canoe in the FLETC ponds.

*Contact the FLETC Security Dispatcher at (912) 267-2461 to report any issues*
*with animals on the FLETC sites.*

# EQUAL EMPLOYMENT OPPORTUNITY (EEO)

The EEO Program encompasses the special emphasis programs as well as the discrimination complaint process. This program was established to ensure the equitable treatment of all individuals in employment, promotion, training, and other personnel management actions without regard to their race, color, religion, sex, age, national origin, retaliation, disability, or genetics. This includes sexual harassment. You are also protected against discrimination based on your sexual orientation.

You have the right to work in an environment free from harassment. Harassment is any unwelcome verbal or physical conduct based on one of the EEO protected bases (race, color, religion, sex, national origin, age [40 and over], retaliation, disability or genetics), that is so objective as to alter the conditions of your employment or where the conduct culminates in a tangible employment action or is sufficiently severe or pervasive as to create a hostile work environment.

If you are the victim of harassment, or if you observe harassment at the FLETC you may:

- Notify your Program Specialist or your agency representative.
- Contact the EEO office within 45 days of the alleged matter.
- Contact the Office of Inspector General directly.

*For information concerning the discrimination complaint process or EEO, contact the*
*EEO Division at (912) 267-3316.*

43

# GRADUATION AND DEPARTURE INFORMATION

## GRADUATION ATTIRE

During graduation ceremonies, male students are expected to wear a coat and tie or their agency's dress uniform. Female students are expected to wear a skirt or dress slacks and a blouse, pantsuit, dress, or their agency's dress uniform. If you are improperly attired at graduation, you may be prohibited from participation. Your graduation certificate and an explanation as to why the certificate was not awarded at graduation will be mailed to your employing organization.

## TRANSPORTATION AFTER GRADUATION

On the designated travel day, transportation will be provided for students going to the Jacksonville, Savannah, or Glynco airports, Jesup Amtrak station. Transportation will be arranged prior to your designated travel day.

## FLETC TRANSCRIPTS

On the day of your graduation, the FLETC transcripts will be provided with your graduation certificate.

If, later in your career, your FLETC transcript becomes lost or destroyed, you can obtain a new copy by completing and submitting a Transcript Request Form, along with a legible copy of your signed picture ID. Incomplete or unsigned requests cannot be processed. Requests submitted without a legible copy of your signed picture ID cannot be processed. To receive the Transcript Request Form:

- Send an email to FLETC-Transcripts@dhs.gov and the form will be returned via email; or
- Send a fax to (912) 554-4434 and the form will be returned via fax; or
- Call the Educational Aides office at (912) 267-2457 or (912) 280-5428 and request a form; or
- Pick up a form at the Educational Aides Office, Building 216, Room 110.

# COLLEGE OF COASTAL GEORGIA—FLETC PROGRAMS

## COLLEGE CREDITS

The FLETC partnered with the College of Coastal Georgia in an effort to provide college credits to students that successfully complete one of the following accredited Center Basic training programs:

- Criminal Investigator Training Program (CITP)
- Land Management Police Training Program (LMPT)
- Uniformed Police Training Program (UPTP)

Graduates of these programs are eligible to enroll and receive up to 12 credits for the following undergraduate classes:

- CRJU 1100-Introduction to Criminal Justice (3 credits)
- CRJU 2000-Introduction to Law Enforcement (3 credits)
- CRJU 2070-Introduction to Criminal Law (3 credits)
- CRJU 2160-Introduction to Criminal Investigation (3 credits)

The College of Coastal Georgia supports your pursuit to be professional law enforcement officers/agents and offers a way to link your training experience to these college courses.  Please contact the College of Coastal Georgia's Office of Admissions at (912) 279-5730 to apply for this special FLETC program and to learn more about other degree opportunities that best meet your educational goals.

# FREQUENTLY USED NUMBERS

| | |
|---|---|
| Barber Shop | 912.267.2311 |
| CISM/PEER Support | 912.267.2633 |
| FLETC Convenience Store | 912.265.2048 |
| Credit Union | 912.264.6325 |
| Dining Hall Manager | 912.267.2202 |
| Dry Cleaner | 912.267.2597 |
| Health Unit Main Line | 912.267.2385 |
| Library | 912.267.2320 |
| Main Gate | 912.267.2369 |
| Peer Support 24hr | 877.235.7337 |
| Recreation Association | 912.265.4470 |
| Recreation Specialist | 912.267.3099 |
| Security (Building 93) | 912.267.2461 |
| Student Center Manager | 912.267.2213 |
| Uniform Issue | 912.267.2439 |
| Educational Aides | 912.267.2457 |
| Environmental Division | 912.267.3239 |
| Athletic Trainer | 912.261.4567 |

# Follow FLETC on social media to get the latest buzz!







Homeland Security

# DHS Office of Inspector General
# Federal Law Enforcement Training Centers
# OFFICE OF PROFESSIONAL RESPONSIBILITY



The DHS OIG & the FLETC OPR, wants to work with DHS employees and the public to protect the integrity, effectiveness, and efficiency of DHS programs.

Report suspected criminal violations, misconduct, wasteful activities, and allegations of civil rights or civil liberties abuse to the:

## DHS OIG HOTLINE     FLETC OPR HOTLINE
### 1-800-323-8603              912-261-4598

*Calls can be made anonymously and confidentially.*



# Homeland
# Security

Federal Law Enforcement Training Centers
U.S. Department of Homeland Security
1131 Chapel Crossing Road
Glynco, Georgia 31524
www.fletc.gov

# EXHIBIT B

# Table of Contents

- Academy Location(s)............................................................. 4
  - Buildings.................................................................. 4
- Academy Class Schedule....................................................... 4
  - Roll Call & Inspection.................................................... 4
  - Class Hours.............................................................. 4
- Academy Cleanliness.......................................................... 5
- Alcohol and Drugs........................................................... 5
- Assignments................................................................ 5
- Attendance................................................................. 5
  - Attendance............................................................... 5
  - Tardiness................................................................ 6
  - Absenteeism.............................................................. 7
  - Early Departure.......................................................... 7
- Chain of Command............................................................ 7
- Class Breaks................................................................ 7
- Class Officer Responsibilities............................................... 8
  - President................................................................ 8
  - Vice President........................................................... 9
  - Squad Leader............................................................. 9
  - Assistant Squad Leader................................................... 10
- Communication............................................................... 10
- Conduct.................................................................... 11
  - Classroom................................................................ 11
  - General.................................................................. 12
- Firearms................................................................... 14
- Fraternization.............................................................. 14
  - Guidelines For Assessing the Propriety of a Relationship................. 15
  - Responsibilities......................................................... 16
  - Reporting................................................................ 16
- Honor System............................................................... 16
- Identification Badges....................................................... 17
- Inclement Weather........................................................... 17
  - Snow Emergency........................................................... 17
  - Non-Snow Emergency....................................................... 17
- Instructor/Course Evaluations............................................... 17
- Introduction............................................................... 3
- Meals...................................................................... 17
- Misconduct................................................................. 18
  - Enforcement.............................................................. 18
- Mission, Vision, and Values................................................. 20
  - Mission.................................................................. 20
  - Vision................................................................... 20
  - Goals-Strategic Plan..................................................... 20
  - Core Values.............................................................. 22
- Off-Limits Areas............................................................ 22
- Outside Employment.......................................................... 23

- o   Outside Employment………………………………………..………… 23
- o   Military Obligations……………………………………………………. 23
- Performance and Remedial Training Standards………………………….…... 24
  - o   Performance and Remedial Training Standards………………………….. 24
  - o   Handgun……………………………………………………………….. 24
  - o   Baton, OC Spray, DT, Arrest Techniques ..…………………………….. 25
  - o   Comprehensive Written Test……………………………………………... 25
  - o   ROPAT…………………………………………………………............. 26
  - o   Practical Exercises……………………………………………………….. 26
  - o   Written Examinations…………………………………………………….. 27
  - o   Operational Skills Practical Exercise……………………………………. 29
  - o   ROPAT description……………………………………………………............. 30
  - o   Evaluating Students………………………………………………..………… 32
    - 1.   Responsibilities………………………………………………….. 32
    - 2.   Academic Achievement…………………………………………… 34
- Personal Status……………………………………………………………..…….. 36
- Physical Standards……………………………………………………………........ 36
  - o   Practical Exercise Performance Requirements …………….…....………….. 36
- Textbooks……………………………………………………………………. 40
- Uniform, Equipment, and Personal Appearance………………………………….. 40
  - o   Uniform & Equipment……………………………………………............. 40
  - o   Inspections………………………………………………………………. 42
  - o   Personal Grooming………………………………………………............. 42
- Vehicles………………………………………………………………….......... 43
  - o   Recruit Parking………………………………………………………….. 43
  - o   Academy Roadways………………………………………………..….…… 43
  - o   Equipment……………………………………………………………….. 43

Standard Evaluation Guidelines (SEGs)……………….………………….……… Attachment A
Receipt of Academy Rules and Regulations………………………….…....……… Attachment B
Honor Pledge………………………………………………………………………... Attachment C

## Introduction

As a United States Capitol Police (USCP) Recruit Officer, you are valuable member of the USCP team. Your success while in training is vital to our ability to provide the highest levels of protection and security to the Congressional Community and visitors. Since 1828, the USCP has proudly protected the foremost symbol of democracy. You have chosen to join us and we commit to help you succeed. To be successful, we need your pledge to be committed and focused while assigned to the Recruit Training Program. The first step is to understand the USCP training mission.

The mission of the United States Capitol Police (USCP) Entry-Level Training Academy is to prepare entry-level employees to act decisively and correctly in a broad spectrum of situations, to improve overall productivity and effectiveness, and to foster cooperation and unity of purpose. The Training Service Bureau (TSB) is committed to meeting the rapidly changing needs of the Department and its employees, to facilitating the achievement of overall Department goals and objectives, and to achieving the maximum value for each training hour.

The training academy staff consists of those police officers, civilian instructors and supervisors chosen by the Chief of Police. The "best of the best" have been chosen for this position and are diversified by their many police experiences and qualifications. Additionally, the instructional staff is supplemented by other Department personnel and outside instructors, all of whom have varying fields of expertise.

The Entry-Level Training Program is based upon current job trends and expectations of the United States Capitol Police. This academic and practical exposure represents the primary orientation to a law enforcement career with the USCP. After an initial Pre-FLETC orientation period, in order to proceed to the USCP Training Academy program, you will be required to complete and graduate from the Uniformed Police Training Program conducted at the Federal Law Enforcement Training Center located near Brunswick, Georgia. Recruit officers must adhere to all requirements of both FLETC and the USCP instructors detailed to FLETC. Upon successful completion of the training provided at the FLETC, the recruit officer will be required to successfully complete the United States Capitol Police Entry-Level Training Program conducted at Cheltenham, Maryland. After graduation from the United States Capitol Police Entry-Level Training Academy, students must successfully complete an on-the-job, Field Training Officer Program.

In order for new employees to understand the standard of performance expected of them while attending the Entry-Level Training Program, the rules and regulations contained in this document have been developed. Although the training staff realizes that individuals are different and that some situations may be handled differently from others, it is very important to remember that everyone will be treated fairly and equally. Each recruit will sign a form verifying that they have received the USCP Academy Rules and Regulations (Attachment B), and that they are responsible for adhering to these standards.

## Entry-Level Training Section
## Rules and Regulations

To successfully complete the program, recruit officers in the Entry-Level Training Program are required to adhere to the following rules and regulations in order to be prepared to take a place in the field upon successful completion of all training. These rules and regulations will help prepare you for life on a Division once the training is complete and are a foundation for future success. While these rules often will mirror requirements in the field, the policies in this publication are not all-inclusive and may be modified from time-to-time. If policies are changed, students shall be notified of the changes. Adherence to these policies by all recruits/students, and consistent enforcement of these policies by the training staff will ensure that class operations are efficiently conducted. Student cooperation and commitment is essential. The Entry-Level Training Section staff shall act upon all infractions that they observe or of which they are informed. If a recruit officer fails to achieve the standards outlined below, a review will be conducted to determine if the recruit will continue in the Recruit Training Program.

A.    **Academy Location(s)**

**Buildings**
The TSB administrative offices, Entry-Level Section and In-Service Section, are located at FLETC Cheltenham, 9000 Commo Road, Cheltenham MD, 20623, Buildings 31, 12, 231, and 40.

Physical Skills Division (PSD) firearms ranges are located at FLETC Cheltenham, 9000 Commo Road, Cheltenham MD, 20623, Building 5; and located in the Rayburn House Office Building, 50 Independence Avenue S.W., Washington, DC 20510, G-1 West Level. PSD may at times utilize ranges that are not located within the Capitol Complex, including Quantico Marine Base.

The Fitness Centers are located in room 113A of the USCP Headquarters Building located at 119 D Street N.E.; room 115 of the Fairchild building located at 499 South Capitol Street S.W., Washington, DC; and room 025 of Building 31 (the USCP Training Academy) of FLETC Cheltenham, 9000 Commo Road, Cheltenham, MD 20623.

B.    **Academy Class Schedule**

**Roll Call & Inspection**
Roll call and inspection will be conducted at 0700 hours, Monday through Friday, and any other day on which the recruits have been ordered to report for duty, unless otherwise directed by a supervisor/instructor. Those individuals not present or properly equipped when roll is called will be considered tardy or absent without leave and in violation of academy procedures. Employees should allow sufficient time to arrive at the academy, park their vehicle, and ensure they are properly dressed and equipped for the call of the roll.

**Class Hours**

It shall be the class president's responsibility for assembling the class at the designated time and location for roll call. Unless directed by a member of the training staff or when on field assignments, the workday for Entry-Level Training students shall be from 0700 hours until 1530 hours, Monday through Friday. Sunday, Saturday, and federal holidays shall be excused days for students while attending the academy, unless directed otherwise by a member of the TSB staff. Should a federal holiday fall on a weekend, the following Monday shall be excused days for students while attending the academy, unless directed otherwise by a member of the TSB staff.

C.    **Academy Cleanliness**

The class will be divided into squads. Squads will rotate assigned duties each week and it will be the responsibility of the squad leaders to delegate tasks to their squad members in keeping the classroom, hallways, and assigned areas clean. The squad leaders will post all assignments with persons responsible for those tasks assigned to the squad for that period.

D.    **Alcohol and Drugs**

Alcohol beverages are not permitted on the premises of FLETC, and therefore, recruits possessing or causing alcohol to be present on the facility is in violation of academy rules.

Any recruit taking medication (i.e., prescription, over the counter, or performance enhancement supplements (vitamins) will immediately report in writing to the Entry-Level Training Section Commander the name of the medication, dosage, duration, and warnings of cautions regarding the medication.

Use of illegal or controlled substances without proper prescription violates the law and will be cause for immediate removal from training and termination from the Department.

E.    **Assignments**

As a general rule, recruits are responsible for completing all assignments to the satisfaction of the academy staff, and assignments are due as directed by the academy staff. Exceptions to this rule will be determined by the TSB staff.

F.    **Attendance**

Students are required to attend every scheduled session and class in its entirety unless excused by a TSB supervisor.  No absences, except for illnesses, injury, emergencies, work related court subpoenas and MANDATED Active Duty Military duty will be permitted.  Circumstances regarding "emergencies" will be reviewed by appropriate Training Services Bureau supervisors and approved/ disapproved.  Absences determined to be unauthorized will be deemed a violation

of the Academy Rules and recruit officers will be charged "Absent without Leave" (AWOL). Recruits are responsible for all information missed when absent from training. Leave will not be granted except for the reasons stated above. Recruits are hereby advised that they should not plan on attending personal events that occur during their training program. Excused days and holidays can, and will be cancelled with little notice. Additionally, recruits are cautioned to ensure that travel plans for any trips taken on personal time outside the immediate training location include sufficient preparations and contingency plans to ensure they have returned in time for their next scheduled duty assignment.

**Tardiness**

Recruit officers are expected to report at the designated time and location and with all equipment required to begin their tour of duty. After the first day of training, recruits should be aware of how long it will take to commute to the training academy.

Tardiness and unauthorized absences will not be tolerated and are violations of the academy rules. Tardiness also includes returning late from break.

Recruits who expect to be late must contact the class president or squad leader, who in turn will contact the Class Coordinator when the TSB is not staffed prior to 0700 hours, indicating their exact location, reason for the delay, and anticipated time of arrival. The academy telephone number is (301) 877-8200. If no one answers the telephone, the recruits need to contact the USCP Command Center (202) 224-0908 and report the delayed arrival.

Recruits who arrive after the scheduled class has begun must report to the academy administrative offices, located on the second floor of the academy. Arrangements will be made for the recruit to join the class at that time.

**Absenteeism**

In order to be successful, recruits must attend class as indicated in the rules, regulations and schedules. Recruits who are unable to report for duty due to an injury, illness, or emergency shall contact the class president or squad leader, who in turn will contact the Class Coordinator when the TSB is not staffed, and request permission for the absence from a supervisor. This request must be made at least one hour prior to the normal 0700 hours reporting time. For additional absences, recruits shall contact TSB during normal business hours at (301) 877-8200. Recruits returning from an illness or injury shall obtain a physician's note returning them to **"Full Unrestricted Duty."** Recruits must also complete a CP-542 (Illness/Injury Report). This report shall explain the illness or injury, and shall explain the duty status to which the recruit is returning. Failure to obtain the physician's note stating that the recruit may return to **"Full Unrestricted Duty"** shall result in the student being placed in a non-duty status. This will also result in another day of missed training. Each injured student's case shall be evaluated on a case-by-case basis by TSB commanders before the student is allowed to further participate in training. Recruits must notify a member of the Entry Level Training

Section staff of their whereabouts while on sick or emergency leave, except when traveling to and from their physician, and obtaining medication and necessities. Out-of-state (D.C. Metropolitan Area) travel is prohibited.

At the Cheltenham Training Academy, recruits may not be absent for three consecutive days and no more than five total days throughout their training. Emergency and Family Friendly Leave shall only apply to an immediate family crisis, i.e., parent, spouse, or child.

Should a recruit have an approved absence due to an emergency, recruits are reminded that if they do not have any accrued leave they may not be paid for time absent from work.

FLETC requires strict attendance in classes. FLETC has their standard on absenteeism decided on a case-by-case basis.

### Early Departure

From time-to-time, an emergency may require the early departure of a recruit prior to the conclusion of any scheduled classes. With the approval of the Entry-Level Training Section Commander, the recruit may depart.
Recruits car-pooling should be cognizant that not all recruits may be authorized to leave.

It will be the recruit's responsibility to exchange telephone numbers with someone to receive any information missed.

### G.   Chain of Command

Success in the academy and future success on a division depends on reliance on the chain of command. Therefore, strict adherence to the chain of command will be followed in the academy in order to develop the habits for future success. Recruit officers are permitted to approach and speak to instructors and supervisors outside the classroom; however, except for labs and practical exercises, recruits will ask permission to do so through the class president or their squad sergeant.

Should a recruit have, or perceive to have, a conflict with the class president, the recruit will address the problem with the Class Coordinator(s).

If the class president has, or perceives to have, a conflict with the Class Coordinator(s), the president may address the problem with the Entry-Level Training Section Commander.

### H.   Class Breaks

There will generally be a break each 50-minute period of instruction, but the class should not assume this break until dismissed by the instructor.

While on breaks, recruits shall not congregate in areas where conversation and assembly is likely to interfere with other training or with the business of the facility.

While on break, recruits will not place their hands or feet on the walls or other interior surfaces. Recruits will not prop their feet on chairs, desks, or other furniture.

Recruit officers shall not leave any training area without prior permission from a supervisor. During lunch periods, students shall use only the break room or outside seating areas as a break area.

Hallways shall not be utilized for break areas.

I.      **Class Officers Responsibilities**

**President**
The class president has many responsibilities and duties for which he/she is responsible.  The president has the authority to delegate tasks in order to accomplish these responsibilities.  The following is a list of the duties and responsibilities that he/she is expected to perform:
1. Ensure that the class adheres to the rules and regulations of the Training Academy.
2. Ensure that the class knows the mission and values of the Department.
3. Ensure that roll call formation is conducted each morning.
4. Call commands during formation, drills, and while in classroom.
5. Report any students not present for roll-call formation to the inspecting Instructor.
6. Assist the class in developing a class motto, which is to be stated upon being brought to attention during formations (first time brought to attention only).
7. Facilitate communication between training staff and classmates by acting as a liaison between the recruit class, the Class Coordinators and the training staff.
8. Consult with the vice president, squad leaders, and assistant squad leaders on important issues concerning the class.
9. Act as a role model for classmates.
10. Provide direction, focus, and leadership for the class.
11. Ensure that the chain of command is followed.
12. Ensure that any problems, difficulties, discrepancies or concerns are reported to the appropriate personnel (i.e. assigned squad supervisor, Class Coordinator and/ or training staff.)
13. Ensure that cleaning responsibilities are completed daily, including but not limited to:
    a. The classroom and break room (including refrigerators, microwaves, and coffee pots) are straightened and clean
    b. All dry-erase boards are cleaned.
    c. Television screens are turned off.
    d. Lights are off in all classrooms, and doors are closed but not

locked.
  e.  The gym, mat room, and locker rooms are neat, and all lockers and equipment are secured properly.
14. Ensure that full water cooler jugs have been placed at all water coolers.
15. Ensure that the laundry is inventoried, tagged, written on the laundry report, and bagged.  This shall occur on Mondays and Thursdays prior to 1000 hours.
16. Collect additional duty assignments from the Class Coordinators.
17. Ensure that the flags are raised and lowered daily.
18. Collect examination question appeal forms from the students after examinations and personally hand them to the class coordinator.
19. Perform other duties and responsibilities as directed by any of the academy staff.

**Vice President**
The class vice president assumes the duties and responsibilities of the president in the president's absence.  In addition, the vice president should assist the president in the completion of their duties, support the actions and decisions of the president, and provide input on class matters.

**Squad Leader**
Squad leaders shall assist the president and vice president with all assigned duties. Squad leaders have the authority to delegate legitimate duties to any members within their squad in order to accomplish tasks.  The following is a list of those duties and responsibilities he/she is expected to perform:
  1.  Know, and assist in the completion of, the responsibilities of the president.
  2.  Provide direction, focus, and leadership for your assigned squad.
  3.  Act as a role model for your squad.
  4.  Call squad commands, as directed, during formation, drills, and/or while in classroom.
  5.  Report any squad members not present to the class president, Class Coordinator and/ or training staff.
  6.  Maintain open lines of communication with president, vice president and the other squad leaders to ensure consistency.
  7.  Using the appropriate chain of command, report any problems, difficulties, discrepancies or concerns to the class president and/or vice president, your Class Coordinator or members of the training staff.
  8.  Assist the president in ensuring that all cleaning responsibilities are completed daily.
  9.  Assist the president in ensuring that the laundry is inventoried, tagged, written on the laundry report, and bagged.  This shall occur on Mondays and Thursdays prior to 1000 hours.
  10. Collect additional duty assignments from your squad and turn them into the class president.
  11. Act as a liaison between your squad and the class president, vice president, squad supervisor and other members of the training staff.

12. Ensure that squad members sign for their Department policies and other information.
13. Perform other legitimate duties and responsibilities as directed by your class president, squad supervisors, or the academy staff.

**Assistant Squad Leader**

Assistant squad leaders assume the duties and responsibilities of their squad leader in the squad leader's absence. Assistant squad leaders shall assist squad leaders, the president and vice president, with all assigned duties. Assistant squad leaders also have the authority to delegate any legitimate duty to any other member within their squad in order to accomplish tasks. See and mirror the duties and responsibilities of the squad leaders as described above.

J.   **Communication**

In order to facilitate a sound learning environment, no incoming telephone calls shall be accepted except in cases of an **emergency** or for official police business. Recruits shall be responsible for following this rule and informing their family members of the emergency policy. For **emergencies**, family members may call (301) 877-8200.

During academy hours, recruits will keep personal cell phones in their vehicles unless given permission by their Class Coordinator.

In order to replicate the procedures used on the divisions, the recruit class schedules, notices, and information pertinent to the recruit class will be placed on the recruit bulletin board in the hallway outside of classroom 103. Each recruit must keep themselves informed of the bulletins and information posted on the board. This is also true for officers assigned to divisions, so behaviors learned in the academy will replicate themselves on the divisions upon graduation.

Police officers will have to initiate correspondence as a major facet of their work. Therefore, to educate and indoctrinate recruits with the USCP correspondence processes, all written correspondence shall be accomplished in accordance with the Department's inter-office memoranda.

When required to provide a contact name and telephone number for employment verification, e.g., when purchasing vehicles, homes, or renting apartments, etc., recruits shall provide the following:

> **Office of Human Resources**
> **Address:**     **Fairchild Building**
>                        **499 South Capitol Street, SW**
>                        **Washington, DC  20510**
> **Telephone:**   **202-593-3370**

K.   **Academy Conduct**

All conduct and actions should be based in at least one of the Department's Core Values:

- Unflinching
- Sincere
- Courteous
- Principled

**Classroom**

In order to facilitate classroom learning and ensure future success, the following classroom demeanor shall be adhered to or demonstrated at all times.

1. Loud talking, profanity, and boisterous behavior will not be tolerated.
2. Seating is assigned by the academy staff. Desktop nametags have been provided and must be displayed on the table directly in front of each recruit. Recruits may not make notes, drawings, or other marks on their nametags as a recruits desk area is a reflection on themselves and their classmates.
3. As will be required in future assignment on a division, recruits will devote their full time and attention to the performance of their duties at all times while on duty. Recruits are expected to remain attentive to the instructors at all times, and may not participate in private conversations while class is in session. Sleeping, daydreaming, and other forms of inattentive behavior will not be tolerated and are an indication of a lack of commitment to the core values.
4. In order to not interrupt an instructor and to display the proper level of decorum in class, when asking a question in class, recruits will raise their hands, and wait to be recognized by the instructor before speaking.
5. When in the classroom, the recruit class will be called to attention by the class president or by the first observant recruit when an instructor enters the classroom at the beginning of an instructional period. The class shall also be called to attention at the end of an instructional period. The class shall remain at attention until advised to take their seats by the instructor or until advised to stand at ease by the class president after the instructor has departed the room. The class will also be called to attention when a supervisor in the rank of lieutenant or above enter the classroom, and will remain at attention until directed. This behavior replicates the decorum necessary to be displayed when conducting official business in the field or when reporting for duty at a division.
6. Recruits shall not leave the class while class is in session unless the instructor grants permission.
7. During class, chewing gum, eating, drinking, and reading personal material (newspapers, magazines, etc.) are prohibited in the classroom and in other assignments, unless an instructor gives permission.  Students may drink bottled water during classes. During lunch, students may not use the classroom for eating.
8. Cell phones, iPods or MP3 players, electronic recording devices (audio or video) are prohibited in the classroom, and out of the classroom when instruction is being given, unless specifically approved by an instructor.

Use of the above listed items will be limited to the student parking areas, and should not be brought into any training buildings.  Recruits may use laptops or tablets in the classroom, unless specifically prohibited by an instructor. Laptop and tablet use will be restricted to note-taking only. No other use of laptop or tablet will be authorized.

**General Rules**
1. Just as with any other employee of the Department, recruits are required to obey all laws of the United States, the District of Columbia, and of any state, local or military jurisdiction in which they may be present.  Recruits arrested or indicted for a violation of any law, other than minor non-custodial traffic offenses; summoned to appear in response to a criminal complaint; receive any type of traffic summons, warning, equipment repair order; become the subject of any criminal, civil, or administrative proceedings; or become the subject of, or party to, any other police contact will immediately notify the Entry-Level Section Commander in writing on the next business day.
2. Recruits are required to promptly obey all lawful orders from a supervisor or instructor, including orders relayed from a supervisor or instructor by an employee of equal or lesser rank.
3. Recruits will not refuse to obey, by words or actions, any lawful order of a supervisor or instructor, and will not utter any disrespectful, rebellious, insolent, or abusive language to or toward a supervisor or instructor.
4. Recruits will make truthful statements at all times, written or verbal, pertaining to official duties or matters affecting the Department. Recruits are required to cooperate fully and truthfully during Department investigations.
5. Recruits will be polite, courteous and respectful to all persons at all times. Recruits will be tactful, friendly, helpful, and understanding in the performance of the assigned duties, will control their tempers, exercise the utmost patience and discretion, and will not engage in argumentative discussion even in the face of extreme provocation.  In the performance of their duties, recruits will not use coarse, violent, profane, or insolent language or gestures. They will not intimidate, will not discriminate against or harass any other person, on the basis of race, color, national origin, religion, gender, age, sexual orientation, disability, or any other basis prohibited by law.
6. Recruits will not express any prejudice concerning race, religion, gender, politics, national origin, lifestyle, age, disabilities, or similar personal characteristic.
7. Recruits must not obstruct hallways or other spaces within the training facility.
8. Cheating- Any situation in which a student provides or receives unauthorized assistance while performing a required task in order to successfully complete a course of study within any program conducted at the USCP Academy. This applies to the re-creation and exchange of actual test questions or practical exercises from one student/class to another, verbal or non-verbal assistance, and any attempts to replicate actual examination questions and answers and practical exercises. This policy also applies to students who have knowledge of cheating and fail to report this information to the appropriate authority. This policy, however, does not restrict group study when notes and anticipated

questions are shared, provided someone who has already taken the examination did not supply this information.

9. When approached by the Entry-Level Training Section staff or other Department personnel, recruit officers shall brace themselves at the wall and stand at attention until that person passes.

10. If an instructor or supervisor enters the restroom, locker room, gym, cafeteria, or any other area outside, recruit officers shall stand aside if they are in the way of the instructor. It is not necessary to come to the position of attention in these situations. During clean up, students need not brace themselves against the wall; however, if an instructor or supervisor passes through an area in which a recruit is cleaning, the recruit shall stand aside unless advised to continue with their duties.

11. Recruits shall address all instructors, officers, and supervisors as "sir," "ma'am," or by their rank. When recruit officers are addressing civilian instructors and other civilian personnel, they shall address them as "Mr.," "Mrs.," or "Ms."

12. Conduct that is prejudicial to the safety of the recruit or others, or that disrupts the learning environment will not be tolerated.

13. Smoking and chewing tobacco are prohibited in the training academy building. Students who smoke or who chew tobacco must do so outside at designated areas. No exceptions.

14. While in an off duty status, recruits shall not engage in a ride-along program with an officer of the United States Capitol Police Department, nor shall they ride-along with officers of other Departments.

15. Recruits will at all times, both on and off duty, conduct themselves in a manner that will reflect favorably upon the Department and the academy. Recruits are reminded that they are members of a high profile profession, and their behavior will be closely scrutinized. Members of Congress, staff, visitors, and the public expect members of its police department to demonstrate ethical, professional behavior at all times.

16. Recruits will understand and obey the requirements of Operational Directive, 2053.13 Rules of Conduct.

17. While USCP employees are assigned to FLETC for basic and other specialized training, they shall follow performance standards pertaining to the training center.

L.    **Firearms**

Recruits will not be permitted to wear or carry any type of firearm while in training, unless it is authorized by an instructor. Violations of this section will result in corrective action and/or dismissal from the academy. Carrying or possession of personal weapons on duty or anytime while on FLETC or on Capitol Grounds is prohibited.

When on the firearms range, all safety rules and training instructions must be noted and strictly obeyed.

***All firearms* are to be considered live weapons and shall be treated as such. All safety rules and training instructions, and use of force policy must be strictly obeyed with all training firearms.**

M.    **Fraternization**

Personal relationships between staff and students are inappropriate. These associations are prohibited when they are unduly familiar and do not respect the differences in position and status between students and staff. Staff members and students who are married or otherwise closely related prior to the student entering the academy, e.g., parent/child, spouses, siblings, friends, etc., must also maintain the requisite professionalism and impartiality.

This policy applies to all students and all staff (including permanent, adjunct, contract, and other agency) who instructs or have direct contact with students. This includes personnel who are in a position to influence the evaluation of students, or whose activities might present an appearance of impropriety reflecting negatively on the Department. Furthermore, this policy applies to all staff and students until the student either graduates from the academy (including when the student is being recycled, and is detailed to another Bureau or working within TSB) or is no longer employed as a recruit officer (such as when the student is hired in a civilian position, resigns or is terminated from the Department.)

The public, staff, contractors, and students have the right to expect that decisions, in appearance and actuality, be based upon professionalism and impartiality. Such an environment encourages mutual professional respect as the fundamental basis for relationships at the USCP, and contributes to the continued effective performance of the duties and responsibilities of the Department.

Fraternization and other inappropriate student, staff, or contractor relationships violate the high standards of integrity and impartiality needed to maintain and ensure the effective performance of duties and maintenance of public trust. All academy personnel and students are expected to maintain these high standards of integrity and impartiality.

Fraternization and personal relationships between students, staff, and contractors are inappropriate and prohibited when they:

- Involve a business, financial, or other interpersonal relationship that could impede, or be perceived as impeding, the fair, impartial, and objective administration of training by an instructor.
- Involve or create the appearance of preferential treatment or the improper use of the relationship for personal gain or gratification.
- Involve abuse of an employee's official position.
- Adversely affect the morale or the effective performance of duties and responsibilities related to the Department.
- Denigrate the credibility of the student evaluation system.
- Reflect badly on the Department.
- Are manifested in the work environment in a manner that is disruptive to the effective conduct of training.

**Guideline for Assessing the Propriety of a Relationship:**
- There are many variations of appropriate and inappropriate personal relationships between students and staff. No policy document could provide an exhaustive listing of what relationships and conduct are appropriate as opposed to inappropriate. The exercise of sound judgment by all persons covered by this standard is required to avoid injury to the Department and to allow the Department to achieve its mission.
- Inappropriate personal relationships may involve any combination of staff members and students, regardless of grade or gender. Factors to be considered when assessing the propriety of any student/staff relationship include, but are not limited to:
  - Does one individual exercise authority over the other?
  - Does one individual have the capability of influencing evaluations, assignments, benefits, or privileges of the other?
  - What is the nature of the personal relationship between the individuals, including actual or perceived impact on training and others in training?
- The following is a partial list of relationships and conduct involving staff and students that are likely to be inappropriate:
  - Excessive and/or frequent socializing.
  - Going into private business together.
  - Lending or borrowing money.
  - Giving or receiving gifts, except when given as a class to an instructor at the end of training.
  - Dating, cohabitation, or sexual intimacy.
  - Intimate communication involving romantic or sexual overtones.
  - Any training or work-related change based on favoritism or otherwise not based on legitimate training considerations, e.g., changing duty rosters, grades, work schedules, or team assignment to the benefit of one or more members involved in a personal relationship when others are not afforded the same consideration.

**Responsibilities**

All academy staff and students are responsible for maintaining high standards of integrity, impartiality, and conduct to ensure effective performance of the duties and responsibilities of the Department and maintenance of public trust. Fraternization and other inappropriate student/staff relationships violate these standards. All incidents of fraternization or other inappropriate student/staff relationships must be reported to the TSB Commander through the chain of command.

Every supervisor, manager, and employee is responsible for ensuring that all employees and students know the policy regarding fraternization and inappropriate student/staff relationships, and that they also understand its application. Supervisors and managers are further responsible for taking appropriate administrative and/or disciplinary action against instructors/staff upon determining that any student/staff relationship is contrary to the provisions of this rule.

Persons involved in or contemplating student/staff relationships, which could be considered inappropriate, are strongly encouraged to seek counseling from their supervisor to resolve any potential conflict with this standard as quickly as possible. Personnel must, however, recognize their responsibility to avoid inappropriate student/staff relationships and be aware that the cessation or deferral of a personal relationship frequently will be the appropriate way to resolve a conflict with this standard. If a covered relationship appears to be developing between a staff member and a student, the individual must defer any personal relationship until after the student completes their training and graduates, receives a civilian position, resigns or is terminated from the Department.

**Reporting**

All supervisors, managers, co-workers, students and instructors are responsible for reporting to the appropriate officials as soon as possible for referral and corrective action/resolution incidents of inappropriate fraternization. Any person notified of allegations of inappropriate fraternization must report the allegation through the chain of command to the TSB Commander.

N.     **Honor System**

Honesty and integrity are primary characteristics of police officers. An Honor Pledge (Attachment G), therefore, will be utilized during the Entry-Level Training.

**Any recruit found cheating or attempting to cheat will be dismissed from the academy.**

Any recruit observing or having knowledge of another class member acting in a dishonest manner is obligated to immediately report the incident to a TSB staff member.

**O.**   **Identification Badges**
All recruits will be issued a USCP identification card and a FLETC identification card.  The FLETC identification card remains the property of FLETC, and must be surrendered when the recruit either leaves the academy or graduates. Recruits will maintain the USCP identification card after graduation.

Recruits will wear the USCP and FLETC identification cards around their necks with the issued USCP lanyard at all times while on duty, unless directed otherwise by an instructor or other TSB staff.

**P.**   **Inclement Weather**
**Snow Emergency**
- If the federal government is closed, the training academy is closed. All recruits may take an excused day and be carried on administrative leave.
- If the federal government is open and on a 2-hour delay, the training academy is open and recruits may report for duty 2 hours late.
- If the federal government is open and enacting a liberal leave policy, the training academy is open and recruits are to report for duty on time.

**Non-Snow Emergency**
- If the federal government or FLETC is closed, recruits shall contact their Class Coordinator, Training Services Bureau at (301) 877-8200 during normal business hours or the Command Center at (202) 224-0908 after hours.

**Q.**   **Instructor/Course Evaluations**

Each recruit is required to complete Instructor/Course Evaluation Forms as directed by the Entry-Level Training Section Commander.  The student will return the evaluations as directed.

**R.**   **Meals**

Recruits are permitted to leave the academy to obtain lunch. Due to the rigorous daily training schedule and the location of the academy and other training sites, however, there may be times that this would be impractical.

For the convenience of the recruits, several refrigerators and microwaves have been provided in the academy break room.

**S.**   **Misconduct**

Recruit officers must adhere to the Department's mission and values, USCP Academy Rules and Regulations, and the USCP Training Academy Honor Pledge. Recruits must immediately report violations that come to their attention through any manner to a TSB supervisor through their chain of command.

**Enforcement**

The United States Capitol Police has the right and responsibility to remove from training and/or terminate an employee who has violated Department policies and procedures. These terminations can be for violations of academy policies, rules, regulations, and procedures; any law; Department mission or values; USCP Academy Rules and Regulations; or USCP Training Academy Honor Pledge.

Examples of violations include, but are not limited to the following:

- Inattentiveness during class or while on assignment, including but not limited to sleeping, reading prohibited material (magazine, newspaper), using prohibited electronic equipment (cell phones, iPods, etc.), not monitoring security equipment, not monitoring surroundings.
- Improper uniform attire, appearance, or hygiene that reflects adversely on the Department.
- Improper display of courtesy as instructed by academy staff.
- Improper conduct in class or on assignment.
- Entering off-limit areas without permission; this includes entering academy staff offices or other restricted areas of the academy.
- Rudeness to other recruits or Department personnel.
- No identification in possession.
- Tardiness.
- Unprepared for class or assignment, e.g., leaving books or other materials at home, not having all required equipment.
- Leaving issued or Department equipment unsecured or in inappropriate areas.
- Smoking or use of other tobacco products, eating, prohibited materials in inappropriate areas.
- Violation of FLETC rules and regulations.
- Absence without leave.
- Insubordination (defiance of, or belligerence toward, the authority and responsibility of an instructor or other Department or FLETC official).
- Excessive use or abuse of sick and/or emergency leave.
- Untruthful statements.
- The use of alcohol or other intoxicants during training, or having an intoxicant on breath or about person.
- Violation of state, local, and federal laws.
- Conduct prejudicial to the safety of oneself or others (anything that intentionally disrupts the learning environment).
- Any public act which reflect adversely on the Department or the U.S. government.

When a recruit commits a violation:
1. The recruit will be advised of their specific demonstrated conduct issue or performance problems, and will be clearly told what they must do to improve or correct their behavior.
2. The recruit's Class Coordinator will conduct a preliminary investigation in order to determine the cause of the unsatisfactory performance and what corrective action is most likely to be successful in correcting those deficiencies.
3. The Class Coordinator will initiate counseling, or train the recruit as appropriate:
    a. All performance issues are to be documented on the recruit's Performance Notes, which make suggestions for improvement.
    b. All conduct issues are to be documented on a Disciplinary Probation Notice.
4. The severity of the violation, the recruit's past record, any mitigating circumstances surrounding the incident in question and past practices in dealing with similar violations will be carefully considered when deciding the appropriate courses of action.
5. Unsatisfactory performance resulting from deficient skills, training, understanding, or knowledge is often best corrected by the use of training and counseling. This will be documented in the recruit's Performance Notes to assist the recruit in understanding the requirements of their position and in obtaining the knowledge, skills, and abilities necessary to perform at an acceptable level. Unsatisfactory conduct will be investigated to the extent necessary as determined by the TSB staff.
    a. Unsatisfactory performance is that which has not been, or may not be, corrected through training and/or counseling (performance).
    b. Unsatisfactory conduct is that which results from the recruit's unwillingness to adhere to established policies, procedures, rules, regulations, laws, values, goals, or supervisory orders (misconduct).
6. If an investigation into a student's misconduct surpasses the graduation date, the certificate of graduation will be withheld pending investigative results.
7. The Department may withhold a certificate of graduation if the nature of the misconduct or pattern of misconduct warrants such action. Each case is decided on its own merits. The Department understands that any proposed adverse action is extremely important and may have career consequences, especially when withholding a certificate of graduation or removing a student from training.
8. Serious violations and/or a pattern of unacceptable behavior demonstrated by several violations are to be brought to the attention of the TSB Commander through the chain of command.
9. Multiple violations and violations of a nature that are so egregious that suspension or removal from training is required will be handled in a manner determined by the TSB Commander. Five (5) violations received during training in either FLETC, GA or the USCP Academy will result in a recommendation to remove the recruit from training.

T.     **Mission, Vision, and Values**

Recruit officers will adhere to the Department's mission, vision, and values at all times.

**Mission:**

To protect the Congress, its legislative processes, Members, employees, visitors, and facilities from crime, disruption, or terrorism. We protect and secure Congress so it can fulfill its constitutional responsibilities in a safe and open environment.

**Vision:**
- To be a premier organization requiring premier standards and business practices.
- To demonstrate leadership and decision making at all levels.
- To hold people accountable for their performance.
- To focus our operations on anti-terrorism (core mission).
- To be forward-thinking, preparing to defeat the next threat, while we successfully accomplish today's mission.
- To be a proactive, "can do" organization.
- To develop a culture based on innovation, leadership, and process.
- To recognize through action the value of our most important resource, our people.

**Goals- Strategic Plan:**
- Assess the threat
  - Develop the infrastructure to effectively track, organize, and analyze data to anticipate and/or identify domestic and terrorist threats against the US Capitol.
  - Enhance the inter-agency program for sharing intelligence information among protective service organizations on a real-time basis.
  - Strengthen counter-surveillance operations to identify all those who are monitoring the Capitol buildings, grounds, and Members for illegal purposes.
- Prevent the threat
  - **Congressional Community Protection:** To prevent criminal, terrorist and other disruptive activities from reaching the Capitol Buildings and Grounds and protect the people, legislative processes, and the facilities from criminal and other disruptive activities within the Capitol Complex.
  - **Event Management:** To enable individuals to safely participate in major events and demonstrations while not disrupting legislative operations.
  - **Member Protection:** To protect Members of Congress and visiting officials against criminal and terrorist activities.

- Respond to the threat
  - **Law Enforcement:** To patrol areas of statutory responsibility and diligently investigate and prosecute persons who commit criminal acts.
  - **Incident Management & Communication:** To coordinate decisively and efficiently all activities and communications in response to a critical incident.
  - **Specialized Response Capabilities:** To enhance our specialized response capabilities to ensure readiness to all types of incidents.
  - **Continuity of Operations:** To ensure Continuity of Operations (COOP) for USCP while supporting the Congressional Community in the execution of their COOP plans and, when necessary, assist in the implementation of Legislative Branch Continuity of Government (COG) plans.

- Support the mission
  - **Human Capital:** To create and sustain a vigorous and motivated workforce that is highly trained and armed with the necessary knowledge, skills and abilities to achieve the mission.
  - **Technology:** To provide responsive, high quality, cost-effective information technology services and solutions in a timely manner.
  - **Facilities Management:** To provide USCP employees with state-of-the-art facilities to meet its mission, workload, and personnel requirements.
  - **Financial Management:** To provide timely, reliable, and responsive financial management services, and ensure accountability for assets and resources.
  - **Logistics Management:** To make resources available to those who need it, when they need it by improving the ordering, procurement, distribution, and tracking of USCP resources.
  - **Legal Counsel:** To ensure legal counsel for overall organizational legal compliance.
  - **Continuous Improvement:** To create a best practices organization that through an environment of continuous incremental improvement encourages innovation and creativity while balancing practical considerations.

**Core Values:**
- Unflinching
  - Not betraying fear
  - Decisive (determined)
  - Resolute (certain)
  - Face danger with self-confidence (realistic confidence in one's own judgment, ability, power, etc.)
  - Valiant (bravery)
- Sincere
  - True
  - Honest
  - Total commitment and unstinting devotion to mission
- Courteous
  - Graciousness (pleasantly kind)
  - Good manners
  - Consideration towards and respect for others
- Principled
  - Motivated based on moral and ethical principles (do the right things for the right reasons- even when no one is watching)

**Recruit officers will demonstrate the Department core values in everything they do, and will focus their efforts on meeting the Department's mission.**

U.   **Off-Limits Areas**

The following areas are off-limits to recruit officers:
1. The administrative offices (second floor of the Training Academy Building 31) are strictly off-limits except when reporting late. If access to these offices is needed for administrative purposes or for the purpose of meeting with supervisors, recruits shall seek permission from the class president. Students shall knock and announce loudly, "Recruit on deck" before requesting permission to enter this area and other off-limits areas. Only one recruit shall be permitted access to the administrative area at a time. All others must wait in the first floor lobby, unless directed otherwise by an instructor.
2. Other academy and FLETC classrooms and buildings, unless given permission granted from instructors or supervisors. Recruits may, however, utilize the computer lab, when available, to check their e-mails and complete assignments as required. Recruits must immediately report any damage in the computer lab and inoperable/malfunctioning programs to an instructor.
3. Property and Asset Management Division at the Government Printing Office Building. Property and equipment matters must be brought to the attention of an instructor and/or supervisor before students are granted permission to travel to PAMD.
4. Hallways shall not be utilized for break areas; no eating in hallways.

5.  USCP Headquarters Building or the Fairchild building, except when conducting official business and when directed to do so by a member of the TSB staff, or when using the fitness centers.  The recruit officer entering either building shall expeditiously conduct business and depart.  Recruits are encouraged to attend the fitness center on their off-duty time.

## V.   **Outside Employment or Voluntary Service**

**Outside Employment**

Recruits are prohibited from engaging in or accepting any part-time or outside employment while assigned to the Training Academy.

**Mandatory Military Obligations**

Any recruits having reserve military obligations that may conflict with their recruit training shall immediately notify an Entry-Level Training Section supervisor in writing.  This shall be accomplished through a CP-506, Leave Request, and military orders shall accompany the request.

W.   **Performance and Remedial Training Standards**

Recruits are required to achieve the following performance standards:

| Subject Matter | Instrument Type | Performance Standard | Remedial |
|---|---|---|---|
| Handgun | Graded Practical Exercise | 70% (210) | If a recruit officer fails to qualify, they are allowed 2 remedial attempts on the same day of the failure.  If they fail both remedial attempts, the Range commander will schedule them for 24 hours of remedial training and testing to start on another day. During the 24-hour remedial training and testing, they must pass 2 out of 3 attempts. If they fail to qualify 2 out of 3 attempts, the Range instructor will submit a memorandum to the TSB Commander explaining all steps taken to remediate them and their scores.  The TSB Commander will determine whether to recommend removal of the recruit from training.<br><br>Once a recruit fails to qualify on the first attempt, regardless of the score they achieve when they successfully qualify, their qualification score will be recorded as 210 (the minimum passing score.) |

| Subject Matter | Instrument Type | Performance Standard | Remedial |
|---|---|---|---|
| • ASP Baton<br>• OC Spray<br>• Use of Force<br>• Member Recognition | Written Exam | Pass/Fail (80%) | Failure of any one of these exams will result in one (1) remediation exam.  A second failure of any one of these exams may result in removal from training. |
| • ASP Baton<br>• OC Spray<br>• Defensive Tactics<br>• Arrest Techniques | Graded Practical Exercise | Pass/Fail | The remedial graded practical exercise will be the same as the originally failed graded practical exercise. |

| Subject Matter | Instrument Type | Performance Standard | Remedial |
|---|---|---|---|
| Comprehensive Written Tests | Written Exams | 80% | If a recruit officer fails, they are allowed 1 remedial attempt, provided in 3 business days, after receiving remedial training from TSB. A recruit officer may request in writing to waive their right to take the remedial written exam in less than 3 business days<br><br>If recruit officer achieves at least an 80%, regardless of the student's score, their score will be 80%.<br><br>Any written remedial exam shall consist of 50% of the number of questions that were on the original exam. Questions chosen for the remedial exam will be selected from subject areas in which the employees had the most difficulty correctly answering on the first exams. |

| Subject Matter | Instrument Type | Performance Standard | Remedial |
|---|---|---|---|
| Final Recruit Officer Physical Abilities Test (ROPAT) | Graded Practical Exercise | Complete the course in 3 minutes and 52 seconds or less | A recruit officer who fails to complete the final ROPAT in 3 minutes and 52 seconds or less is allowed one remedial attempt. This attempt will be conducted 10 business days after the date of their failure on the ROPAT. They will receive remedial training from TSB prior to the remedial test. The recruit officer may elect to take the remedial attempt prior to the 10th day, but they must explicitly inform the instructor that they wish to take the remedial test prior to actually taking the test. When recruits fail to pass on the first attempt and pass the remedial attempt, their time will be recorded as 3 minutes and 52 seconds (the maximum passing time), regardless of the time they achieve on the remedial attempt.<br><br>The remedial graded practical exercise will be the same as the originally failed graded practical exercise. |

| Subject Matter | Instrument Type | Performance Standard | Remedial |
|---|---|---|---|
| Operational Skills Practical Exercises | Graded Practical Exercise | 80% Each<br><br>Scenarios are graded in accordance with established Standard Evaluation Guidelines (SEG) (Attachment A). | Recruit officers are allowed to fail only 2 of 3 scenarios on their first attempts. If they fail all 3 scenarios, they will not be allowed to remediate any scenarios.<br><br>Recruits who fail 1 or 2 scenarios will be allowed 1 remedial attempt per failed scenario, provided 3 business days following the date of failure. Prior to the remedial test/graded practical exercise; they will receive remedial training from TSB.<br><br>Graded practical exercises consist of multiple scenarios. Recruit officers **must pass all scenarios** in the graded practical exercise (either on the first attempt or on the remedial attempt). Remedial scenarios will be a different scenario than the failed one, but will be the same classification, e.g., if they failed a felony scenario, they will receive a felony remedial scenario; if they fail a P.C. misdemeanor scenario, they will receive another p.c. misdemeanor scenario; if they fail a magnetometer screening scenario, they will receive a magnetometer screening scenario.<br><br>If a recruit officer achieves at least 70% after remedial training, their score will be recorded as 70%, regardless of their score on the remedial graded practical exercise. |

A recruit in the Entry-Level Training program will take multiple written exams, and is allowed only 1 failure during the program.

The Entry-Level Training Program has the following graded practical exercises, covering information taught in the program:
1. Operational Skills Final Graded Practical Exercise
2. Handgun Qualification
3. Recruit Officer Physical Abilities Test (ROPAT)
4. ASP Baton
5. Defensive Tactics
6. OC Spray
7. Use of Force
8. Members Recognition

Recruit officers are required to participate and certify, if appropriate, in all labs and graded practical exercises.

TSB instructors will provide remedial training and assistance to students who fail written examinations and graded practical exercises.

During all training sessions, recruits will be responsible for asserting themselves in gaining the proper knowledge and skills needed in order to adequately perform their assignments in the field. Students will be required to perform their duties based upon the instruction provided. Students shall pay close attention to all instruction being provided during the training sessions, and shall demonstrate through written examinations or practical exercise that they meet the Department standards by demonstrating knowledge of the material taught during the courses of instruction.

Students are required to participate in the practical exercises offered throughout the training, demonstrate the knowledge they have gained from the classroom environment, and apply it to role-play situations. Students are required to take initiative and an active role in bringing these scenarios to a prudent, successful conclusion. Initiative to handle situations and acceptance of learning feedback must be demonstrated by employees. Upon completion of the exercise, an evaluator and/or instructor will critique the student's performance.

**Written Examinations**
All written examinations are comprised of multiple-choice questions.

Each examination, whether scheduled or remedial, is monitored by an exam administrator, who will provide all the materials necessary for use during the examination, including pens, pencils, test booklets, answer sheets, and any reference materials, when appropriate. Each student is required to remove all materials from the desk prior to the administration of the examination, except when directed otherwise by the exam administrator.

If a student observes any behavior that could be evidence of cheating, that student is obligated under the Honor Pledge to report the observations to the exam administrator as soon as possible either during or at the conclusion of the exam.

\*Students who fail the FLETC computer based CPR training on the first examination will decline the computerized request to take a remedial course. Remedial training and testing will be scheduled by the USCP staff at FLETC; students should contact the instructor of this course (and FLETC/USCP Liaison Lieutenant) immediately should they fail the first exam. Should a student respond affirmatively to the computerized remedial test for CPR, and subsequently fail the remedial, this will be considered a failure and will result in removal from training for failing to complete the FLETC phase of training.

Prior to the start of the exam period, the exam administrator will advise the class of the amount of time they have to take the exam, and will post the start and end time on the board in full view of the class. Periodically during the exam, the exam administrator will announce to the class the amount of time remaining in the exam period.

The exam answer sheets are machine scored (or hand scored in case of problems with the machine) following the conclusion of the exam period. When all answer sheets have been scored and the grades are recorded, the exam scores are posted in the classroom. Students will use the last 4 numbers of their social security numbers to retrieve their scores.

A complete review of the exam is conducted immediately after each exam.

**Test Question Appeals**

Students may appeal any question at the conclusion of the exam. If a student wishes to appeal a test question, the student must complete an Examination Question Appeal Form. This intra-office correspondence shall be completed for each question being appealed. Each student will write their own examination question appeal form for each question appealed. This may be waived with approval of the TSB supervisor. All appeals must be submitted to the class president by the close of business on the same day of the examination. The class president will submit the appeals to the Class Coordinator.

Dispositions of appeals are as follows:

- o A question may be deemed invalid because there is more than one answer to the question, because there is no correct answer to the question, because the subject matter related to the question was not covered in class or assigned reading. If, after review, one (or more) question(s) is found to be invalid, the following resolutions may apply:
    - A question is deemed invalid because it is found to have more than one correct answer: Credit will be given for any additional **correct** answer choices.
    - A question is deemed invalid because it is found to have no correct answer choices: Credit will be given for any answer choice, as well as no answer selected.

- A question is deemed invalid because the question content was not covered in class and/or was not part of any assigned reading: Credit will be given for any answer choice as well as no answer selected.
  - A question may be deemed appropriate and valid, in which case the appeal will be denied.
  - In any case, the actual number of questions comprising a written test will not be reduced due to an appeal.

The TSB Entry-Level Section Commander has the final authority on matters related to examination appeals.

Resolution of all test appeals will be noted by the Section Commander on the Examination Question Appeal Form.

After the exam is scored, reviewed, and all appeals are decided, student grades are recorded on their official transcripts and in class files by TSB.

**Operational Skills Practical Exercises**

The operational skills practical exercises measure the employee's ability to perform job-related tasks and their ability to demonstrate expected performance objectives, i.e., officer safety, prisoner control, and knowledge of applicable laws. These expected performance objectives are needed to bring police situations to a prudent, successful conclusion. Employees must bring each situation, scenario, and/or role-play to a successful conclusion.

These expected performance objectives are evaluated in accordance with established standard evaluation guidelines (SEGs). Students shall be made aware of the SEGs before participating in the evaluated practical exercises and testing.

Grading may be by a five-point scale or by pass/fail. Grading is objective, using standard evaluation guidelines (SEGs) and based on the student's ability to perform required tasks in accordance with established standards. Further explanation of this rating system is conducted through classroom instruction.

Some practical exercises may measure the student's ability to perform a small number of interrelated tasks, while others will measure the student's ability to integrate training from a number of different areas and demonstrate appropriate law enforcement judgment and skills. Practical exercises may be individual, when each student must demonstrate their ability to perform certain job tasks at a particular skill level, or group, when a team of students is required to work together and demonstrate particular competencies in a team environment.

The specific grading mechanism for a particular practical exercise is set forth in the syllabus for the specific training program.

At the conclusion of each practical exercise, the evaluation form is submitted to TSB for inclusion in the student's official transcript and class file.

Students will fail a scenario if they commit any use of force or officer safety violations, or their actions result in a security breach.

**Recruit Officer Physical Abilities Test (ROPAT)**

Administered at a test facility (USCP Training Academy in Cheltenham, MD, Building #31). The course is designed using the outside area of the building, specifically the parking lot and stairwell. A physical layout is used to give students a detailed explanation of the course. Based on the data compiled by Health Metric's Inc., the passing time on the ROPAT is 3 minutes and 52 seconds; a reasonable standard for USCP officers. All fractions of a second are rounded down to the benefit of the candidate. For example, 3:52.59 would be considered 3:52

- Starting Position

Candidate begins on the line marked "Start" in the kneeling position (kneeling on knees, erect posture, arms extended forward and hands together in a simulated weapon fire position). The candidate is given two commands, "ready" and "go". The stopwatch is started on the word "go" not on the candidate's movement.

Candidates must rise from the kneeling position without touching the ground with their hands. Failure to start as directed above will result in test invalidation and the student will have to start again.

- Shuttle Run
  - Once the candidate is in the standing position, they will jog/sprint to the first set of agility poles, go around the agility poles and sprint in the opposite direction toward the second set of poles in a figure-eight pattern. The candidate will run a total of seven excursions between the agility poles. (Including the first shorter run to the first set of poles). Upon completion, the candidate will sprint toward the rear of Building 31 staying on the outside of the agility poles and begin the stair climb. The candidate will ascend and descend the stairway at the back of the Building 31 a total of 4 times (four ascent and descent round trips).
  - Candidates may ascend using more than one stair at a time. Candidates must touch every stair on the descent. Two feet must touch the top landing and must cross the line at the bottom of the stairway. Stair rails may be used for assistance while ascending and descending. Upon exiting the stairway,
  - The candidate will sprint along the course marked by agility poles back towards the east side of Building 31 and approach the 165lb. dummy for the victim rescue.

- Victim Rescue
  - ○ The rescue dummy must be moved a total of 40 feet using either the drag strap or by lifting and carrying the dummy. The dummy is placed at the start of the marked victim rescue line with its head at the starting line and the entire body behind the starting line. The victim rescue is complete when the dummy's "feet" have entirely crossed the finish line. After the victim rescue.

- Trigger Pull
  - ○ The candidate will sprint to the pistol trigger pull event where he/she is handed an inert duty pistol. The candidate must hold the weapon at eye level, arm extended in a one handed grip. The candidate must pull the trigger fifteen times with one hand before switching to the other hand and pulling the trigger fifteen more times. The stopwatch is stopped on the thirtieth trigger pull.
  - ○ Any deviations from the written protocol in the shuttle run, victim/rescue, and trigger pull as identified above will result in one warning. If the deviation continues the test will be stopped and will result in the student having failed the ROPAT.

**Evaluating Students**
All students participating in the USCP Entry-Level Training Program will be fairly and equitably evaluated according to pre-established guidelines.

**Responsibilities**
TSB is responsible for establishing and implementing minimum student performance standards for all practical exercises. A test administration guide will specify, at a minimum, the objective of the test, the responsibilities of the test administrator, the responsibilities of the student, and what resources are needed to conduct the practical exercise.

**Graduation Matrix**
The USCP Entry-Level Training Program will contain a Graduation Matrix. All requirements (written multiple-choice examinations and practical exercises) for graduation will be identified in the matrix. Additionally, the matrix will state the number of remedial exercises and examinations that are allowed following failure of a particular graded training exercise. The total number of remedial practical exercises attempted by students in a specific program may be limited (as an example, the program matrix may not allow more than three remedial practical exercises during the program).

Recruit Officers are required to successfully meet with the following requirements in order to graduate from the USCP Entry-Level Training Program:

| Requirement | Minimum Passing Score | Remedial Policy |
| --- | --- | --- |
| Written Examinations:<br>• Four (4) Comprehensive Exams<br>• Member's Recognition Exam<br>• ASP Baton Written Exam<br>• OC Spray<br>• Use of Force Exam | 80%<br><br>(100% for Use of Force written examination) | 1 |
| Graded Practical Exercises:<br>• Three (3) Operational Graded Practical Exercises | 80% Each | 1 |
| Handgun Qualification | 70% (210) | 3 |
| Recruit Officer Physical Abilities Test | 3 minutes and 52 seconds or less | 1 |
| Practical Exercises:<br>• ASP Baton Practical Exercise<br>• OC Spray<br>• Defensive Tactics<br>• Arrest Techniques | Pass/Fail (80%) | 1 |

**Performance Problems (failed tests/labs/exercises or other demonstrated performance problems)**

1.  When the recruit demonstrates a performance problem, the recruit's Class Coordinator must notify the Section Commander of the recruit's performance level.

2.  The Section Commander and Class Coordinator should provide assistance related to the performance problem and its cause to the recruit. This assistance may include, but is not limited to, coaching, counseling, training, and closer supervision.

3.  If the recruit has failed a written test or graded practical exercise or has otherwise demonstrated significant, documented performance problems, e.g., in labs and the classroom, the Section Commander and Class Coordinator must advise the recruit of the following:

    a.  The specific performance problems demonstrated by the recruit (the competencies in which the recruit is not meeting expectations)

    b.  The performance expectations that will meet the Meets Expectations level (what is needed to bring performance up to an acceptable level).

    c.  What assistance TSB will provide.

    d.  The possible consequences of failing to improve.

    e.  The time by which the recruit must demonstrate acceptable performance (the length of time may vary depending upon the nature of the problem and the assistance that will be provided. The recruit's performance must be consistently monitored and thoroughly documented during this period.).

    f.  Document above information in Performance Notes.


## Academic Achievement

**Seniority**
Seniority on the Department is determined by the original date of appointment in a sworn position and then by class standing. Class standings may be used to determine future assignments on the Department.

**Class Ranking**
Recruit officers' class rankings are determined by an average of the following 15 scores:

- 3 written comprehensive examinations at FLETC
- 1 written legal examinations at FLETC
- 4 written comprehensive examinations at USCP
- 1 Member Recognition examination at USCP
- 1 written use of force examination at USCP
- 3 Operational Skills Graded Practical Exercises at USCP
- 1 handgun qualification at FLETC
- 1 handgun qualification at USCP

Recruits that are recycled into another recruit class will be ranked at the top of the class in which they graduated. If more than one recruit from a class is recycled and complete training in a subsequent class together, they are ranked according to their achievement scores and placed at the top of the rankings for their graduating class.

**Distinguished Graduates**

- Firearms: Firearms training at both FLETC and USCP by scoring 285 or better, out of a possible 300 points.
- Distinguished Graduates: Students, who obtain an academic average of 95% or better on the following examinations and practical exercises, if administered, provided the students meet all other graduation requirements. Students who fail written examinations or practical exercises or are repeating the academy are not eligible for consideration as distinguished graduates.
    - o 3 written comprehensive examinations at FLETC
    - o 1 written legal examinations at FLETC
    - o 4 written comprehensive examinations at USCP
    - o 1 Members Recognition written examination at USCP
    - o 1 written use of force examination at USCP
    - o 3 Operational Skills Graded Practical Exercises at USCP

**Honor Graduates**

- Honor Graduate: A student who completes the requirements for distinguished graduate described above and who also receives an overall score (in each category) of at least 90% on the FLETC Physical Efficiency Battery. This designation also requires that the student not fail a written examination or practical exercise, nor is repeating the academy. There can be only one honor graduate for each class. If more than one student has met the qualifications for honor graduate, the honor graduate will be decided by the higher academic average. The other students that qualified for honor graduate status will be distinguished graduates.

X.    **Personal Status**

Students are required to report any change in their personal status in writing to the Class Coordinator within 48 hours.  Marital status and telephone numbers or other pertinent information must be submitted on a CP-532.  The form can be requested from your squad leader or from the office administrative personnel.  Changes in address can be changed on the Employee Personal Page at the National Finance Center (NFC) website.

Y.    **Physical Standards**

The health and welfare of our students is a primary concern of the Department. Minimum physical training requirements shall be established for all training programs containing physical training components.

The Department has the responsibility to ensure that students entering or enrolled in our training program that contains physical training components possess the specific minimum physical abilities necessary to fully and successfully participate in and complete all portions of the training program.

Students returning from injury are required to produce a physician's note indicating the nature of the injury, and the duty status to which the student is returning, e.g., full unrestricted duty, restricted duty, or non-duty.

**Practical Exercise Performance Requirements, (PEPR) FLETC Standards**

Certain minimum medical and/or physical requirements are required of each student in order to fully and safely participate in and complete all aspects of the training program.

If an academy staff member becomes aware that a student may be incapable of performing one or more PEPR, the student shall be required to see their physician for an examination. If after an examination, the physician deems that the student is incapable of performing one or more PEPR, the student shall obtain a written notice of that opinion, signed by the physician, and noting the length of time, if known, that the student will not be able to perform that PEPR.  The student shall provide this doctor's note to their Class Coordinator immediately upon their return to duty.

Students who, due to a temporary medical condition, cannot fully and safely perform one or more PEPR shall not be allowed to participate in any physical training component that requires the full and safe performance of the specific PEPR.  The student shall attend and observe all such non-graded physical training components if not hospitalized or on bed rest.  Observing is not considered full participation. Under no circumstances shall a student on medical restrictions be allowed to observe a graded practical exercise.

Every reasonable attempt will be made to provide make-up training for students who, at the beginning of the training program, meet all applicable PEPRs, but become injured or ill during training and temporarily cannot meet one or more PEPR. In this situation, the duration of the injury or illness and its severity are key factors in determining whether or not a student will be allowed to continue in the training program.

A student may be removed from training at any time due to a medical or physical condition that presents a safety risk (a reasonable probability of a substantial injury to oneself or others). The removal may be from one or more components of training, or from the entire training program.

A student who is unable to participate in a physical training component that requires the full and safe performance of the specific PEPR for more than 4 consecutive days or for a total of 5 days may be permanently removed from training. When the circumstances warrant, the TSB Commander will recommend that a student be removed from training to the Chief of Police.

Students in the FLETC Program are required to safely perform the following PEPRs:

- o Stand for a period of 1 hour.
- o Hear range comments broadcast over a public address system while wearing hearing protection.
- o Have hand and finger dexterity to safely and effectively load, unload, and manipulate the handgun. In regards to the semi-automatic weapons, the student must have sufficient hand and wrist strength to load magazines and to manipulate the slide of the pistol during charging and clearing operations.
- o Extract handgun from a tight fitting and/or stiff holster in 1 second or less, hold handgun with both hands, arms extended in front of the body at eye level for 45 seconds. Must have adequate hand and wrist strength to control the weapon during recoil with service ammunition.
- o Pull the trigger of a handgun in double action mode (approximately 14-15 pounds) 3 times in 3 seconds for a total of 54 trigger pulls in 2 minutes. Trigger is pulled using only the trigger finger of the strong hand while holding the weapon at arm's length in the strong hand and supporting it with the weak hand.
- o Pull the trigger of a handgun in double action mode with the trigger finger of the weak hand 6 times. This must be accomplished by holding the weapon at eye level and at arm's length with the weak hand only.
- o Kneel on one and/or both knees, holding handgun with both hands, arms extended in front of the body at eye level for 7 seconds. Must be able to rise up off the ground without using hands or any other object to assist him/her in becoming upright and standing on one's feet. Repeat twice.

- o Assume a one- or two-knee kneeling position behind cover within 2 seconds. Must be able to rise up off the ground without using hands or any other object to assist him/her in becoming upright and standing on one's own. Repeat twice.
- o Have sufficient eyesight to be able to clearly focus on the sights of the handgun held at arm's length. Corrective lenses are allowed. Must be able to visually discriminate between friend/foe targets at a distance of 25 yards.
- o Load, unload, and manipulate a 7-pound shotgun safely and effectively. Must have hand and finger dexterity and adequate hand, arm, and wrist strength to control the shotgun during recoil with 12-gauge ammunition.
- o Hold a 7-pound shotgun firmly to shoulder and have sufficient strength to be able to operate the slide action properly.
- o Have sufficient eyesight to be able to clearly focus on the sights of a shotgun. Corrective lenses are allowed. Must be able to visually discriminate between friend/foe targets at a distance of 25 yards.
- o Kneel safely on 1 or 2 knees and shoulder the shotgun and rise again without using hands or any other object to assist him/her in becoming upright and standing on one's feet.
- o Enter/exit a motor vehicle quickly, handle a firearm, search a motor vehicle and an individual, and handcuff an individual.
- o Participate in a variety of physical activities involving principally strength and cardiovascular endurance. This may consist of, but is not limited to, jogging/running, weight training, calisthenics, and warm-up exercises.
- o Participate in a physical performance tests consisting of:
  - ▪ 1.5 mile run/walk
  - ▪ Maximum bench press
  - ▪ Flexibility sit and reach test
  - ▪ Agility- 30' maze course
  - ▪ Body composition test as determined by skin calipers
  - ▪ Moderate callisthenic warm-up and cool-down exercises
- o Participate in frequent physical conditioning activities, 2 hours per session, 2 to 5 times per week, including:
  - ▪ Warm-up, cool-down, and stretching exercises
  - ▪ Flexibility, calisthenics, weight training, jogging/running long distances, use of stationary exercise equipment, swimming, and rowing exercises
- o Have joint structures that are completely flexible and free from any abnormalities, which can withstand force/pressure during non-lethal control techniques.
- o Have sufficient strength and full range of motion of both arms and shoulders and the manipulative dexterity of the hands to properly handcuff and be handcuffed in the standing, kneeling, and prone positions, and to search and control a subject properly.

- o Use rapid and coordinated body movements to control an adversary and/or defend against physical attacks.
- o Participate fully, both offensively and defensively, in all course requirements (e.g., throws, being thrown, take downs, and restraint applications).
- o Effectively demonstrates various strikes, kicks, and blocks utilizing 100% of one's ability.
- o Repeatedly fall from a standing position to a rubber-matted floor.
- o From a lying position, repeatedly get to an upright position quickly and deliver a variety of defensive kicks to a padded bag.
- o Control adversary physically during takedowns and all restraint techniques.
- o Maintain a kneeling position for 15 minutes repeatedly (10-15 times) throughout each 2-hour session.
- o Have the manipulative dexterity to properly utilize a collapsible baton.
- o Apply the various control techniques utilizing the collapsible baton.
- o Administer various striking and blocking techniques utilizing the collapsible baton.
- o Participate and demonstrate the proper striking, blocking, and control techniques during an officer and suspect confrontation utilizing the collapsible baton.
- o Execute a series of punches to an opponent for 3, 30-second rounds.
- o Receive a series of punches from an opponent for 3 30-second rounds.
- o Maintain squatting and/or kneeling position for 2-4 minutes repeatedly (10-15 times) throughout each 2-hour session.
- o Apply a sufficient amount of pressure to compress the chest of an adult training mannequin 2 inches in depth in order to produce life-sustaining support.
- o Exhale repeatedly through the mouth to produce sufficient life-sustaining lung expansion on a training mannequin.
- o Roll an unconscious person on his/her back and then administer abdominal thrusts.
- o Be able to withstand being sprayed with OC spray in the face from 6 feet.
- o Drive and occupy a vehicle for periods of 2 hours.
- o Meet all of the following physical abilities, and posses a valid State driver's license:
    - Full range of motion in limbs and trunk
    - Average manual dexterity and hand-eye coordination
    - Average strength for age and build
    - Acceptable eyesight and hearing
    - Normal vocal ability
- o Turn head from side to side and pivot body at trunk while raising right arm to shoulder level while seated.
- o Enter and exit an automobile unassisted.

- o Manipulate quickly the steering wheel, brake, and accelerator pedals of a motor vehicle at slow, moderate, and high speeds.
- o Stand for 3 hours.
- o Bend, kneel, stretch, and climb for a period of 5 minutes.
- o Crawl for a distance of 30 feet.
- o Move furniture commonly found in residences/offices.
- o Run continuously for a period of 3 minutes.
- o Verbally communicate on a two-way radio.
- o Walk continuously for 2 hours.
- o Run or jog quickly for a distance of 20 yards at intervals. Must be able to conceal his/her body behind various items of cover, e.g., vehicle, mailbox.
- o See and identify all colors- cannot be color-blind.
- o Control, bend, and roll another person's hand such that identifiable rolled finger impressions are obtained.
- o Possess full range of motion in neck, back, arms, and legs with manipulative dexterity of the hands and feet to properly perform all listed law enforcement skills.

### Z.     **Textbooks**

Recruits will be provided the essential books, notebooks, and handout material necessary for the academy. It is imperative that recruits bring the necessary books and materials to class each day. It is the recruit's responsibility to supply any expendable items, e.g., pens, pencils, etc.

Textbooks, notebooks, and associated learning materials will be issued to each recruit throughout the academy. All issued materials will remain the property of the USCP. Recruits are responsible for any and all books, learning materials, and equipment issued to them. In the event that a recruit withdraws or is removed from the training program, the recruit must return all issued materials to the academy. Academy staff and personnel assume no responsibility for any lost, damaged, or misplaced learning materials. It will be the recruit's responsibility to reimburse the USCP for any lost, damaged, or misplaced materials.

All materials will be considered and handled as "Law Enforcement Sensitive."

### AA.    **Uniform, Equipment, and Personal Appearance**

**Uniforms & Equipment**
Recruits will report for duty in the designated uniform and with all equipment as directed. Exceptions are allowed for last minute or unanticipated schedule changes made by the academy staff.

Each recruit will be issued uniforms, books, and other miscellaneous items. It is the responsibility of each recruit to properly secure all issued equipment and to maintain all issued equipment in good order.

Recruits must immediately notify their squad leader when equipment is deemed to be defective, or is damaged, lost, or stolen. Defective equipment and equipment damaged through fair wear and tear shall be replaced at no expense to the recruit. Equipment that is damaged, lost, or stolen as a result of the recruit's negligence shall be replaced at the recruit's expense. If an item with a serial number is lost or stolen and TSB is not staffed, recruits shall immediately contact the Command Center, and notify their squad leader during the next business day.

Recruits officers will properly secure all of their Department-issued property when not in use in their lockers, or as directed by an instructor. Storage of issued police equipment in a privately owned vehicle (POV) is not considered acceptable security method.

The complete and properly maintained issued uniform shall be worn at all times unless otherwise directed otherwise by a TSB staff member. The uniform must be maintained in a clean and pressed condition at all times. Operational directives establish specific regulations for uniform and grooming appearance. Recruits must be in compliance with the wearing of the uniforms and appearance.

The physical training uniform is to be worn only while participating in physical training. If the uniforms have yet to be supplied, students shall wear blue shorts, white crew neck T-shirts with no writing or pictures, white socks, and sneakers. Blue sweats are authorized weather permitting. When athletic gear is supplied, recruits shall supply their own white socks and athletic shoes.

Recruits shall have the following items in their possession at all times while in uniform:
- USCP identification card
- Issued handcuffs and key
- Issued police notebook
- Ball point pen with black ink
- PD-76, Stop and Contact Report
- Badge, when issued
- Hat and cap plate, when issued
- Blank gun, gun belt, and accessories, when advised
- Issued body armor when issued

When assigned to traffic direction, recruit officers shall have the following items in their possession:
- Issued whistle
- Issued visibility vest
- Uniform of the day, including issued body armor

Recruits will wear their issued ball cap anytime they are outside of the academy building and in uniform.

When leaving the academy for the evening, recruits shall cover their uniforms by wearing civilian jackets or changing into civilian attire. There will be no dress-down at lunch or other relief periods. Students shall stay in full uniform, unless otherwise instructed. Uniform shirts hanging in vehicles shall be covered as well.

Recruits are prohibited from wearing any issued Department uniform or equipment while off duty except for their covered uniform to and from residences.

Recruits will be issued a blank gun and duty belt, which shall be worn in accordance with SOP # TS-000-02. Recruits will not wear the duty belt and gun outside the Cheltenham base. During activities outside the Cheltenham base, the blank gun must be secured in accordance with SOP # TS-000-02. However, they may bring an aluminum/plastic gun and duty belt home to practice withdrawing their guns from the holster. When doing so, recruits are required to secure this equipment at all times, and are responsible for their safe return.

**Inspections**
Recruits and their equipment, including but not limited to uniforms, lockers, desks, and all issued equipment, are subject to inspection at anytime by TSB staff members.

Roll call inspection shall encompass personal appearance, clothing, and equipment. Recruits shall be attired in the proper and complete uniform, and shall have all required equipment, including duty belt and handgun, in their possession.

Any violations found during the inspections of any personnel, equipment, or facilities shall result in the appropriate corrective action.

Inspections of personnel, lockers, notebooks, and desks may be conducted by Entry-Level Training Section staff at anytime.

Recruits shall conduct daily cleaning to include the following:
- Policing the grounds, classrooms, and gym
- Cleaning the boards
- Straightening of furniture
- Vacuuming/sweeping floors
- Removing trash cans from the rooms
- Moving boxes, radios, and equipment for practical exercises
- Placing training signs in strategic locations on lab days
- Cleaning of break room/ refrigerators
- Completing any other assignment provided by the staff or class president

**Personal Grooming**
Specific direction to personal grooming and uniform appearance will be identified by Training Services Bureau staff with limited application of Operational Directive 1072.001.

Hair – Hair will be neat and clean with a professional style that will not interfere with the proper wearing of the hat. Hair will not extend beyond the collar nor fall over the eyes. Hair will be natural in color. For males, hair must be above the top of the ears.

Nail polish will not be worn and fingernails must not extend farther than ¼ inch beyond the tip of the finger.

Facial Hair - The face must be clean shaven at all times with the exception of a mustache. Mustaches that are well-trimmed are permitted, however must not extend over the upper lip or extend below or beyond the corner of the mouth. <u>Shaving waivers will not be accepted.</u>

For safety purposes, recruit officers are not allowed to wear jewelry, except two rings (wedding set will count as one), watches, and medic alert bracelets. Recruits are not allowed to wear any jewelry while participating in defensive tactics and physical training.

## BB.   <u>Vehicles</u>

**Recruit Parking**
Recruits will be assigned parking areas while assigned to the Entry-Level Training Section and during the Field Training Officer Program. At no time will recruits park in other areas unless specifically approved by a supervisor, and they will not park in violation of directives and laws.

Parking permits for FLETC will be issued by FLETC on the first day of the academy, and for the Hill by TSB staff on some occasions.

<u>**Recruits are responsible for maintaining possession of all parking permits, and for displaying and returning their passes as directed.**</u>

**Academy Roadways**
Recruits shall remain cognizant that roads leading to and from the USCP training academy on the FLETC base are residential, and students may be delayed by early morning commuters and school bus stops.

USCP has no authority on the enforcement of motor vehicle laws by the law enforcement agencies in the area or by FLETC security on base. Three speeding violations on the FLETC base will result in their FLETC parking permit being revoked for the remainder of their training. If this occurs, the student will not be allowed to park on base. Recruit officers will obey all traffic laws while operating vehicles on FLETC roadways, on base **speed limit is 25 mph**.

Recruit officers are directed to report any moving violations to academy instructors during the entire period they are in training, until graduation from the USCP academy.

**Equipment**

Recruit's privately owned vehicles (POVs) shall conform to state and local laws. It is a violation of District of Columbia, Maryland, and Virginia laws to equip a POV with emergency equipment, including lights and sirens. Volunteer emergency medical service (EMS) and firefighters from outside jurisdictions will be required to remove all emergency equipment from their POVs.

**Student Evaluation Guidelines**
**Attachment A**

The task of evaluating and rating a recruit's performance is based on the following value definitions.  As guidelines, these definitions serve as a means of program standardization and continuity.

1.   **CONTROL OF CONFLICT: PHYSICAL SKILL** – In conflict situations does the recruit use appropriate skills (force) necessary to affect an efficient and productive outcome?  Is the recruit in accordance with the Use of Force policy?

**Unacceptable:**  Is physically unable to perform the task.  Does not engage or uses inappropriate level (i.e. too little/ too much) force for the situation.  Is unable to maintain control.  Does not use proper restraints.  Does not ask for assistance when needed.  Entices confrontation.

**Acceptable:**  Precedes use of force with warning (if appropriate).  Obtains and/ or maintains control by using proper level of force and good techniques.  De-escalates level of force when resistance is overcome.

**Superior:**  Excellent knowledge and ability in the use of restraining holds.  Selects the right amount of force for the given situation.  Prepared and able to use necessary force.

1A.   **CONTROL OF CONFLICT:  VOICE COMMAND** – In conflict or potential conflict situations where voice commands were given, were the results positive?

**Unacceptable:** Improper voice inflections, i.e., too soft, too loud.  Timid.  Overbearing. Impatient.  Arrogant.  Confuses or angers listeners by what is said and/or how it is said.  Indecisive.  Fails to speak when necessary or speaks when inappropriate.  Poor officer bearing.

**Acceptable:**  Speaks with authority in a calm, clear voice.  Recognizes the proper selection of words and has knowledge of when and how to use them.

**Superior:**  Completely controls a situation with voice tone, word selection, and voice inflection.  Gives appearance of complete command.  De-escalates hostile situations using good verbal techniques.

2.   **DECISION MAKING/ JUDGMENT:** To what degree of acceptability does the Recruit possess and employ knowledge of the Department and good judgment in law enforcement situation?

**Unacceptable:**  Has difficulty making appropriate decisions.  Is too quick to act or indecisive, naïve.  Can't recall previous successfully resolutions and apply them in similar situations.

**Acceptable:** Is able to use good judgment based upon knowledge of the Department policies and procedures and Laws. Is able to reason out problems and relate it to what he/she was taught. Has good perceptions and ability to make his/her own decisions.

**Superior:** Excellent perception in foreseeing problems, avoiding them and arriving at advanced solutions.

3. **FIELD PERFORMANCE:** Does the recruit respond in a manner that is acceptable and within training guidelines?

**Unacceptable:** Seemingly confused and disoriented as to what action should be taken in a given situation. Does not engage. Becomes emotional or panic-stricken. Is unable to function. Loses temper.

**Acceptable:** Able to assess situation and take proper action. Exhibits calm and controlled attitude. Does not allow situation to further deteriorate.

**Superior:** Requires no assistance and always takes proper course of action. Maintains calm and self-control in even the most extreme situations. Quickly restores control and takes command. Exceptional performance under stressful conditions.

4. **OFFICER SAFETY:** To what degree of acceptability does the recruit employ the principles of officer safety?

**Unacceptable:** Becomes paranoid or overconfident. Fails to exercise officer safety procedures. For example:

A. Exposes weapons to suspect (baton, Handgun, etc.).
B. Fails to keep gun hand free during enforcement situations.
C. Stands directly in front of violator's car door.
D. Fails to control suspect's movement.
E. Fails to keep suspect/violator in sight.
F. Fails to use illumination when necessary or uses it improperly.
G. Fails to advise dispatcher when arriving on scene.
H. Fails to utilize or maintain personal safety equipment properly.
I. Does not foresee potentially dangerous situations.
J. Is careless or unsafe with handgun or other weapons.
K. Stands too close to vehicular traffic.
L. Stands in front of door when knocking.
M. Fails to have weapon(s) ready when appropriate.
N. Fails to cover other officers.
O. Fails to search patrol vehicle prior to duty and/or after transporting prisoners.
P. Fails to check/maintain equipment.
Q. Fails to conduct check of area of responsibility for potential hazards, threats, etc.
R. Fails to conduct a search, or poorly searches arrestees or those in custody.
S. Fails to handcuff a detainee or prisoner when appropriate.

T.  Fails to position vehicle properly on car stops / answering calls.
U.  Fails to maintain awareness of the activities of other officers.
V.  Fails to maintain a zone of safety (bladed stance, reactionary gap).
W.  Fails to select/utilize cover and/or concealment appropriately.
X.  Fails to stand when persons enter building access points.

**Acceptable:** Understands principles of officer safety and applies it. Displays an awareness of potential danger from suspects/suspicious persons/prisoners, etc… Follows accepted safety principles.  Maintains a position of advantage.

**Superior:** Maintains a safe position.  Watchful on approach to call and maintains same for partner.  Utilizes survival tactics, cover and concealment. Foresees potential danger and takes steps to eliminate or control it.  Is alert to changing conditions.  Always maintains a position of advantage.

5.  **PROBLEM SOLVING:** Evaluates the recruit's performance in terms of ability to perceive accurately, form valid conclusions, arrive at sound judgments, and make proper decisions.  Does the recruit use outside resources and different frames of reference to help him/her think "outside the box" and develop creative solutions?

**Unacceptable:** Is indecisive. Acts without thought. Relies on others to make decisions.  Does not reason through a problem and come to a conclusion. Does not recall previous successful resolutions and apply them in like situations. Does not know or fails to use referral agencies, service providers, or information that is readily available to resolve problems.

**Acceptable:** Identifies underlying causes of repeat incidents.  Seeks effective remedies.  Is generally able to reason out problems and make own decisions in routine or normal situations. Makes reasonable decisions based upon available information. Perceives situations as they really are. Demonstrates awareness and willingness to use common referral agencies. Makes inquiries to determine the most appropriate referral.

**Superior:** Maintains awareness of developing concerns.  Involves others in developing effective remedies.  Able to reason through complex situations. Foresees problems and arrives at advanced solutions.  Demonstrates exceptional familiarity with professional and community resources. Works comfortably in and out of the criminal justice system to seek the best solution to problems.

6.  **RADIO:  APPROPRIATE USE OF 10-CODES/ PHONETIC ALPHABET**
How well does the recruit know and use the radio, the 10-Codes and the Phonetic Alphabet?  Evaluates the Recruit's ability to communicate with others via police radio.

**Unacceptable:** Misinterprets 10-Code definitions. Fails to utilize USCP recognized Phonetic Alphabet. Does not speak clearly.  Relays unnecessary information to dispatch.  Takes inappropriate amount of time to relay information.

Fails to relay all necessary information to dispatcher.  Fails to follow proper radio procedure.  Does not preplan transmissions. Frequently over or under modulates. Is frequently asked to repeat transmissions. Uses microphone incorrectly. Timid. "Mic" fright. Speaks too fast or too slowly.

**Acceptable:** Follows policy and accepted procedure.  Occasionally needs correction.  Has good working knowledge of the most often used 10-Codes. Uses the code card when necessary. Utilizes USCP recognized Phonetic Alphabet. Speaks clearly. Relays necessary information to dispatch.  Uses appropriate amount of time to relay information.  Waits appropriate time after keying mic prior to speaking.

**Superior:** Always follows policy and procedures. Uses 10 Codes/ Phonetic Alphabet with ease in all receiving and sending situations. Rarely makes mistakes or needs to refer to the code card.  Always speaks clearly and concisely, using minimal amount of time to relay all necessary information to dispatch.  Always waits appropriate time after keying mic prior to speaking.  Transmits clearly, calmly, concisely and completely even in stressful situations.

6A.   **RADIO: LISTENS/COMPREHENDS TRANSMISSONS** - How acceptable is the recruit's ability to listen to and comprehend radio transmission?

**Unacceptable:**  Repeatedly misses radio call sign.  Is unaware of other radio traffic.  Frequently asks dispatcher to repeat transmissions.  Steps on other units. Broadcasts insignificant information during priority situations called out by other units.

**Acceptable:** Copies radio transmissions directed to him/ her and are aware of radio traffic in adjoining areas.  Rarely requires the dispatcher to repeat radio transmissions.  Stays off radio during priority situations called out by other units. Usually utilizes good radio discipline.

**Superior:** Comprehends radio transmissions and quickly makes written record. Aware of, and reacts to, radio traffic of adjoining areas.  Uses previously broadcasted information to his or her advantage.  Seldom keys over other units on the radio.

7.   **REPORT FORMS:  SELECTION/ ACCURACY/ COMPLETENESS** – To what degree of acceptability does the recruit recognize what forms are needed and fill in sections of forms accurately and completely?

**Unacceptable:**  Unable to determine proper form for given situation.  Does not recognize that a report or form is needed.  Forms are incomplete or inaccurate.  A high level of assistance is required.

**Acceptable:**  Recognizes required reports.  Knows most forms and understand format.  Completes forms accurately and thoroughly with little assistance.

**Superior:** Consistently knows what reports are required. Knows what information is required for reports without assistance.

8.   **INVESTIGATIVE / INTERVIEWING TECHNIQUES** - How well does the recruit use proper and lawful investigative and interview skills?

**Unacceptable:** Does not elicit and/or record information. Does not establish appropriate rapport. Does not control the interview. Does not use proper questioning techniques (i.e. separating involved witnesses before questioning etc.). Does not follow agency policies. Frequently does not issue a Miranda warning appropriately. Does not recognize or secure a crime scene. Does not connect suspect with evidence when apparent.

**Acceptable:** Elicits and records information. Establishes proper rapport and controls the interview. Follows procedures. Generally uses proper questioning techniques. Conducts show ups using proper techniques. Conducts investigation with reasonable thoroughness. Issues Miranda when appropriate. Secures crime scenes. Connects evidence with suspect when apparent.

**Superior:** Always conducts thorough interviews and records all information. Establishes excellent rapport and controls the interview. Issues Miranda appropriately. Is attune to body language cues. Uses proper questioning techniques. Conducts all show ups using proper techniques. Secures crime scenes and identifies recoverable evidence. Has a high level of skill in the identification of and procedures for chain of custody regarding evidence. Always follows proper procedures.

9.   **KNOWLEDGE OF THE LAW:** Does the recruit possess an acceptable level of knowledge of criminal statutes? Can Recruit apply knowledge in the field? Knowledge may be tested in field performance, by verbal, written or by simulated testing.

**Unacceptable:** Lacks knowledge of elements of basic offenses. Does not recognize criminal offenses when encountered. Is uncertain if a crime has been committed and, if so, which one.

**Acceptable:** Working knowledge of commonly encountered offenses. Relates elements to observed criminal activity.

**Superior:** Outstanding knowledge of statutes and elements. Possesses ability to apply knowledge to both normal and unusual criminal activity.

9A.   **KNOWLEDGE OF LEGAL PROCEDURES:**   How is the recruit's knowledge of legal procedures: including laws of detention, arrest, and search/seizure. What is the recruit's ability to apply those procedures in field situations?   Knowledge may be tested in field performance, by verbal, written or by simulated testing.

**Unacceptable:** The recruit violates procedural requirements. Attempts to conduct illegal stops, arrests or searches. Fails to search when appropriate. Attempts to seize evidence illegally or to arrest unlawfully. Violates the civil rights of others

**Acceptable:** Follows required procedures in commonly encountered situations. Conducts lawful detentions, frisks, searches. Evidence is seized legally. Arrests are within legal guidelines.

**Superior:** Follows required procedures in all cases. Accurately applies all laws relative to detentions, frisks, arrests, and searches. All evidence is seized legally.

10. **ACCEPTANCE OF PERFORMANCE FEEDBACK:** Is feedback and correction accepted in an appropriate manner? Is there resentment as a result of feedback? Is the behavior that follows feedback positive? Was the recruit able to turn the feedback into something productive? Does the Recruit respond to training?

**Unacceptable:** Rationalizes mistakes, denies that errors were made, argumentative. Fails to make corrections. Considers feedback as negative or as a personal attack.

**Acceptable:** Accepts feedback in a professional, positive manner. Applies feedback to further learning processes and to improve performance.

**Superior:** Actively solicits and seeks feedback in order to improve performance. Doesn't argue or blame others.

11. **RELATIONSHIP WITH CITIZENS:** To what degree of acceptability does the recruit relate with citizens in effecting an efficient, productive outcome?

**Unacceptable:** Inappropriate behavior toward citizens: abrupt, belligerent, overbearing, arrogant, uncommunicative, insensitive.

**Acceptable:** Courteous. Friendly. Understanding. Communicates in a professional unbiased manner.

**Superior:** Quickly establishes a good rapport with citizens and is objective. Appears to be at ease in any person-to-person situation.

Attachment B



# United States Capitol Police
## Training Services Bureau

### Academy Rules and Regulations

I acknowledge receipt of the Academy Rules and Regulations and understand that disciplinary action, up to and including termination, may result from any violation of the United States Capitol Police or the Federal Law Enforcement Training Center (FLETC) Rules and regulations contained in this document and as directed or provided by the United States Capitol Police or the Federal Law Enforcement Training Center (FLETC).

_____     _____
Recruit Officer's Signature                                          Date


_____     _____
Printed Name                                                              ROC Class No.

Attachment C



## UNITED STATES CAPITOL POLICE
### Training Services Bureau

### HONOR PLEDGE

Recognizing integrity as a core value, I pledge that I will neither give nor receive any unauthorized assistance while performing a required task in order to successfully complete a course of study within any program conducted at the USCP Training Academy. This applies to the re-creation and exchange of actual test questions, answers, or graded practical exercises from one student/class to another, verbal or non-verbal assistance, and any attempts to replicate actual examination questions, answers, or graded practical exercises. Further, I recognize my responsibility to report to a supervisor or instructor any violation of this pledge that may come to my attention through whatever means.

I understand that a breach of this pledge constitutes a violation of Department directives and could result in severe disciplinary action, up to and including termination of employment.

I agree to abide by the United States Capitol Police Honor Pledge.

_____           _____
Signature                                                               Date

_____           _____
Printed Name                                                        Class Number

Academy Rules                              52                      January 2014

| Approval | Name / Signature | Date |
|---|---|---|
| Entry-Level Commander | | |
| Executive Officer | | |
| Training Services Bureau Commander | | |
| Chief Administrative Officer | | |
| Chief of Police | | |

# EXHIBIT C

On 06/04/14 at approximately 1800 hrs I, (R/O Madera) and R/O Rittimier met with R/O Sourgoutsis on the 4th floor exercise room of building 186 (dorms). We met with her to discuss ongoing behavior that has been inappropriate by academy standards. We addressed one instance witnessed by her peers that R/O Sourgoutsis was texting in class, she admitted and apologized. R/O Rittimier and I reiterated the policy of no phones in the classrooms. Another instance in which she has been "face timing" her boyfriend that lives in Greece in the dining hall and showing faces of her classmates and other FLETC students and staff. This violates operations security. She admitted and apologized and R/O Rittimier and I reiterated the policy on operations security.

06/06/14 at approximately 930 during the (CFAS) Lab 3 I had requested to PFC. Hughes to talk about the above information. We spoke and I told him about the above the statements. He understood and told me to keep him informed of any more misconduct.

On 06/19/14 at approximately 1700 hrs. R/O Voss and R/O Speth informed me of an incident that occurred during the comprehensive skills lab in building 218. R/O Voss and R/O Speth had stated that during their skills lab, the instructor, and the rest of the group in room 109 heard R/O Sourgoutsis while entering the interviewing scenario state "those guys are fucking assholes" through the audio equipment located in the scenario room.

On 06/20/14 at 0706 hrs. R/O Smith and I spoke to Lt. Brogan about the incident on 06/19/14.


Zachery R. Madera                    Date

USCP000272

Recruit Officer Smith

Squad Leader

6/22/14

On 6/18/14, during our lunch break, Recruit Officer Chrisavgi Sourgoutsis was "facetiming" a friend of hers, again. Recruit Officer Sourgoutsis had already been spoken to about the importance of OPSEC in reference to the same act and that it shouldn't be done. Instead of standing up and turning around in circles with her hand extended like she did the first time, she sat next to me and "facetimed" in a more discreet manner. Talking with Sourgoutsis, she's completely missing the principle, and to make matters worse, her facetime partner doesn' reside in the United States.

On 6/19/14, Recruit officer Paul Voss as well as recruit officer Brady Speth approached me about an incident that took place at 1630hr. During our Interviewing course, recruit officer Chrisavgi Sourgoutsis, without realizing that everything she said would be played live in her initial meeting room, she stated ,"......Brady and Voss are fucking assholes". This statement was not only heard by her classmates, but by the instructor as well.

Recruit Officer Chrisavgi Sourgoutsis is what some may call a "Cancer". She has made comments and statements the show a complete lack of respect for the agency and people around her. I personally spoke with her about this comment she made before knowing her for more than a week; " I only applied for this job for health insurance." The effort she displays in our training gets her all the attention in literally every class, so much attention that others who sincerely have problems and are grateful for this opportunity, is deprived of help. For example:

On 6/20/14, leaving the firearms range, Recruit Officer Amanda Rittmeier and Amy Vaughn stated that it's very hard for them to get help because Recruit Officer Sourgoutsis is constantly calling for attention. Rittmeier and Vaughn both stated that there have been times where they have had their hands raised and eventually put their hands down because the instructors are tied up because of recruit officer Sourgoutsis.

Everyone deserves help when it's needed, so Recruit Officer Sourgoutsis getting help isn't the issue. The issues that we as a class have with it is that the recruit that downplays this opportunity and doesn't seem to appreciate and show the least amount of gratefulness, is depriving others of help who couldn't be more thankful to be here.

USCP000273

# EXHIBIT D

United States Capitol Police
Personnel Performance Notes

*Name:*   Sourgoutsis, Chrisavgi nmn

*For Rating Period of:* 5/19/14-8/11/14

SS#:

*Unit* ROC177/ Training/FLETC

| Date | Event/Incident/Explanation | Supervisor |
|---|---|---|
| 6/20/14 | On Friday, June 20, 2014, I observed Recruit Officer (R/O) Sourgoutsis wearing purple in color socks with her black low cut, Chorofram shoes. R/O Sourgoutis stated that she was wearing the purple socks because it was "purple Friday". She then stated that she only had four pairs of black socks so she wears purple socks on Fridays. <br><br> Mr. Charles Cooke, ROC 177 class coordinator, advised me that R/O Sourgoutsis, and ROC 177, were advised during their first week in Cheltenham that, according to the Department's Uniforms, Equipment and Personal Grooming Operational Directive, they are to wear navy blue or black in color socks when trousers are being worn. They were also advised that the exception would be when wearing issued/approved boots, employees may wear white athletic socks. This information was also covered in a powerpointe presentation in Cheltenham. R/O Sourgoutis said she was aware that she was not permitted to wear purple socks. I advised her that she could prevent further violations of this Department Directive by not wearing purple socks and by wearing black or navy blue socks with her Chorofram shoes. <br><br> R/O Sourgoutsis' actions violated United States Capitol Police Operational Directive No. UNF 1.1, entitled Uniforms, Equipment, and Personal Grooming: <u>Socks/Hosiery</u> 1. "Socks/hosiery must be navy blue or black in color when worn with long trousers. Exception! When wearing issued/approved boots, employees may wear white athletic socks." <br><br> This is R/O Sourgoutsis' second academy rule violation. Her first academy rule violation was for <u>AA. Uniform, Equipment and Personal Appearance</u>, not bringing her uniform of the day to Cheltenham dated 05/15/14. <br><br> ----------- Chrissy Austsis? 06/23/2014 | GPB 6/23/14 Lieutenant Glenn P. Brogan |

# EXHIBIT E

United States Capitol Police
Personnel Performance Notes

*For Rating Period of:5/19/14-08/11/14*

Name:____Sourgoutsis, Chrisavgi NMN____

SS#:

Unit ROC177/Training/FLETC

| Date | Event/Incident/Explanation | Supervisor |
|---|---|---|
| 06/20/14 | On June 20, 2014, Recruit Officer (R/O) Sourgoutsis reported to me that students from other agencies were gathering outside her dorm room (which is located on the first floor) and making noise until around 2200 hours on most weekday evenings. She expressed that this is a concern because she now goes to sleep with ear plugs and it is disruptive when she tries to go to sleep in the evening. R/O Sourgoutsis stated that she wanted to bring the situation to my attention because she didn't want to go outside and "go turbo bitch" on the group that was gathered outside her room. I asked her to repeat what she said and she said again, "I didn't want to go turbo bitch on them-you know, New York on them." I explained to R/O Sourgoutsis that she had taken the correct action by bringing the situation to my attention and by not confronting the students involved. I further explained that, according to the FLETC Student Handbook, although quiet hours are after 2200 hours on weekdays, this does not mean that "anything goes" until quiet hours start. That, although the students appear to quiet down after 2200 hours, we did have some options that did not involve her confronting the group. We discussed the following options: 1. Advise the housing staff at the front desk to contact FLETC Security so that they could respond and advise the group to move their activity and/or quiet down. 2. Contact the housing director and have R/O Sourgoutsis' room moved to another floor. I also advised her that I would notify Mr. Chris Nicholas, the UPTP Program Specialist, so that he was aware of the situation. R/O Sourgoutsis and I have agreed that she will monitor the situation and keep me advised and have FLETC Security contacted if this happens again. We will then consider the option of having her move to another room. | $Gl^o$ 6/23/14 Lieutenant Glenn P. Brogan |
| | End page 1    *Chrisavgi Sutton*       06/23/2014 | |

United States Capitol Police
Personnel Performance Notes

*Name:*   Sourgoutsis, Chrisavgi NMN

SS#:

*For Rating Period of:* 5/19/14-08/11/14

*Unit* ROC177/Training/FLETC

| Date | Event/Incident/Explanation | | Supervisor |
|------|------|------|------|
| 06/20/14 | Page 2 | | |
| | Further, I have provided R/O Sourgoutsis with a copy of the Department's Rules of Conduct, Directive 2053.013. I have specifically counseled her on rule B9: Courtesy. Although R/O Sourgoutsis did not confront the students that she reports were disruptive, I have advised her that her initial instinct to confront the students as she described, would have been inappropriate and would have violated the Departments Rules of Conduct. R/O Sourgoutsis is reminded to use tact when interacting with others, either on the FLETC or off-center. She is also reminded that her actions, when interacting with others on the center and off, are not only a reflection of her, but also on the Department. | | |
| | Mr. Charles Cooke, ROC 177's class coordinator in Cheltenham, advised me that the Department's policy on Rules of Conduct and Courtesy were covered during classroom instruction on Tuesday, May 13, 2014, during R/O Sourgoutsis's first week on the Department. This material is also contained in the Academy Rules and Regulations that ROC 177 received during this first week. | | *GPB 6/23/14*<br>Lieutenant<br>Glenn P. Brogan |
| | End | | |
| | *Chrisavgi Sourtis* | 06/23/2014 | |

# EXHIBIT F

United States Capitol Police
Personnel Performance Notes

*For Rating Period of:* 5/19/14-8/11/14

*Name:*    Sourgoutsis, Chrisavgi nmn

*Unit* ROC177/ Training/FLETC

SS#:

| Date | Event/Incident/Explanation | Supervisor |
|------|---------------------------|------------|
| 6/23/14 |     The purpose of this performance note is to document counseling Recruit Officer (R/O) Sourgoutsis received on the Federal Law Enforcement Training Center's Privacy Act and Operations Security practices.  For the protection of the identities of law enforcement personnel and for the protection of information, techniques and strategies that law enforcement officers employ in the execution of their duties, FLETC policy limits camera use by students and guests.  Students ARE permitted to take such photographs (still or video) when required to do so as part of an approved activity.<br>    Recently it was brought to my attention that R/O Sourgoutsis was skyping in the FLETC cafeteria with other students present.  R/O Sourgoutsis has been provided with the option of skyping in the privacy of her dorm room, but not in public areas of the FLETC.<br>    R/O Sourgoutsis has been directed to review page G-9 of the FLETC Student Handbook, entitled "Cameras".  This section details the FLETC policy on use of any type of camera while on the FLETC.  She has also been provided with a Xerox copy of this page.<br><br>  R/O Sourgoutsis' statement regarding this event is attached. | Lieutenant<br>Glenn P. Brogan |

06/23/2014

Dear Lieutenant Brayon,

This statement is to address the situation(s) with me and my smart phone and Skype. A few weeks ago I turned my phone out to a student or 2 while outside of the chow hall to show my fiancé our complete uniform. I wasn't even thinking when I did it — it was so quick. A few days ago I Skyped on my phone while sitting and eating lunch for like 2 minutes at a chair. I was confused about the rules. Now I'm clear on it. No Skyping at all on FLETC grounds, except my room etc. I'm not trying to purposely break the rules or be a bother. I'm now understanding that Facetime or Skype of any time amount is prohibited in the main grounds. I will put my phone away unless it is to text outside during a break. I appreciate being told what the correct way of doing things is and I only get emotional and upset because I really care. I want to do my best and make my team proud. I will take the feedback that I received today in our meeting and allow it to change me. I've been an entrepreneur for 10 years, so this environment is still very new to me. I want to be here and I want to work hard. The texting is not an issue anymore and the skype can wait until I'm in my room at night. I apologize for breaking the rules and for you taking the time to correct me again. Thank you.

Sincerely,
Recruit Officer Sourgoutsis

# EXHIBIT G

# STATEMENT

On June 20, 2014 I Clarence E Laster Witnessed Recruit Officer Sergotsis make a statement verbally that was later taken as offensive by fellow class mates. As Sergotsis and I walked to room 109B, She began to explain an argument that She had with either Recruit officer Speth or Recruit officer Vos the previous day during a driving Course. She explained that ROC VOS was immature and inexperienced. She also called him a "Big Asshole".

Clarence Laster

June 29, 2014

10/23/14

On Thursday, June 19, 2014 at approx. 1600 hours, my squad was participating in a comprehensive skills laboratory in Building 218. Recruit officers Laster and Sourgoutsis were paired together for the final interview of the day. In the conference room, our squad watched (via monitor) as Laster and Sourgoutsis opened the door to the office where they would be conducting the interview. As the door was opening, I heard recruit officer Sourgoutsis say "fucking asshole." Sourgoutsis and Laster then proceeded into the room to conduct the interview.

I did not notice if the instructor heard or reacted to what had been said, but most people in the squad heard it. Recruit officers Speth and Voss believed the comment had been directed at them (I am not sure why they thought that). Our instructor for the course was Mr. Mark Robinson.

Rachel O'Connor
Recruit Officer Rachel O'Connor

USCP000266

On Thursday 6/19/2014 we had a Comprehensive Skills Laboratory from 1230 - 1630 in building 218.  Our classroom was in room 109 and we were using interview rooms 109A and 109B.  The students in my group were Clarence Laster, Rachel O'Connor, Amanda Rittmeier, Chrisavgi Sourgoutsis, Israel Valle, Paul Voss, and Harrison Walters.

We were conducting witness and suspect interviews and we were about to conduct our last interview of the day.  Chrisavgi Sourgoutsis and Clarence Laster were assigned to conduct this interview.  The instructor told us to brainstorm as a group and for about 5 minutes we discussed how best to conduct the interview.  During our brainstorming Ms. Sourgoutsis was very adamant about finding out why the suspect committed the crime and how someone could just drive off after being in a car accident.  As the group brainstormed, I along with several others told Ms. Sourgoutsis that finding out why someone would commit this crime was less important than finding out if they were actually the one that committed the crime and that Ms. Sourgoutsis' questions should be based on connecting the suspect to the evidence we had already gathered.

The interview was being conducted in room 109B and you have to walk through room 109A to access room 109B.  We had just conducted our last witness interview in room 109A and the audio equipment was still turned on so the entire group could hear everything that was said in room 109A.  As Ms. Sourgoutsis and Mr. Laster went to conduct the interview they walked through room 109A and as they did we heard through the audio equipment Ms. Sourgoutsis say, "Those guys are fucking assholes."  The instructor quickly switched the audio from room 109A to room 109B and they proceeded to conduct the interview.

Brady Speth 6/21/2014

On 6/19/2014, I, Recruit Officer Paul Voss, was present in Classroom 109 for the Comprehensive Skills Lab located in Building 210 at the Federal Law Enforcement Training Center in Glynco, Georgia.  Recruit Officers Brady Speth, Harrison Walters, Rachel O'Connor, Amanda Rittmeier, and Israel Valle were also present.  The instructor for the Comprehensive Skills Lab was also present.  During the previous skills scenarios, we were able to watch and listen to other Recruit Officers perform their scenarios by camera.  The last scenario based interview was performed by Chrisavgi Sourgoutsis and Clarence Laster.  As I watched Sourgoutsis and Laster enter the interview room through the camera, I heard Sourgoutsis loudly say, "....those fucking guys are assholes!"  At that moment, the instructor quickly reached for the volume in the room to turn it down in order to prevent further profanity form being heard.

End of Report

Recruit Officer Paul Voss

Lieutenant Bogan                                          06/23/14

On the afternoon of Thursday, June 19th, at approximately 16:00, a fellow classmate, Chrisaugi Sourgoutsis, made some disturbing comments about another classmate. During this time the class was in the Comprehensive Skills Laboratory, building 218, room 109. The class was split into three groups to which mine composed of myself, my squad, and the vice president

The way this interviewing lab worked was, while one or two officers interviewed a witness in either the lounge or office, the rest of the group sat in the class listening and watching as the sound and TV is wired to cameras and microphones in those rooms. In order to get to the office, the lounge needs to be walked through. The

The group had performed all of the interviews on the witnesses, and was time for the final interview of the suspect, which was conducted by Chrisaugi Sourgoutsis and Clarence Laster. The interview would be set in the office room. On their way to the office, while walking through the lounge, as the instructor had not switched the camera or microphone over to the office yet, it clearly picked up Chrisaugi Sourgoutsis say "Yea, hes so fucking annoying" to Clarence Laster. After she said it, the entire room was extremely surprised at what happened. As well as this, no one knew who she was talking about, but figured it was someone in the room.

At the time it was said, our instructor was walking across the room, then hastily got to the computer to turn down the sound so we could not hear anything else, if anything else was said. He then said to the class "did I just hear that correctly" with a little chuckle. The class did not say anything in reply as I know for myself I was embarrassed. This is all I remember from the incident.

Recruit Officer Harrison Whelan                              [signature]

USCP000269

Rittmeier, Amanda
United States Capitol Police
June 23, 2014

On June 19, 2014 I heard Recruit Officer Sourgoutsis
say "fucking..." I do not recall what she said before that.
When I heard the word "fucking" I was sitting in
the front seat closest to the tv screen. Therefore,
I was unable to see the reaction of the instructor.
I do not recall the instructor saying anything after.
The instructor name was Mark Robinson, 912-267-3539.

*Amanda Rtt*

Rittmeier, Amanda

6/24/2014

From: Israel Valle

To: Lt. Brogan

Related to the incident on Thursday June 19, 2014 between 12:30 and 4:30 p.m I want to report that I did not hear anything of what said the person involved in this matter. I probably was not paying any attention to this person. I am very sorry I can not be of much help but I want you to know that I am in the best disposition to help.

Israel Valle

**USCP000271**

# EXHIBIT H

United States Capitol Police
Personnel Performance Notes

Name:   Sourgoutsis, Chrisavgi NMN

*For Rating Period of:5/19/14-08/11/14*

SS#:

*Unit ROC177/Training/FLETC*

| Date | Event/Incident/Explanation | Supervisor |
|------|----------------------------|------------|
| 06/24/14 | On June 19, 2014, Recruit Officer (R/O) Sourgoutsis used profanity when referring to another classmate and in the presence of classmates. Specifically, while taking part in a behavior science laboratory exercise that is viewed on video and audio by classmates in another room, R/O Sourgoutsis was talking to another classmate and used the term "asshole" when referring to a classmate. She also used the work "fucking" in some context during her conversation. This comment was heard over the microphone by at least 6 classmates and an instructor and in the presence of the classmate with whom she was talking.<br><br>    R/O Sourgoutsis' actions on this day violated United States Capitol Police Operational Directive#2053.013 entitled **Rules of Conduct, Rule B9: Courtesy**, which states "…In the performance of their duties, employees will not use coarse, violent, profane, or insolent language or gestures, … Her actions also violated Academy Rules and Regulations entitled **General Rules #15**. Recruits will at all times, both on and off duty, conduct themselves in a manner that will reflect favorably upon the Department and the academy. Recruits are reminded that they are members of a high profile profession and their behavior will be closely scrutinized. Members of Congress, staff, visitors, and the public expect members of its police department to demonstrate ethical, professional behavior at all times."<br><br>    This is R/O Sourgoutsis' **third academy rule violation.** Her first academy rule violation was for <u>**AA. Uniform, Equipment and Personal Appearance**</u>, dated 05/15/14. Her second academy rule violation was for violating Operational Directive No. UNF 1.1, entitled Uniforms, Equipment, and Personal Grooming dated 6/20/14.<br><br> *X Refused to sign Reviewed w/R/O Sourgoutsis on 6/24/14* | *6/24/14* Lieutenant Glenn P. Brogan |

06/23/2014

Dear Lieutenant Brogan,

This statement is to address the situation last Thursday when I was overheard on microphone during a role playing exercise using a profanity I was walking in the hallway and I didn't mean for my conversation to be overheard by anyone. I should not have been using profanity during the work hours and I regret that I did. I apologize for being unprofessional. My sharp tongue is something I try to work on. Needless to say, it got the best of me and I used poor judgement in that moment. I'm also regretful of the fact that I involved Recruit Officer Laster, who I was talking to. I take full responsibility for the situation, as he was merely the person on the other end. The word I used was "asshole." I don't recall what or who provoked me to use the term. I approached Recruit Officer Speth to let him know that I wasn't talking about him, because I noticed he was cold towards me. I have respect for Officer Speth and we talked it out and came to a good understanding. I didn't mean to disrespect the class the instructor or the Capitol Police. That was not my intention. I can only apologize and admit it was inappropriate, foolish and stupid. I will work on cleaning up my language in general. I'm an educated, sophisticated woman. There is no need for language like that. I'm sorry for my behavior and the situations it caused after. Thank you.

Sincerely,
Recruit Officer Sourgoutsis

**USCP000264**

# EXHIBIT I

**United States Capitol Police**
**Entry-Level Training Program**

TO:        Recruit Officer Chrisavgi Sourgoutsis

FROM:      Lieutenant Glenn P. Brogan

SUBJECT:   **Disciplinary Probation Notice**

DATE: June 24, 2014

You are hereby advised that you are now on disciplinary probation status.  Listed below is a description of your unsatisfactory performance.

1.        While assigned to ROC-177, on May 15, 2014, Recruit Officer Sourgoutsis reported to duty without her uniform of the day This CP-550 was presented by Sgt. Gupton.

2.        While assigned to ROC-177, on June 19, 2014, Recruit Officer Sourgoutsis violated the Department Rules of Conduct on courtesy.  This CP-550 was presented by Lt. Brogan.

3.        While assigned to ROC-177, on June 20, 2014, Recruit Officer Sourgoutsis reported to training not wearing the proper uniform per Department directive.  She was wearing purple socks with her Chorofram shoes. This CP-550 was presented by Lt. Brogan.

You are reminded that you must follow all Academy Rules and Regulations, as well as Departmental Directives and SOP's.  You currently have three (3) Academy Rule violations  Five (5) violations received during training will result in a recommendation of your removal from training.

_____        _____
Recruit Officer Signature                          Date   06/24/2014

_____        _____
Section Commander                                  Date   6/24/14

COPY

# EXHIBIT J

United States Capitol Police
Personnel Performance Notes

*For Rating Period of:* 5/19/14-8/11/14

*Name:* Sourgoutsis, Chrisavgi

*Unit* ROC177 Training/FLETC

SS#: On File

| Date | Event/Incident/Explanation | Supervisor |
|------|----------------------------|------------|
| 06/26/2014 | On Thursday, June 26, 2014 at approximately 1500 hours, Mr. Michael Beaver reported to Ofc. Hughes that while attending the class photo for UPTP 410 he observed R/O Sourgoutsis respond to the area late and cause the class to retake their class photo. Mr. Beaver said he saw R/O Sourgoutsis respond from the restroom area of the building carrying what looked to him like a cosmetic bag. Mr. Beaver stated that a total of three photos had been taken and the photographer was indicating that the class was finished at the time R/O Sourgoutsis responded to the photo area. This included both sides of UPTP 410, which has a total of 47 students. Mr. Beaver also stated R/O Sourgoutsis was the only one of the students to respond late.<br><br>On Friday, June 26, 2014, Ofc. Hughes asked the Class President of ROC 177, R/O Madera, if anyone was late for the class photo. R/O Madera stated that R/O Sourgoutsis had responded to building 98 with the rest of the class, but then responded to the photo area after the class photo had already been taken.<br><br>Ofc. Hughes questioned R/O Sourgoutsis about this later Friday. R/O Sourgoutsis stated she had to use the restroom before the photo. Ofc. Hughes asked if she told anyone that she was going to use the restroom, to which she gave a negative response. Ofc. Hughes also asked if she only used the restroom to which she replied, "I straightened my hair." When asked if she did anything else that may have delayed her from responding to the assigned class photo R/O Sourgoutsis stated at this time that she had also applied make-up to her face.<br><br>The purpose of this CP-550 is to counsel R/O Sourgoutsis on responding to assignments in a timely manner. She is reminded that events listed on the class schedule are official assignments. The class photo appears on the UPTP schedule and is therefore an assignment that she must respond to on time and ready for the assigned task/class. At the very least she should have informed one of the class leaders as to why she was not going to be to the assignment on time. This, in most cases, still would not excuse her from missing the assignment.<br>-------------------------------------------------------------- | Officer<br>Terry R. Hughes<br><br>*TPH*<br>7/3/14<br><br>*GPB*<br>Lieutenant<br>Glenn P. Brogan<br>7/7/14 |

Dear Officer Hughes,

    On Thursday, June 26th, 2014, we had a scheduled class picture during our lunch time. The class all took the bus to the building and when we arrived I noticed another agency was already there before us. I figured I had a few minutes to use the bathroom. I grabbed a personal, small bag and went to use the bathroom. I used the toilet, dabbed a little concealer on my skin, washed my hands and exited the bathroom. By then, the entire class had lined up to take the picture. A class count was not done and they missed that I was in the bathroom. I joined the class and the photographer took 3 more pictures. After the pictures, I apologized to the photographer for being late to the picture. She said, "Oh no, you're fine." I didn't mean to miss the initial class photo, however, i needed to use the bathroom. I apologize for any confusion or issue the situation may have caused. Thank you.

               Sincerely,
           Recruit Officer Sourgoutsis

USCP000247

# EXHIBIT K

**CONFIDENTIAL**

**PVT 24**

United States Capitol Police
Personnel Performance Notes

*For Rating Period of:* 5/19/14-08/11/14

Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SS#:

Unit ROC177/Training/FLETC

| Date | Event/Incident/Explanation | Supervisor |
|------|---------------------------|------------|
| 07/09/14 | On July 2, 2014, Recruit Officer (R/O)▮▮▮▮ used profanity during a physical training class. R/O ▮▮▮▮ was joking with another student when he used the profanity and his statement in reference to the incident is attached.<br><br>Although this incident is not an example of R/O ▮▮▮▮ being discourteous to a classmate, he has been reminded of the Department Academy Rules and Regulations entitled **General Rules #15.** "Recruits will at all times, both on and off duty, conduct themselves in a manner that will reflect favorably upon the Department and the academy. Recruits are reminded that they are members of a high profile profession and their behavior will be closely scrutinized. Members of Congress, staff, visitors, and the public expect members of its police department to demonstrate ethical, professional behavior at all times."<br><br>------------------------------------------------------<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | *GPB 8/1/14*<br><br>Lieutenant<br>Glenn P. Brogan |

**CONFIDENTIAL**

**PVT 24**

Recruit Officer ▮▮▮▮▮▮▮                                    July 2, 2014

On July 2, 2014, during our am pt, I made a statement towards recruit officer Lugones, that I take complete responsibility for and can assure it wont happen again. I stated, "Lugones, I am going to "rock" your ass if you hit me again.". Although officer Lugones and I have a relationship in which he knew and understood that I meant no harm to him, I can understand why my verbage can be misunderstood.

From this incident, I have learned to be very careful with what I say, especially around others who may hear and misinterpret my language. I apologize for my statement and can assure it wont happen again.

USCPSOURGOUTSIS001949

