**EXHIBIT 4**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISAVGI SOURGOUTSIS,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES CAPITOL POLICE,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:16-CV-01096-KBJ-RMM<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF DANNY L. MCELROY

I, Danny L. McElroy, have personal knowledge of the following facts and will testify to them, if called to do so:

1. I began working at the United States Capitol Police on July 20, 1989. I was promoted to the position of Sergeant in February 2007. I have worked in the Uniformed Services Bureau, Capitol Division since February 2007 and I became a Sergeant on Shift 1, also known as "CD-1" in April 2007. I attended Jackson State University in Jackson, Mississippi for four years.

2. In 2015, I reported to Lieutenant Robert Sebo. The Captains for the Capitol Division were Yoginanda Pittman, Andrew Bolinger, and Sean Gallagher. Inspector Eric Waldow was the Division Commander.

3. Plaintiff Chrisavgi Sourgoutsis was assigned to Shift 3, also known as "CD-3." I had occasion to observe Plaintiff Sourgoutsis' work because she would often work additional duty on CD-1. Also, I would often work additional duty on CD-3 because of a shortage of Sergeants on that shift. In my observation, Plaintiff Sourgoutsis did her job.

4. On Sunday May 10, 2015, Officer Sourgoutsis was working additional duty. She was assigned to the Capitol Division Dome Trailer, which is considered a special assignment

1

because it is not a regular post. The Dome Trailer was a temporary compound where the Department screened Architect of the Capitol contractors and construction workers who were assigned to work the Capitol Dome Restoration Project. The contractors and construction workers were required to have identification and were subject to the same screening to which visitors to the U.S. Capitol are subject.

5. I received a call from Sergeant John Caldwell at about 5:25 a.m. Sergeant Caldwell was at that time assigned to Communications. The Communications Division is responsible for reviewing camera footage throughout the Capitol complex, monitoring alarm systems, and dispatching USCP personnel to respond to various incidents. Sergeant Caldwell informed me that an officer in the Capitol Division Dome Trailer was not wearing a uniform and was screening individuals as they entered the facility.

6. At the time I received the call, I was doing my rounds, that is walking to various posts to ensure that no one needed assistance. I immediately went to the Capitol Dome Trailer after I received the call. I arrived at approximately 5:30 a.m. and observed that two officers were assigned to the post. One officer, Plaintiff Sourgoutsis was not wearing her uniform shirt. She had on a ballistic, white t-shirt, gun belt, and pants. She had no badge or any other insignia identifying her as a USCP officer.

7. The other officer assigned to the post, Officer Ayanna Shipley, was wearing her uniform.

8. I ordered Plaintiff Sourgoutsis to go put on her uniform. She reached into her bag to grab her shirt and begin putting it on. I instructed her to go to the bathroom and get dressed. Plaintiff Sourgoutsis complied with my instruction.

9. When Plaintiff Sourgoutsis returned, I verbally counseled her, telling her that she must always wear her uniform while on post.

10. I left shortly thereafter and continued on my rounds. I returned at approximately 6:15 a.m. and observed that Officer ▉ had taken Officer Shipley's place on the post. Officer ▉ was not in uniform. She was wearing a ballistic vest, a black t-shirt, her gun belt, and pants. Officer ▉ was not wearing a badge and had no insignia identifying her as a USCP officer.

11. I instructed Officer ▉ to put on her uniform. Officer ▉ became combative, asking why she had to put on her uniform shirt and making a comment like, "You need to just go on." I explained to Officer ▉ the importance of wearing the uniform. She complied with my order to put on her uniform. I left and returned to the Capitol Division Detail Office. I typed a summary of the incident involving Plaintiff Sourgoutsis and Officer ▉ and emailed it to Lieutenant Sebo that morning. A true and correct copy of that email is attached hereto as Ex. A.

12. Lieutenant Sebo responded to my email that evening and ordered me to draft a Command Discipline Report, also known as a CP-534, for Plaintiff Sourgoutsis and Officer ▉ related to the May 10, 2015 incident. After I returned from leave, I drafted a CP-534 for Plaintiff Sourgoutsis indicating that she violated Directive 2053.013, Rules of Conduct, Category B, Performance of Duty, Rule B2: Personal Appearance, which states "employees will maintain a neat, well-groomed appearance and comply with all Department policies pertaining to uniforms, civilian attire, appearance, and grooming." I completed the portion of the CP-534 concerning the violation and the details of the violation. I did not select the penalty for the violation. I forwarded the CP-534 to Lieutenant Sebo. That was the extent of my role in Plaintiff Sourgoutsis' discipline. A true and correct copy of the CP-534 is attached hereto as Ex. B.

13. I also drafted a CP-534 for Officer ▓ which I also forwarded to Lieutenant Sebo.

14. I have never witnessed a uniformed officer on the Department working at their post without their uniform shirt. I have never observed any other officer working in the Dome Trailer not in uniform. If at any time it came to my attention that an officer in my chain-of-command or under my supervision was working without their uniform shirt, I would have documented the violation as I did with Plaintiff Sourgoutsis and Officer ▓.

15. I understand from Plaintiff Sourgoutsis' complaint that she alleges that I made an inappropriate statement to Officer Clarence Laster about his relationship to Plaintiff Sourgoutsis and about Plaintiff Sourgoutsis' body. This allegation is unequivocally false. I never had any discussion with Officer Laster about Plaintiff Sourgoutsis' body or any other officer's body. I also never had any discussion with Officer Laster about his relationship with Plaintiff Sourgoutsis. It greatly upset me that this false allegation was made.

16. I had no role in Plaintiff Sourgoutsis' termination. I had no knowledge that the Department was considering terminating Plaintiff Sourgoutsis and I was not consulted about whether termination was appropriate.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*   *   *   *   *

Executed on this 19 day of October 2017.

*[signature]*
Danny L. McElroy

4

# EXHIBIT A

**From:** Waldow, Eric C.
**Sent:** Monday, May 11, 2015 12:48 PM
**To:** Pittman, Yogananda D.
**Cc:** Gallagher, Sean P.
**Subject:** Re: DOME UNIFORM ISSUE

Wow. "You just need to go on!"

**From:** Pittman, Yogananda D.
**Sent:** Monday, May 11, 2015 09:33 AM
**To:** Waldow, Eric C.
**Cc:** Gallagher, Sean P.
**Subject:** FW: DOME UNIFORM ISSUE

FYI...this will come up to you soon. Heads up.

**From:** Sebo, Robert L.
**Sent:** Sunday, May 10, 2015 11:03 PM
**To:** Pittman, Yogananda D.
**Subject:** Re: DOME UNIFORM ISSUE

Thanks Yogi

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Pittman, Yogananda D.
**Sent:** Sunday, May 10, 2015 11:01 PM
**To:** Sebo, Robert L.
**Subject:** Re: DOME UNIFORM ISSUE

Copy thanks.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Sebo, Robert L.
**Sent:** Sunday, May 10, 2015 10:53 PM
**To:** McElroy, Danny L.
**Cc:** Leonard, James F.; Riggs, Vern P.; Pittman, Yogananda D.; Reid, Marvin NMI.; Merle, Stephen C.
**Subject:** Re: DOME UNIFORM ISSUE

Danny, follow up with a CP-534 on both accounts with an additional charge added to the 4x10 officer. I can not believe that we have to make announcements that officers are to be in proper uniform while working the Dome Trailer. Additionally, a supervisor should have caught this upon making their rounds. I understand that there is only one supervisor during the weekends. Maybe, it was a timing thing. I will review the 534s when I come into work Monday night.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** McElroy, Danny L.
**Sent:** Sunday, May 10, 2015 8:49 AM

1

To: Sebo, Robert L.
Cc: Leonard, James F.; Riggs, Vern P.; Pittman, Yogananda D.; Reid, Marvin NMI.; Merle, Stephen C.
**Subject:** DOME UNIFORM ISSUE

Good Morning,

This morning at approximately 0525 hrs. I received a phone call from communication about an observation at the Dome Trailer that needed my immediate attention. At approximately 0535 I responded to that location and observed Officer Chrisavgi Sourgoutsis (C3) out of uniform with only a white tee shirt, covered with her issued vest, pants and web gear, but nothing to identify her as a USCP on her person. I told her to put on her issued uniform shirt where she had it in her bag where she complied and proceeded to restroom to do so. At approximately 0615 hours I returned to the Dome Trailer and observed Officer Nancy Thompson(4'10's) out of uniform with only a black tee shirt, covered with her issued vest, pants and web gear, but nothing to identify her as a USCP on her person. I asked her to put on her uniform shirt and she became combative and defensive and began to questioned me "Why". After explaining to her about the importance of wearing the proper uniform she stated "You need to just go on" and proceeded to get up and find her jacket and put it on top of the vest and zipped it up. She failed to comply with my directive.

Please advised to the immediate action that should be taken in this serious matter.

*Danny L. McElroy*

Sergeant
Capitol Division
U.S. Capitol Police
(W) 202-224-2985
(C) 202-359-5116

2

USCPSOURGOUTSIS001111

# EXHIBIT B

Case 1:16-cv-01096-KBJ   Document 32-6   Filed 10/27/17   Page 10 of 11



# UNITED STATES CAPITOL POLICE
## WASHINGTON, DC 20510-7218
## COMMAND DISCIPLINE REPORT

CP Form 534 Rev 8/2006

**1. EMPLOYEE:** (Officer) Chrisavgi Sourgoutis  —  SOURSOUTSIS
Rank/Title

**DATE:** June / 2 / 2015
**S.S.N.:** On _ File _ OHR

**DIVISION:** Capitol Division - Section Three
**DATE OF APPOINTMENT:** 05/11/2014

**VIOLATION:**

Directive # 2053.013 Rules of Conduct; Category B; Performance of Duty: Rule B2: Personal Appearance: Employees will maintain a neat, well-groomed appearance and comply with all Department policies pertaining to uniforms, civilian attire, appearance, and grooming

**2. DETAILS OF VIOLATION:**

On Sunday May 10, 2015, at approximately 0530 hours, this reporting official observed Officer Sourgoutis not wearing the appropriate short-sleeve navy blue shirt. Officer Sourgoutis was observed wearing only her issued protective body armor over a white tee shirt. Officer Sourgoutis was assigned as a screening officer at the Capitol Division Dome Trailer.

Operational Directive UNF 1.1 Uniforms, Equipment, and Personal Grooming provides appropriate guidance to officers which directs that our appearance must command respect. This first impression is accomplished by a fit officer wearing a neat and clean uniform. Attachment 1 of this policy provides uniform options for warm and cold weather periods. During this period the inside options include long-sleeve shirts (with tie or turtleneck) and/or short-sleeve shirts.

Officer Sourgoutis was not in the appropriate uniform as specified in the above Directive.

**Reporting Official:** Sergeant Danny L. McElroy     **Date:** 05/19/2015

**3. SECTION COMMANDER:**

**PREVIOUS RELATED VIOLATIONS ON FILE:**

None on File

EXHIBIT 17
Sourgoutsis C

**Section Commander:** Lieutenant Robert L. Sebo     **Date:** 05/19/2015

USCP000026

| | |
|---|---|
| **4.** | **DIVISION COMMANDER:** |

**STANDARD OF PENALTY REMARKS:**

Consultation with OPR determined range consistent with warning with no previous related violations on file.

☒ Filed with Warning.
☐ Forfeiture of _____ Hours of Time/Pay.
☐ Other:

Division Commander: Captain Andrew D. Bolinger     Date: 6/2/15

**5. TO BE COMPLETED BY EMPLOYEE:**

I understand that I do not have to accept the findings and/or the penalty or action of the Division Commander. My options regarding this matter have been explained to me. I understand that if I choose to appeal or grieve any part of this action, I must submit the appeal or grievance, in writing, within fifteen (15) calendar days, beginning the next calendar day from the date I am presented with this CP-534.
I Voluntarily:

☐ Accept the findings and the penalty of this disciplinary action.

☒ Will appeal the findings and/or the penalty of this disciplinary action to the Chief of Police, or his designee.

☐ Will grieve the findings and/or disciplinary action in accordance with the CBA.
(Applicable to civilian bargaining unit employees; and to sworn bargaining unit employees only in cases involving the forfeiture of time/pay.)

Employee: _Ehusangi Avegartsis_     Date: 06/02/15

**6. BUREAU COMMANDER/OFFICE DIRECTOR'S REVIEW:**

Bureau Commander: _____     Date: 6/12/15

**7. APPEAL/GRIEVANCE DISPOSITION:**

No Appeal Received, Penalty Stands.

Chief or Designee: _____     Date: 5/14/15

Rev 8/2006                                                                                   CP Form 534

**USCP000027**