# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISAVGI SOURGOUTSIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CAPITOL POLICE, ) <br> ) <br> Defendant. ) | Case No. 16-1096-KBJ-RMM |

## DECLARATION OF HELEN MCGROARTY

I, Helen McGroarty, have personal knowledge of the following facts and will testify to them, if called to do so:

1. I began working with the United States Capitol Police in July 1992.

2. I am currently a Management Analyst with the Disciplinary Review Task Force. I have been in this position since 2013.

3. In this capacity, one of my responsibilities is to take notes at grievance meetings held between management, USCP Officers and Union officials.

4. On July 28, 2015, I attended a grievance meeting with Chrisavagi Sourgoutsis, Assistant Chief Matthew Verderosa, Gus Papathanasiou and Jim Konczos.

5. Officer Sourgoutsis and her representatives met with Assistant Chief Verderosa to discuss the CP-534 discipline she received for a May 11, 2015, violation of Rules of Conduct, Performance of Duty, Neglect of Duty.

6. After the meeting, Officer Sourgoutsis was crying and as I escorted her to retrieve her weapon, I reached over to hand her a tissue, Officer Sourgoutsis made a comment to the effect of being treated like a five year old or acting like a five year old.

7.    I did not hear the beginning of the comment and asked her to repeat what she had said, however she stormed out of the office.

8.    I discussed this incident with Assistant Chief Verderosa and documented the incident in a memorandum to file. A true and correct copy of the Memorandum to File is attached as Ex. A.

*   *   *   *   *

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25 day of October 2017.

*Helen McGroarty*

Helen McGroarty

# EXHIBIT A

MEMORANDUM TO FILE                                            July 28, 2015

At the conclusion of the grievance meeting with Officer Sourgoutis, she responded to the area where her weapon was secured and I walked with her (Gus & Jim remained in the back office talking to Chief Verderosa). Officer Sourgoutis was crying, I reached over to get a Kleenex for her and she made a comment something to the effect of either being treated like a 5 year old or acting like a five year old. I didn't hear the beginning of her comment and asked her what she said and she just walked past me and stormed out of the office, leaving Gus and Jim in the back still talking to Chief Verderosa.

Helen McGroarty

USCPSOURGOUTSIS001765