**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHRISAVGI SOURGOUTSIS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-01096-KBJ |
| ) | |
| **THE UNITED STATES CAPITOL POLICE** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**JOINT STATUS REPORT**

Plaintiff Chrisavgi Sourgoutsis ("Plaintiff") and Defendant United States Capitol Police (the "USCP") jointly submit this Status Report in accordance with the Court's July 12, 2019 Minute Orders, ordering the parties to file a joint status report proposing dates for the following pretrial documents: (1) Motions in Limine; (2) opposition to Motions in Limine; (3) replies in support of Motions in Limine; and (4) joint pretrial statement. The Court Orders further requested that the parties indicate whether they are available for a final pretrial conference on October 23, 2019, October 24, 2019, or October 25, 2019 as the Court is no longer available on October 22, 2019. The parties' proposals are set forth below.

**I.    Plaintiff's Proposed Dates**

Plaintiff proposes adhering to the already scheduled dates proposed by the Court, with the following deadlines:

- Deadline for Motions in Limine: July 29, 2019
- Deadline for Responses to Motions in Limine: August 12, 2019
- Deadline for Reply to Motions in Limine: August 19, 2019
- Deadline for Joint Pretrial Statement: August 14, 2019
- Final Pretrial Conference: October 23, 2019

Plaintiff proposes the above dates as they adhere to the Court's July 12, 2019 Minute Order to brief Motions in Limine prior to the submission of the Joint Pretrial Statement. Additionally, these dates were specifically chosen due to counsel for the USCP's representation that she is unavailable for the majority of September, and counsel for the Plaintiff's representation that he is unavailable during the last two weeks of August. Regarding the dates offered for the Final Pretrial Conference, Plaintiff's counsel is unavailable October 24 and 25, 2019 due to a scheduled conference in Atlanta, Georgia, and respectfully requests the date of October 23, 2019.

### II.    The USCP's Proposed Dates

The USCP proposes the following deadlines:

- Deadline for Motions in Limine: September 6, 2019
- Deadline for Opposition to Motions in Limine: September 16, 2019
- Deadline for Reply to Motions in Limine: September 20, 2019
- Deadline for Joint Pretrial Statement: August 14, 2019
- Final Pretrial Conference: October 23, 2019

The USCP requests that the parties file Motions in Limine after the parties have identified in the joint pre-trial statement the witnesses and evidence they will seek to present at trial. Plaintiff's proposed dates would require the parties to file Motions in Limine in less than two weeks, although the parties have not engaged in any substantial exchange of information concerning their prospective trial presentations. The USCP cannot reasonably draft and submit Motions in Limine by July 29, 2019, especially when it does not know at this time what evidence Plaintiff intends to present. While the USCP's counsel will be out of the country in September, The USCP will be able to meet the deadlines concerning Motions in Limine during that month.

Date: July 15, 2019								Respectfully submitted,

/s/Kelly M. Scindian_____
Kelly M. Scindian
Rafique O. Anderson
Office of the General Counsel
Employment Law Division
United States Capitol Police
119 D Street NE
Washington, DC 20510
Telephone: (202) 593-3619
Facsimile: (202) 593-4478
Kelly.Scindian@uscp.gov
Rafique.Anderson@uscp.gov

*Counsel for Defendant*


/s/R Scott Oswald_____
R. Scott Oswald
Anita M. Chambers
The Employment Law Group, P.C.
888 17th Street, N.W., 9th floor
Washington, D.C. 20006
(202) 261-2821
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
achambers@employmentlawgroup.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 15, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia, using the Court's CM/ECF system.  The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record in this matter.

                                            /s/R Scott Oswald
                                            R. Scott Oswald