# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISAVGI SOURGOUTSIS,                )
                                      )
                    Plaintiff,        )
                                      )
          v.                          )          Case No. 16-1096-KBJ-RMM
                                      )
UNITED STATES CAPITOL POLICE,         )
                                      )
                    Defendant.        )
                                      )

## DECLARATION OF RAFIQUE O. ANDERSON

I, Rafique O. Anderson, have personal knowledge of the following facts and will testify
to them, if called to do so:

1.      I have been employed with the United States Capitol Police since April 2015 as a
Senior Employment Counsel.

2.      In my capacity as Senior Employment Counsel, I have access to the deposition
transcripts and all exhibits in this matter.  I submit this declaration in support of the United States
Capitol Police's Reply to Plaintiff's Opposition to Motion *in Limine* to Exclude the Testimony
and Report of Dr. Philip Bussey and Dr. Richard Edelman.

3.      Attached as Attachment 1 is a true and correct copy of excerpts from the
deposition of Dr. Phillip Bussey.

I declare under the penalty of perjury under the laws of the United States of America that
the foregoing is true and correct.

Executed this 9th day of September 2019

_____
Rafique O. Anderson

# ATTACHMENT 1

# Alderson®

## COURT REPORTING

Transcript of **Phillip Bussey, Ph.D.**

September 19, 2017

*Chrisavgi Sourgoutsis v. United States Capitol Police*

Alderson Reporting
1-800-367-3376
info@aldersonreporting.com
http://www.aldersonreporting.com

Alderson Reference Number: 73160

CERTIFIED
COPY

Phillip Bussey, Ph.D.                                    September 19, 2017
                          Washington, D.C.

Page 10

1      A.    But as a practical matter, you had to do

2  a range of activities.  You couldn't do just

3  job-related stuff.

4      Q.    And so what was that range of activities

5  you would have been doing?

6      A.    Well, you'd have to provide counseling

7  and evaluation services.  Usually it's expressed the

8  other way around.  Evaluate, counsel.  You would

9  provide, through your contacts with other agencies,

10  liaison services representing your agencies to

11  places like mental health agencies or the like

12  events.

13            You do a wide range of activities that

14  would involve, within that agency structure,

15  evaluating a person's capacity to work and/or to

16  return to work, because all of those people have

17  health problems of one type or another.

18            And that might involve reading and

19  reviewing medical records.  It might involve

20  visiting physicians or other treating persons.  Or

21  it might actually involve arranging for treatment of

22  the care of a person.  So the focus in that agency

Phillip Bussey, Ph.D.                                                September 19, 2017
                              Washington, D.C.

Page 60

1    position, keeping in mind -- I'm going to shift

2    gears on you now.  Keeping in mind that employment

3    at the moment is a buyer's market.  There are more

4    unemployed people looking for work than there are

5    good jobs floating around.

6              So employers tend to buy or hire, if they

7    can do it, people who are really overqualified for

8    the job.  Now, how does that apply to this lady?

9    Her background, I think, would literally -- setting

10   aside whatever has happened here, literally carry

11   over to satisfactory performance as a police officer

12   in other departments, larger departments.

13             But to a small department, she looks like

14   a gem in the rough.  They would believe that they

15   could take her in and shape her the way they wanted

16   her.  And what they would get for it is a bright,

17   well-educated woman who has been screened by a major

18   department.  So to a lesser department, she would

19   look good.  Not to all departments, but to some,

20   based on their needs, she would look good.

21        Q.   What are you basing that conclusion on?

22        A.   It's my own analysis.

Page 74

1            So mostly, employers these days will

2    admit to, yes, she worked here, and yes or no, we

3    would not rehire her or hire her.  But that's not

4    the same as saying why did you let her go in the

5    first place.  So there is a certain mystery to it

6    that slows the whole process down.

7        Q.    And so --

8        A.    And makes it a longer process.  I started

9    off in my analysis thinking about, well, if the

10   average person is in the six months to a year

11   category, how much more time must I add to that in

12   order to consider this women's circumstance.  That

13   is to say, having been let go.  And I came to the

14   conclusions you'll see listed here in my report.

15   And looking back here at Exhibit 1, I concluded that

16   for her, personally, we are looking at two years.

17       Q.    And how do you --

18       A.    Two years of an active search to find

19   suitable police work.

20       Q.    And so how did you arrive at that number?

21       A.    It's ultimately a professional judgment.

22   And some of the elements that I considered in it

Phillip Bussey, Ph.D.                                    September 19, 2017
                        Washington, D.C.

Page 75

1    were that, in this area, we're ultimately looking at

2    smaller departments.  We are looking at an

3    occupation where people don't get hired every day,

4    but rather some people like to hire classes of

5    potential hires for this work.  So it's not like she

6    can go out and identify in any given day, job

7    openings that she could start out next week.  She

8    has got to do a search methodology that works

9    reasonably well for her.

10           There are guidelines for doing that, and

11   those are federal guidelines.  And I'm talking to a

12   woman who at the time I spoke to her was, by her own

13   admission, not looking for work, out of this

14   confused attitude about it all.

15       Q.   You said there were federal guidelines

16   for what now?  I'm sorry?

17       A.   Actually how to hunt for jobs.

18       Q.   And what do those guidelines say?

19       A.   How much detail would you like me to go

20   into it?

21       Q.   Just an overview.  Like what is the

22   purpose of the guidelines?