# Exhibit A

# Timeline

## Nov 15, 2014 - Oct 29, 2015

**Nov 15, 2014**
Sourgoutsis graduates from training academy and is sworn in

**January 2015**
Probationary reports due (but not completed)

**April 2015**
Probationary reports due (but not completed)

**May 10, 2015**
Sourgoutsis has a uniform violation

**May 11, 2015**
Sourgoutsis sits on a retaining wall

**May 17, 2015**
USCP increases Sourgoutsis's salary and says "work performance is at an acceptable level of competence.“

**May 19, 2015**
USCP issues formal discipline for May 10 and May 11 incidents

**July 2015**
Probationary reports due (but not completed)

**Jul 28, 2015**
Verderosa tells Sourgoutsis to put the disciplinary actions behind her, the matter is closed, and to move on

**Aug 18, 2015**
Sourgoutsis testifies to OPR about Vias' sexual harassment

**Aug 18, 2015**
Waldow learns OPR is interviewing Sourgoutsis

**Aug 20, 2015**
Waldow inquires about PIP for Sourgoutsis

**Aug 25, 2015**
Waldow decides to recommend that Sourgoutsis be fired

**Aug 27, 2015**
Waldow issues Vias a “correctional note” for referring to female subordinates as "chica.“

**Aug 31, 2015**
Waldow recommends firing Sourgoutsis

**Oct 27, 2015**
HR says "time was of essence" because Sourgoutis's probationary period was expiring soon

**Oct 29, 2015**
USCP fires Sourgoutsis

2014 | 2015

