# Exhibit B

# Sourgoutsis' Chain of Command - 2015


**Matthew Verderosa**
**Assistant Chief of Police**


**Chad Thomas**
**Deputy Chief**


**Eric Waldow**
**Inspector**


**Glenn Brogan**
**Lieutenant -** *Federal Law Enforcement Training Center*


**Andrew Bolinger**
**Captain**


**Tyrone Vias**
**Sergeant** *- Administrative*


**Maria Willis**
**Sergeant**


**Chrisavgi Sourgoutsis**
**Officer**