# Exhibit 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2    ─────────────────────────────────────────────────────────

 3    Chrisavgi Sourgoutsis,        )  Civil Action
                                    )  No. 1:16-cv-01096-KBJ
 4                   Plaintiff,     )
                                    )
 5    vs.                           )
                                    )
 6    United States Capitol Police, )  Pretrial Conference
                                    )
 7                   Defendant,     )
                                    )
 8    and                           )
                                    )
 9    Capitol Police Board,         )  Washington, D.C.
                                    )  October 2, 2019
10                   Movant.        )  Time:  10:00 a.m.

11    ─────────────────────────────────────────────────────────

                  Transcript of Pretrial Conference
12                          Held Before
                  The Honorable Ketanji Brown Jackson
13                    United States District Judge

14    ─────────────────────────────────────────────────────────

                            A P P E A R A N C E S
15
      For the Plaintiff:       R. Scott Oswald
16                             Anita M. Chambers
                               THE EMPLOYMENT LAW GROUP, P.C.
17                             888 17th Street, Northwest, Suite 900
                               Washington, D.C. 20006
18
      For the Defendant:       Kelly M. Scindian
19                             Rafique O. Anderson
                               UNITED STATES CAPITOL POLICE
20                             119 D Street, Northeast
                               Washington, D.C. 20510
21    ─────────────────────────────────────────────────────────

22    Court Reporter:          Nancy J. Meyer
                               Official Court Reporter
23                             Registered Merit Reporter
                               Certified Realtime Reporter
24                             United States Courthouse, Room 6509
                               333 Constitution Avenue, Northwest
25                             Washington, D.C. 20001
                               (202) 354-3118
```

```
 1   table this decision as well so that I can.
 2           What I'm wondering is to what extent in those cases
 3   it was pretty much undisputed that they'd actually failed to
 4   meet their own policies so that really what mattered was what
 5   inference could be drawn by the jury from an established and
 6   undisputed failure.  I don't know, and I'll hear from
 7   Ms. Scindian as to whether or not they agree that they
 8   didn't -- that they, the USCP, agreed that they didn't follow
 9   their own processes, but if there is dispute about that, then
10   we have spawned a whole other trial.
11           Because the whole other trial now is going to be
12   about whether or not they actually followed their procedures
13   from which we could -- the jury may or may not infer that
14   that's evidence of what they really are supposed to be trying
15   to focus on.
16           MR. OSWALD:  So just to help the Court, I thought
17   that the dispute was that procedures that not -- did not
18   directly relate to Chris Sourgoutsis were what the defendants
19   were objecting to.  For example, the disciplinary review board,
20   which is what Ms. Scindian just said.  We're not claiming that
21   she had the right to go to a disciplinary review board.  We are
22   simply going to cite to the policies and procedures that
23   directly related to her.  Probationary employees, individuals
24   in her status under the circumstances.  My understanding is
25   that they were not objecting to that; that they concede that's
```

```
 1                  THE COURT:  That doesn't say what you said before.  I
 2     mean, it doesn't say what you said.  You said they're not
 3     allowed to look at anything prior to one year.  That --
 4                  MR. OSWALD:  It's not in the file.
 5                  THE COURT:  No, that doesn't necessarily mean you
 6     can't have information related to it.  Just because --
 7                  MR. OSWALD:  Well, that -- they can argue that.
 8                  THE COURT:  Excuse me.  Just because it's not in the
 9     file doesn't mean that they're not entitled to know about, find
10     out about, or talk about something that happened a year before.
11     They may not have a document related to it, but they have
12     people who've worked there, I'm sure, longer than that from
13     whom they could potentially get information about whatever it
14     is.  So that provision that you have just read, even though I
15     asked you not to read it, does not apply, as far as I can tell,
16     or certainly doesn't take you as far as suggesting that they've
17     actually violated the CBA.
18                  MR. OSWALD:  I understand that, but I'm not -- I'm
19     not saying that it takes me -- how far it takes me.  That's
20     ultimately going to be for the jury.
21                  THE COURT:  No, but it's not.  That's my -- so the
22     question on the table is whether and to what extent evidence
23     gets presented to the jury, and so I have to determine whether
24     or not it's relevant, whether or not it actually advances your
25     case with respect to the issue on the table, and to the extent
```