UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISAVGI SOURGOUTSIS,

    Plaintiff,

v.

UNITED STATES CAPITOL POLICE,

    Defendant.

No. 16-cv-1096 (KBJ)

FILED
NOV - 1 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER TO SHOW CAUSE

This Court has received notice that two or more representatives of Plaintiff's counsel approached the Jury Office *twice* today—at approximately 12:30 PM and 3:30 PM (despite the signage that prohibits lawyers from entering that office)—and that these individuals each requested a copy of the "list of jurors" who will be summoned to the Court for the start of trial on Monday. In requesting this information, the first representative did not plainly identify herself as a member of the litigation team representing Plaintiff, and instead referred to herself as a "clerk on the case," which suggested to the Jury Office Staff that the individual was holding herself out to be a law clerk. The second individual purported to be an "investigator" and also requested access to the jury list. Moreover, it appears that these inquiries were made *after* Plaintiff's counsel himself had approached the Deputy Clerk about such a list, and *after* the Deputy Clerk had made clear that it is the practice of this Court to provide the list of jurors on the morning of the trial.

2

Given what appears to this Court to be inappropriate contact with the Jury Office staff in order to procure information about prospective jurors that the Court (through its Deputy Clerk) had indicated was not available, it is hereby

**ORDERED** that Plaintiff's counsel shall **SHOW CAUSE** as to why sanctions should not be imposed for the behavior described herein. The Court will entertain any statement of counsel to discharge this obligation on Monday, November 4th prior to the start of trial.

DATE: November 1, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge