## VERDICT FORM

THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS BELOW. THE FOREPERSON MUST SIGN AND DATE THE COMPLETED VERDICT FORM.

I. **LIABILITY**

### DISCRIMINATION ON THE BASIS OF SEX, IN VIOLATION OF THE CONGRESSIONAL ACCOUNTABILITY ACT

1. Has Ms. Sourgoutsis proven, by a preponderance of the evidence, that but for her sex, the United States Capitol Police would not have terminated her employment?

   Yes_____   No__X__

   *If you answered "Yes" to Question 1, please stop here and proceed to Question 4.*
   *If you answered "No" to Question 1, please proceed to Question 2.*

2. Has Ms. Sourgoutsis proven, by a preponderance of the evidence, that her sex was a motivating factor in the United States Capitol Police's decision to terminate her employment?

   Yes__X__   No_____

   *If you answered "No" to Question 2, please stop here and proceed to Question 4.*
   *If you answered "Yes" to Question 2, please proceed to Question 3.*

3. If you answered that Ms. Sourgoutsis's sex was a motivating factor in the United States Capitol Police's decision to terminate her employment, has the Capitol Police proven, by a preponderance of the evidence, that it would have terminated her even if her sex had played no role in its decision?

   Yes__X__   No_____

   *Please proceed to Question 4.*

1

## RETALIATION, IN VIOLATION OF THE CONGRESSIONAL ACCOUNTABILITY ACT

4. Has Ms. Sourgoutsis proven, by a preponderance of the evidence, that the Capitol Police terminated her in retaliation for engaging in a protected activity?

Yes_____   No__X__

*If you answered "Yes" to Questions 1 or 4, or "No" to Question 3, please proceed to Question 5. Otherwise, please stop here and have the foreperson sign and date this form.*

## II. DAMAGES

### COMPENSATORY DAMAGES

5. What is the amount of compensatory damages?

$_____

11/18/2019
Date